DRAFT UNTIL IEP IS SIGNED

## Individual Education Program

Grafton School-Capital Service Region
Montrose Center for Children
12301 Academy Way, Rockville, MD 20852
Phone: 301-231-7846 Fax: 301-231-7874

It is the policy of the school to send quarterly student progress summaries to all agencies participating in the funding of a student, to the natural/foster parents whether or not they participate in funding, and to relevant nonfunding agencies and professionals approved by the legal guardian. Any questions regarding the reports should be addressed in writing or by phone to the Case Manager who will also arrange conferences to discuss the reports at the request of persons listed below.

| | |
|---|---|
| Student Name: Chanette Portia Alston | Academic Teacher: Claudia Seleh |
| Grafton Case Manager: La'kyra Nichols | Education Administrator: |
| Birthdate: 09/19/1992 | Enrollment Date:1- 3/29/2002 |
| Age as IEP start: 12 Yr 8 Mn | Agency Eligibility Diagnosis: 1. Mentally Retarded |
| Current Residence:   4822 Aspen Hill Road | |
| Current Day Placement: Non-Grafton Site | |
| Chronological Grade During this IEP: | Anticipated Discharge Date: 3/11/2005 |
| IEP Covers:  5/23/2005 To 5/22/2006 | Projected Date of Annual Review: 5/22/2006 |
| Date of This IEP Meeting:  5/23/2005 | Date of Last IEP Meeting:  3/03/2004 |
| Most Recent Eligibility:  1/13/2003 | Triennial Due Date:  1/13/2005 |

I have received a copy of the "Rights and Procedural Safeguards for Special Education" which detail my rights.

(   )  YES   in the mail prior to the IEP meeting.

Notice of Rights Upon Age of Majority - (to be completed at the IEP meeting on or immediately preceding the student's 17th birthday)
Chanette will be/was 18 years old on 9/19/2010 and received the Age of Majority brochure.  The legal guardian and Chanette's rights pertaining to special education upon reaching the age of 18 have been explained.
(see attached documentation)

I DO AGREE with the contents of this IEP. I give permission to implement this IEP and the placement decision.  I have had an opportunity to participate in the development of this plan and I agree to participate in the strategies to accomplish the goals in this plan.

6/20/05
Date

Signature of Legal Guardian/Parent Surrogate or Adult Student / MCPS Represented

I DO NOT AGREE with the contents of this IEP. I do not give permission to implement this IEP and the placement decision.  I have had an opportunity to participate in the development of this plan. I do not agree to participate in the strategies to accomplish the goals in this plan.

EX.A. (1)

Signature of Legal Guardian/Parent Surr____te or Adult Student/ SCPO Rep.

08/21/2006 10:42 FAX 202 442 5518

②

Sep-19-2005  12:40pm  From-GR╱⌒  SCHOOL INC          301-231-78⌒          T-926   P.003   F-501

**Grafton.**  Maryland Campus ◆12301 Academy Way ◆Rockville, Maryland 20852◆Phone: 301- 231-7846◆Fax: 301-231-7874

## Individual Plan

| | | | |
|---|---|---|---|
| Last Name: | Alston First  Chanette Middle Portia | Date of Birth: | 9/19/1992 |
| Medicaid Waiver # Conversion Date: | | Date of Admission: | 3/29/2002 |
| | | Date of Initial Individual Plan: | |
| Sex: | Male ▨  Female ▨ | This IP Covers: | 5/13/05–5/12/06 |
| Social Security #: | 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 | Projected Date for Annual Review: | 5/11/2006 |
| Client Address: | Aspen Hill Group Home 4822 Aspen Hill Road Rockville, MD 20853 | | |
| Grafton Id #: | 1353 | | |
| Home Phone #: | (301) 933-6663 | | |
| Locality: | | | |
| Parent/Next of Kin: | Chanda Alston | Relationship: | Mother |
| Address: | 1911 Savannah Street SE Apt. 101 Washington, DC 20020 | Work Phone #: | (202) 483-3000 |
| Home Phone #: | (202) 678-6831 | | |
| Legal Guardian: | Chanda Alston | Relationship: | Mother |
| Address: | 1911 Savannah Street SE Apt. 101 Washington, DC 20020 | Work Phone #: | (202) 483-3000 |
| Home Phone #: | (202) 678-6831 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Residential Agency: | DC Public Schools | 825 N. Capitol St, NE 6th Floor Washington DC 20020 | Shannon Campbell | (202) 442-5476 | 3/29/03 | Grafton School |
| Day Program Agency: | DC Public Schools | 825 N. Capitol St, NE 6th Floor Washington DC 20020 | Shannon Campbell | (202) 442-5476 | 3/11/05 | Cabin John Middle School |
| Autism Waiver | | | | | | |
| Day Hab Residential | ▨ | | | | | |
| Other Agency | | | | | | |

| Code | Diagnosis |
|---|---|
| | |

Individual Plan for Chanette Portia Alston

Page 1 of 13

③

**Grafton**

Maryland Campus ♦12301 Academy Way ♦Rockville, Maryland 20852♦Phone: 301- 231-7846♦Fax: 301-231-7874

|  | Code | Diagnosis |
|---|---|---|
| Axis I | 312.9 | Disruptive Behavior Disorder NOS |
|  | V61.2 | Parent Child Relational Problem |
|  | 314.01 | Attention Deficit Hyperactivity Disorder |
| Axis II | 318.0 | Moderate Mental Retardation |
| Axis III |  |  |
| Axis IV |  |  |
| Axis V | GAF Current |  |
|  | GAF Highest in past year | 50 |
|  | GAF Quarterly |  |

Chanette is currently functioning at the moderately mentally retarded level of cognitive functioning. She has strengths in the areas of adaptive functioning and verbal ability. She is able to express her wants and needs verbally and is independent with regard to all self-care skills and many household chores/tasks. She exhibits behavioral difficulties, such as non-compliance, verbal inaccuracies, and/or theft at times, but behaviors are managed well through the implementation of the behavior management plan.

| Diagnosis\Target Symptoms | Medication | Dosage/mg | Times Per Day |
|---|---|---|---|
|  | Colace | 50 | everyday at bedtime - PRN |
|  | Milk of Magnesia |  | PRN |
|  | Tylenol | 325 | PRN |
|  | Triple Antibiotic ointment |  | PRN |

**Me**
  Chanette Portia Alston
**Staff**
  Claudia Seleh- Academic Teacher Cabin John Middle School

  Michele Hollander- Psychologist

  Auntris Braxton- Grafton House Manager
**My Family**
  Chandra Alston- Mother

  La'Kyra Nichols- Grafton Case Manager

Sep-19-2005  12:41pm    From-G  N SCHOOL INC               301-231-78    T-826  P.005/014  F-501



**Grafton**    Maryland Campus ◆ 12301 Academy Way ◆ Rockville, Maryland 20852 ◆ Phone: 301- 231-7846 ◆ Fax: 301-231-7874

|  | Date | Description |
|---|---|---|
| Where I am now and what I am doing *(Significant changes that impact my life)* | 4/7/05 | I attend Cabin John Middle School for functional academics and reside at Grafton Group Home. |
| Where I have been and what has happened to me | Dates<br>DCPS | Location       Narrative\Reason for Departure<br>              Chanette was removed from DCPS because DCPS did not have any available residential placements to meet her needs. |
| Important biological, psychological, family and social events | 4/7/05- | Chanette has contact with both of her paternal parents, her mother is her sole guardian at this point.  Chanette visits her parents on the weekends. |
| My birthday and birth events | 9/19/92 | There is no documentation on file about Chanette's birth events. |
| *Information Source:* | Grafton's application, and Enrollment Information | |

|  | Date | Description |
|---|---|---|
| **What I Would Like:** *Where I want to be and what I want to be doing* (Recommended Outcomes) | 4/1/05 | I would like to live home with my mother, I would also like to attend public school, and I would like to play on a little league basketball team. |
| **Things I Like:** Preferences /Hobbies/ Motivators/ Sensory/ | 4/1/05 | Rollerskating, basketball, football, soccer, like baking and preparing lunches, talking on the telephone, shopping at the mall, Dancing, computer games, and going to the park |
| **Things I am Good At:** | 4/1/05 | Skating, riding bikes, playing UNO, cooking, helping others, expressing my wants and needs, helping with chores |
| **Things I Need to Succeed** (Identified Needs/ Growth Opportunities/Supports) | 4/1/05 | Structure, Reading skills, Math skills, supportive family, attention and relationships outside of family (friends) |
| **Significant People in My Life:** | 4/1/05 | Mom, Dad, brother, sister, grandparents, uncle, Godmother, Group home staff and academic staff. |
| **Things I Absolutely Have to Have:** (Non-Negotiables) | 4/1/05 | Family, structure, Security, medical attention. food, clothing, shelter, education, love |
| **Things I Don't Like:** | 4/1/05 | Cleaning bedroom, doing laundry, don't like being told with to do by my brother and certain people at the group home, confrontation, loud noise, being alone |
| **Person Directed Tool Utilized:** | 4/1/05 | Individual interview |
| **Level of Individual's Participation** | 4/1/05 | Full participation |

| Reason For Referral: | Chanette exhibits behavioral difficulties, such as verbal aggression, aggression and property destruction, which make it difficult for her to be managed in the family home. Chanette does not possess social skills, such as knowledge of personal boundaries. |
|---|---|

Individual Plan for Chanette Portia Alston

(5)



**Grafton**    Maryland Campus ♦ 12301 Academy Way ♦ Rockville, Maryland 20852 ♦ Phone: 301- 231-7846 ♦ Fax: 301-231-7874

| Criteria: | Chanette will decrease noncompliance to 0 incidents per month for three consecutive months. |
| --- | --- |
| Criteria: | Chanette will decrease verbal aggression and verbal inaccuracies to 1 incident per month or less for three consecutive months. |
| Criteria: | Chanette will have access to social skills training, including personal boundaries, at least once per month, for 24 consecutive months. |

Quality of Life /Discharge Plan: *(Address what is contributing to/inhibiting progress, family concerns and involvement in treatment planning, community concerns, projected needs after discharge)*

Changes in level of Family Support: None at this time, Chanette's mother is in court persuing full custody of Chanette.

| Estimated length of treatment | Residential support continues to be assessed at monthly support team meetings and individual and family therapy sessions. Academically, Chanette is currently placed at Cabin John Middle School in Montgomery County. |
| --- | --- |
| Where I am going: | Montgomery County Public School System Cabin John Middle School |
| Supports I need to be in place: | Opportunities to be involved in my community and to have exposure to peers of similar interest. People to strengthen my confidence and understanding of appropriate boundaries. |
| Available supports when I get there: | Small classroom setting, 1:1 assistance at times, speech therapy, occupational therapy |

**Grafton**

Maryland Campus ♦ 12301 Academy Way ♦ Rockville, Maryland 20852 ♦ Phone: 301-231-7846 ♦ Fax: 301-231-7874

| Current Health & Life Needs & Supports | Description/Action to be taken | Timeline Dates Start | Completed | Responsible Staff | Status |
|---|---|---|---|---|---|
| **Family Input** Ongoing Preferences | Charnette's parents picks her up just about every weekend | 3/29/02 - On going | | N/A | Pending |
| Changes | Brother may not be able to be in the home at the same time Charnette is visiting. Mom is also seeking full custody | | | Family | Pending |
| Staff Training Required | N/A | | | | |
| Assistance Provided | N/A | | | | |
| **Nutritional/Dietary** | Charnette is able to feed herself. | | | | |
| Special Diet/Food Allergies | N/A | | | | |
| Exercise Plan | Exercise is incorporated in daily activities | 3/29/02 | | AT/HM | On Target |
| Staff Training Required | N/A | | | | |
| **Medical** Scheduling | Nursing team schedules appointment | On going | | Nurse | On Target |
| Transportation | Grafton vehicle | On going | | Grafton Staff | On Target |
| Other Assistance | N/A | | | | |
| Staff Training Required | N/A | | | | |
| Self Medicating | Van Certification | employee preservice | | Grafton Staff | On Target |
| **Medication (List):** Assistance Provided | No | | | Grafton Staff | On Target |
| PRN | Yes | On going | | Academic/Residential Staff | On Target |
| Staff Training Required | Tylenol | | | | |
| **Behavior Plan** Status of Required Plan | Active | | | | On Target |
| **Developed By:** Restrictive Technique | no | | | | |
| **Dr. Michelle Hollander** Staff Training Required | yes | 3/17/05 - 3/17/06 | | Grafton Staff | On Target |
| **Nursing** Status of Required Plan | Active | | | | On Target |
| Recommendations | | | | | |
| Other | | | | | |
| Staff Training Required | | | | | |
| Staff Training Required | | | | | |
| **Seizure** Type | N/A | | | | |
| Method of Recording | N/A | | | | |
| Intervention | N/A | | | | |
| Staff Training Required | N/A | | | | |
| **Vision** Needs to have vision screening | Not at this time | | | | |

| On Target | Completed | Retraining Required | Discontinued |
|---|---|---|---|
| Pending | Deteriorated | Changed Strategy | New |

Individual Plan for Charnette Portia Alston



Sep-19-2005  12:42pm  From-GR_____ SCHOOL INC    301-231-787_____    T-926  P.008/014  F-501

Crafton    Maryland Campus ♦ 12301 Academy Way ♦ Rockville, Maryland 20852 ♦ Phone: 301-231-7846 ♦ Fax: 301-231-7874

| Current Health & Life Needs & Supports | Description/Action to be taken | Timeline Dates Start | Timeline Dates Completed | Responsible Staff | Status |
|---|---|---|---|---|---|
| Dental | Staff Training Required | N/A | | | |
| | Overdue for dental exam | Nursing staff to schedule appointment | | Nursing Dept. | Pending |
| Hearing | Staff Training Required | N/A | | | |
| | hearing was good on last physical | N/A | | | |
| | Staff Training Required | N/A | | | |
| | Other Assistance | N/A | | | |
| Adaptive Equipment/Assistive Technology Use | Types N/A | | | | |
| | N/A | | | | |
| | N/A | | | | |
| | Staff Training Required | N/A | | | |
| Supervision | Level of Supervision | Standard | 3/29/02 | CW/Grafton Staff | |
| | Awake | | | | |
| | Asleep | | | | |
| | Regulate own water temp. | yes | | | |
| | Staff Ratio | | | | |
| | Unsupervised Time | | | | |
| | Staff Training Required | | | | |
| Transportation/Mobility | Mode of Transportation | Grafton Vans/MCPS School Bus | 3/11/05 - On-going | | On Target |
| | Assistance Provided | N/A | | | |
| | Personal Mobility | | | | |
| | Support or Assistance Needed | | | | |
| | Staff Training Required | | | | |
| Recreational/Social | Type of Programs | Community outings, weekly swimming | | | |
| | Assistance Provided | | | | |
| | Staff Training Required | | | | |
| Rights &Activities of Citizenship | Registered Voter | N/A | | | |
| | Assistance Needed | N/A | | | |
| | Other | N/A | | | |
| | Self or other Advocate | N/A | | | |
| | Guardianship: | Ms. Chanda Alston and Mr. George Greeley | | | |
| | Self | | | | |
| | Other | | | | |
| | Staff Training Required | | | | |

| STATUS CODES: | | | |
|---|---|---|---|
| On Target | Completed | Retraining Required | Discontinued |
| Pending | Deteriorated | Changed Strategy | New |

Individual Plan for Chanette Porita Alston

Grafton

Maryland Campus ◆ 12301 Academy Way ◆ Rockville, Maryland 20852 ◆ Phone: 301-231-7846 ◆ Fax: 301-231-7874

| Current Health & Life Needs & Supports | Description/Action to be taken | Timeline Dates Start | Timeline Dates Completed | Responsible Staff | Status |
|---|---|---|---|---|---|
| **Communication** | Verbal/Sign/Other | | | | |
| | Assistance Provided | | | | |
| | Staff Training Required | | | | |
| **Religious** | Preference | No preference given | | | |
| | Assistance Provided | transportation if necessary | | | |
| **Financial & Money Management** | Staff Training Required | N/A | | | |
| | Wages/Earned Income | N/A | | | |
| | Other Income | N/A | | | |
| | Payee | N/A | | | |
| | Assistance Provided | N/A | | | |
| | Staff Training Required | N/A | | | |
| **Respite** | Explanation: | N/A- Chanette lives in a Group Home setting. | | | |
| | Staff Training Required | N/A | | | |
| **Community Employment** | Employer | N/A | | | |
| | Assistance Provided | N/A | | | |
| | Level of Supervision | N/A | | | |
| | Transportation Used | N/A | | | |
| | Work Schedule | N/A | | | |
| | Wages/Benefits | N/A | | | |
| | Staff Training Required | N/A | | | |
| | Program Assignment | N/A | | | |
| **Day Services/Activities** | Staff Training Required | N/A | | | |
| | Program Assignment | Cabin John Middle School | 3/11/05 - On going | | N/A | Pending |
| | Activities | Functional Academics, Vocational Task | 3/11/05 - On going | | AT/Academic Staff | On Target |
| | Staff Ratio/Supervision | 11:1 | 3/11/05 - On going | | | On Target |
| | Other | N/A | | | | |
| **Goal Related Training Needed** | Staff Training Required | | | | |
| | New IEP to be implemented on 5/23/05 | Residential staff to be trained on new IEP implementation. | 5/23/05 - 5/22/06 | | Grafton Staff for Residential Portion of IEP. | On Target |
| **Other** | N/A | | | | |
| | Staff Training Required | | | | |

| On Target | Completed | Retraining Required | Discontinued |
|---|---|---|---|
| Pending | Deteriorated | Changed Strategy | New |

Individual Plan for Chanette Portia Alston

⑨

Sep-19-2005  12:43pm  From-GRA.... SCHOOL INC      301-231-787.      T-926  P.010/014  F-501



Maryland Campus ♦ 12301 Academy Way ♦ Rockville, Maryland 20852 ♦ Phone: 301-231-7846 ♦ Fax: 301-231-7874
Grafton

**Wellness Life Long Term Outcome:** Chanette has meaningful relationships.

| | Adult Respon. Disabilities | Start Date | Status | Review Date |
|---|---|---|---|---|
| 1.1 Short Term Goal: Chanette will take part in social or leisure activity outside of the Grafton school or residence, with nondisabled peers, at least 1 time per month. | HM | 3/28/06 | I | 9/20/05 |
| **Short Term Objectives** | | | | |
| 1.1.1.   Chanette will choose from a list of appropriate leisure or social activities. | HM IT | 3/28/06 | I | 9/20/05 |
| 1.2 Short Term Goal: Chanette will initiate a conversation about a topic of interest with a peer, using appropriate social skills, as measured by the objectives below. | HM AT IT | 3/28/06 | I | 9/20/05 |
| **Short Term Objectives** | | | | |
| 1.2.1. In therapy, Chanette will role-play phone conversation skills (reciprocal communication, asking questions, responding to questions). | IT | 5/1/06 | I | 11/20/05 |
| 1.2.2. In therapy, Chanette will role-play how to express if she does not want to do something. | IT | 6/1/06 | I | 11/20/05 |
| 1.3 Short Term Goal: | | | | |
| **Short Term Objectives** | | | | |
| 1.3.1. | | | | |
| 1.4. Short Term Goal: | | | | |
| **Short Term Objectives** | | | | |

| M | Mastered | U | Unchanged | R | Reworded |
|---|---|---|---|---|---|
| I | Improved but goal not met | D | Deteriorated | CS | Changed Strategy |
| New | New | DC | Discontinued | | |

Individual Plan for Chanette Portia Alston
Page 8 of 13

10

Sep-19-2005 12:44pm From-Gr___ SCHOOL INC    301-231-78___    T-926  P.011/014  F-501

Grafton

Maryland Campus • 12301 Academy Way • Rockville, Maryland 20852 • Phone: 301-231-7846 • Fax: 301-231-7874

1.4.1.

**Wellness Life Long Term Outcome:** Chanelle has meaningful relationships.

| M | Mastered | U | Unchanged | R | Reworded |
|---|---|---|---|---|---|
| I | Improved but goal not met | D | Deteriorated | CS | Changed Strategy |
| New | New | DC | Discontinued | | |

Individual Plan for Chanelle Portia Alston
Page 5 of 13

Sep-19-2005 12:44pm  From-GR   SCHOOL INC          301-231-7874          T-926  P.012/014  F-501

Grafton

Maryland Campus ♦ 12301 Academy Way ♦ Rockville, Maryland 20852 ♦ Phone: 301-231-7871 ...

**Wellness Life Long Term Outcome: Chanette will develop independent living skills.**

2.0 Long Term Outcome: Chanette will identify and use personal information.

| | Person Responsible | Start Date | | Review Date |
|---|---|---|---|---|
| 2.1 Short Term Goal: Chanette will recite her home address with 100% accuracy. | RTS, HM, Subs | 12/1/2006 | 1 | 9/20/2005 |
| **Short Term Objectives** | | | | |
| 2.1.1. Chanette will copy her home address from a model provided to her by staff. | RTS, HM, Subs | 12/1/2006 | 1 | 9/20/2005 |
| 2.1.2. Chanette will read over address after writing it down on paper. | RTS, HM, Subs | 12/1/2006 | 1 | 9/20/2005 |
| 2.2 Short Term Goal: Chanette will recite her phone number with 100% accuracy. | RTS, HM, Subs | 12/1/2006 | 1 | 9/20/2005 |
| **Short Term Objectives** | | | | |
| 2.2.1. Chanette will copy her home phone number from a model provided to her by staff. | RTS, HM, Subs | 5/25/2006 | 1 | 8/25/2005 |
| 2.2.2. Chanette will read over her phone number after writing it down on paper. | RTS, HM, Subs | 12/1/2006 | 1 | 9/20/2005 |
| 2.3 Short Term Goal: Chanette will increase her community leisure by successful completion of the following objectives. | RTS, HM, Subs | 5/25/2006 | 1 | 8/25/2005 |
| **Short Term Objectives** | | | | |
| 2.3.1. Chanette will practice roller-skating at least once a month. | HM, RTS, Subs | 5/25/2006 | 1 | 8/25/2005 |
| 2.4. Short Term Goal: Chanette will ride her bike at least once a month. | HM, RTS, Subs | 5/25/2006 | | 8/25/2005 |

| | | | | | |
|---|---|---|---|---|---|
| | | U | Unchanged | R | Rewarded |
| M | Mastered | D | Deteriorated | CS | Changed Strategy |
| New | New | DC | Discontinued | | |
| | Improved but goal not met | | | | |

Individual Plan for Chanette Portia Alston
Page 10 of 13

(12)

Sep-19-2005  12:46pm  From-GRAFTON SCHOOL INC        301-231-7874        T-826  P.013/014  F-501

Grafton
Maryland Campus ◆12301 Academy Way ◆Rockville, Maryland 20852 ◆Phone: 301-231-7846◆Fax: 301-231-7874

Wellness Life Long Term Outcome: Chanette will develop independent living skills.

2.0 Long Term Goal: Chanette will identify her personal information.

2.1 Short Term Goal: Chanette will recite her home address with 100% accuracy.

Short Term Objectives
2.4.1.

| | Message | 12/1/2005 | | 9/20/2005 |
|---|---|---|---|---|
| | RT's, HM, Subs | | I | |

| | | | | |
|---|---|---|---|---|
| M | Mastered | U | Unchanged | R | Reworded |
| I | Improved but goal not met | D | Deteriorated | CS | Changed Strategy |
| New | New | DC | Discontinued | | |

Individual Plan for Chanette Portis Alston
Page 11 of 13

(13)

Sep-19-2005 12:46pm From-GRAF    SCHOOL INC          301-231-7874           T-826  P.014/014  F-501



Grafton

Maryland Campus ✦12301 Academy Way ✦Rockville, Maryland 20852✦Phone: 301- 231-7846✦Fax: 301-231-7874

**Review**
**For**
**Individual Plan of Life**

Last Name: Alston          First:  Chanette          Middle: Portia          Date of Birth: 9/19/1992
Medicaid#:                                                                    Date of Admission: 3/29/2002

**Date of Plan Update 5/17/05**
**Signature of persons participating in this plan review:**

| Client | Date | | Name/Title or Relationship to Client | Date |
|---|---|---|---|---|
| Resource Coordinator | *case manager* Date | | Name/Title or Relationship to Client | Date |
| Name/Title or Relationship to Client | Date | | Name/Title or Relationship to Client | Date |
| Name/Title or Relationship to Client | Date | | Name/Title or Relationship to Client | Date |
| Name/Title or Relationship to Client | Date | | Name/Title or Relationship to Client | Date |
| Name/Title or Relationship to Client | Date | | Name/Title or Relationship to Client | Date |

Individual Plan for Chanette Portia Alston

⑭

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
TEAM MEETING INFORMATION
CONFIDENTIAL**

## PART I: IDENTIFYING INFORMATION

Student name  Alston                Chazette
              Last                  First

Current special education program  LFI

Decisions for school year  05 / 06  (grade  7 )  Meeting date  5 / 23 / 05

P ___  09 / 19 / 92   ID #  322665
M ___  Date of Birth

Location  Cabin John MS

Home school _____   Current grade  6

## PART II: MEETING INFORMATION

**A. Type of IEP team meeting**

| | | |
|---|---|---|
| ☐ Screening | ☐ IEP development/revision | ☒ Annual review |
| ☐ Evaluation | ☐ Periodic review | ☐ Re-evaluation |

**B.** Additional discussions

| | |
|---|---|
| ☒ Transition discussion | ☐ ESY discussion |

**C.** Meeting location  ☒ School    ☒ Central office

**D.** Participants in attendance:  *NOTE:* Required participants are noted on the revanse.

☐ Re-evaluation planning    ☐ Re-evaluation
☐ Manifestation determination
☐ Other _____

1. Parent

   I/we have received a copy of  ☒ Procedural Safeguards—Parental Rights  ☒ ESY Brochure   Parent Initials _____
   
   NAME _____

2. Student _____

3. General education teacher _____

4. Special education teacher/service provider  _Chelse Passel RTS_

5. MCPS representative  _Chelse Passel RTS_

6. Occupational therapist _____

7. Physical therapist _____

8. School psychologist _____

9. Speech/language pathologist _____

10. Pupil personnel worker _____

11. _Chel Alstpo—Cabin Coat Flange_

_Michail Falcark, Ed.D Psychologist_

_Debbie B Copan  Knasp Manager_

_B Nunez — Altriel  supit Sphtre_

_Tepland complist_

**E. General**

1. 'Parent' means ☐ parent ☐ legal guardian ☐ parent surrogate (a person appointed by the MCPS Superintendent of Schools to act in place of a parent of a child in the educational decision-making process).

2. ☒ Parent is not present, but on  5 / 23 / 05  he/she gave permission to proceed with the meeting. See student's confidential folder.

3. ☒ Ten days' written notice was provided because an expedited meeting is being held:
   ☐ Less than ten days' written notice was provided because the parent:
   ☐ to address disciplinary issues    ☐ to determine the placement because the student is not currently receiving education services
   ☐ at parent request                 ☐ to meet other urgent needs of the student to ensure the provision of FAPE.

_by phone Referse Mitt_
_procacut_

(15)

(16)

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
TRANSITION SERVICES

*CONFIDENTIAL*

| Student Name: | Alston | Chanette | P | Date of birth: 09 / 19 / 92 | ID#: 322665 |
|---|---|---|---|---|---|
| | Last | First | MI | | Meeting Date: 5 / 23 / 05 |

Is this student present?  ☐ Yes ☐ No     If "No," who is representing his/her preferences and interests at the IEP team meeting?

Name _____  Position _____

**6  PART I: OUTCOME-ORIENTED CONSIDERATIONS: Check any postsecondary school outcomes being considered at the present time.**

☐ Postsecondary Education  University, college, community/junior college, vocational/technical Institute, hospital school of nursing, or other program leading to a degree or career certification.

☐ Vocational Training  Specific set of activities that enable a person to acquire the skills necessary to obtain and keep employment.

☐ Integrated Employment  Full or part time competitive employment in the open labor market with competitive wages and responsibilities. Includes supported employment provisions for individuals with disabilities to secure and sustain work.

☐ Continuing and Adult Education  Instruction that is not college level. Includes, but is not limited to, training, transportation, job coaching necessary for individuals with disabilities to secure and sustain work.

☐ Adult Services  Postsecondary services provided to individuals with disabilities either high school that enable the individual to work, live, and/or participate in the community.

☐ Independent Living  Living options which include the services that enhance the ability of individuals with disabilities to live within their community. Options may include, but are not limited to, living alone, living at home, or living with others.

☐ Community Participation  Participation in community life activities including recreation, leisure, volunteer and social activities.

**PART II: SECONDARY TRANSITION SERVICE NEEDS AND ACTIVITIES: Check the special education transition services that the student will need during the next school year to achieve the postsecondary school outcomes identified in Part I. Include annual goal(s) to reflect the transition service needs. If no transition service needs have been identified, explain the basis for this decision.**

☐ Instruction  Direct teaching by a special or general education of specific academic or vocational skills that are identified in a course syllabus or on the student's IEP.

☐ Related Services  Only if needed to benefit from transition services.

☐ Community Experience  Direct teaching by a special or general educator of specific academic or vocational skills that are identified in a course syllabus or on the student's IEP that are conducted in an appropriate community setting. Preparation for the activity and follow-up must be provided for all instruction provided in a community setting.

☐ Employment/Postschool Adult Living  Identification and development of specific skills included in a course syllabus or on the student's IEP that can enhance the opportunities to find gainful employment in a self-selected career when the student leaves the educational system and enters adult living.

☐ Daily Living Skills  Identification and development of specific skills that can promote the highest level of independent functioning in a postschool environment. The diversity of specific skills required to maintain the highest level of independent functioning impacts on all areas of curriculum and service delivery. These skills may range from, but are not limited to, mathematics (budgeting) to self-help (dressing) and communication (taking or giving directions).

☐ Functional Vocational Evaluation  Ongoing assessment of the student's interests, aptitudes, learning styles, and skills to enhance successful career development.

☐ Other

☐ No Transition Service Needs  Explain the basis for the IEP team's conclusion: _____

MCPS Form 336-51, Rev. 11/03          DISTRIBUTION:COPY 1:Student's Confidential Record; COPY 2:Service Provider(s); COPY 3:Parent          Page 3 of 14

Office of Student and Community Services
Department of Special Education
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

| Student Name | Alston | Chiazette | P | ID# 322665 | Meeting Date 5 / 23 / 05 |
|---|---|---|---|---|---|
| | Last | First | MI | | |

## PART II: ELIGIBILITY

A. At least every 3 years or more frequently if conditions warrant and when considering dismissal from special education services prior to graduation, the IEP team must conduct a re-evaluation. If the team determines that a re-evaluation is needed, the team completes Part I of MCPS Form 336-36: *Re-evaluation Planning*. If re-evaluation is not needed, the IEP team proceeds with Part B (below).  ☐ Re-evaluation planning is needed  ☑ Re-evaluation planning is not needed at this time.

B. 1. EDUCATIONAL IMPACT: Explain how the student's disability affects his/her involvement and progress in the general curriculum. For a preschool child explain how the disability affects his/her participation in appropriate activities:

*Chiazette's cognitive and emotional disabilities require special education supports and accommodations in the functional life skill curriculum.*

B. 2. ☑ The student needs special education (and related services) and is eligible for special education. Record disability code(s) on page 13 of MCPS Form 336-51: *Summary of IEP Decisions*, and continue with the IEP team meeting.

DISABILITY CODE(S):  ___01___

☐ The student is no longer eligible for special education; dismiss from special education. Record on page 13 of MCPS Form 336-51: *Summary of IEP Team Decisions* and complete page 14 of MCPS Form 336-51: *Follow-Up*. Complete pages 3 and 4, Transition Services.

Reason for ineligibility: _____

☐ The student will graduate/age out of school. Record on page 13 of MCPS Form 336-51: *Summary of IEP Team Decisions* and complete page 14 of MCPS Form 336-51: *Follow-Up*. Complete pages 3 and 4, Transition Services.

## PART III: PARENT INFORMATION

A. Document parent input for enhancing the student's education for purposes of the IEP team's consideration.

B. Identify any documents provided by the parent and considered at the meeting.

## PART IV: PROGRESS ON IEP GOALS AND OBJECTIVES/BENCHMARKS:

**Directions:** ☑ The IEP team discusses and records the student's progress on current IEP goals and objectives.

**NOTE:** After this form is completed and discussed at the IEP team meeting, complete pages 3 and 4 of MCPS Form 336-51: *Transition Services*, for all students who will turn at least age 14 during this IEP cycle. IEPs for all other students continue on page 5 of MCPS Form 336-51.

MCPS Form 336-51, Rev. 11/03          DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent          Page 2 of 14

⑰

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 F

DIRECTIONS: Use this form for recording most recent assessment information.

Student Name _Alston_____  _Charlotte_____  _M_    ID# 332665    Meeting Date  05 / 23 / 05
                Last                        First              MI

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing, include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS: Teacher Referral/Reports and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark item 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Michelle Cappon SLP | Spring 2005 | Progress Update:  Speech Language Therapy during the 2004-2005 school year was provided with one period a week of a class language lesson and/or one community trip that the SLP attended.  The speech pathologist helps with the implementation and assessment of the student's progress in meeting curriculum objectives.  IEP goals and objectives were addressed through individual, small group, or whole class instruction.  Compensatory strategies and skills were modeled and taught within the classroom and community to assist the students in meeting the demands of the curriculum while improving speech and language skills.  Progress has been noted on the 2004-5 IEP. | articulation  uses communication for many means  speaks in sentences  works with peers | volume  clarification  initiation  response to peers |

MCPS Form 336-51, Rev. 12/02              DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent              Page 1 of 14

(18)

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1 of ____

**DIRECTIONS: Use this form for recording most recent assessment information.**

Student Name  Alston                              Chanette               P.  ID#   322665      Meeting Date  5 /23 /05
_____
               Last                                First          MI

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS Teacher Reports/Reports and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Saleh LR1 Teacher | 5/05 | Life Skills (continued)<br><br>Chanette is able to select appropriate utensils needed for the food she has. When eating, Chanette has a difficult time manipulating her utensils. Chanette is very well mannered. She is very considerate of others. See enjoys being around her peers and helping her new friends. Chanette also enjoys her school jobs of delivering coffee to the staff and putting attendance folders into teacher mailboxes as well as the various jobs in the classroom. Chanette has adjusted very well to her new school and has been an absolute joy to work with. | | |

MCPS Form 336-54, Rev. 4/2002                    DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent                    Page 1 of 14

(19)

Sep-08-2005  10:38am  From-GRA. SCHOOL INC    301-231-7874    T-840  P.019/050  F-386

Office of Student and Community Services
Department of Special Education
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1

**DIRECTIONS:** Use this form for recording most recent assessment information.

| Student Name | Alston | Chanelle | | | |
| | Last | First | MI | | |

P: ___  ID#: 322665 ___  Meeting Date  5 / 23 / 05

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS Teacher Referral/Reports and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Saleh I.F/ Teacher | 5/05 | Life Skills: (personal management, career/vocational, and community) Chanette is very independent in getting herself ready for school. She can do her morning and afternoon routine and work without any help. She knows where she can look for help if she needs it. She Chanette writes down her homework on a daily basis but does not always turn her homework in, particularly weekend homework. When she does turn her homework in, it is not always done correctly. In the community, Chanette seems comfortable. When at the eatery or a self-serve restaurant, she does okay in ordering her food with teacher support but tends to order with a very low volume. When it is time to pay for her food, Chanette usually grabs any bill from her wallet and expects it to be the correct amount needed. With moderate teacher support and verbal prompts, Chanette is usually able to fix the mistake and use the next dollar strategy. | " manners<br>" routines<br>" helpful<br>" respectful<br>" enjoys jobs | " time management<br>" homework completion<br>" usage of utensils<br>" money management |

(20)

Office of Student and Community Services
Department of Special Education
MONTGOMERY COUNTY PUBLIC SCHOOLS
Rockville, Maryland 20850

INDIVIDUALIZED EDUCATION PROGRAM
CONFIDENTIAL

Page 1.

**DIRECTIONS:** Use this form for recording most recent assessment information.

Student Name: Aiken _____ Chanette _____ MII _____ ID#: 322665 _____ Meeting Date: 5 / 23 / 05
                  Last                First

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Reform/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark Item 1A, 1B, etc., in the top right-hand corner)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Saleh, LPH Teacher | 5/05 | Writing:<br>Chanette's handwriting has been improving. Her letters are clearly formed but her words are not spaced making it hard to determine what is being written/copied. When writing in her journal, Chanette tries on her own to create a paragraph using a graphic organizer and sentence starters but ends up dictating what she wants to write. She then copies the paragraph into her journal. Often times she will forget to keep spaces in between her words. She also leaves out punctuation in her sentences. In spelling, Chanette wasn't able to write the first letter she heard in a word when she started here at CJMS. Now she can write the letters that she hears in a word with one-on-one support during spelling tests. She can also use new vocabulary when given as a multiple-choice answer in fill in the blank sentences. | " letter formation<br>" dictating sentences<br>" using sentence starters | " spelling<br>" spacing between words<br>" the use of punctuation |

MCPS Form 336-51, Rev. 12/02                DISTRIBUTION: COPY 1/Student's Confidential Record; COPY 2/Service Provider(s); COPY 3/Parent                Page 1 of 14

Sep-08-2005  10:38am   From-GRAF... SCHOOL INC          301-231-7874          T-840   P.017/050   F-386

**Office of Student and Community Services**
**Department of Special Education**
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM**
**CONFIDENTIAL**

Page 1 *b*

**DIRECTIONS:** Use this form for recording most recent assessment information.

| Student Name | Alston | Chanette | | | |
|---|---|---|---|---|---|
| | *Last* | *First* | *MI* | **P** ID# 322665 | Meeting Date 5 / 23 / 05 |

**Part I: CURRENT ASSESSMENT INFORMATION:** Record the student's most recent assessment data. List data from psychological testing. Include results of the most recent standardized tests, curriculum-based assessments, vocational assessments, and Statewide assessments. For each area assessed, summarize strengths and areas of need. Summarize strengths and areas of need from all copies of MCPS *Teacher Referral/Reports* and include pertinent information from any functional behavioral assessment. Standard scores should be reported for standardized tests. (Use additional copies of page 1, if needed, and mark them 1A, 1B, etc., in the top right-hand corner.)

| EVALUATOR/ OBSERVER | DATE | DATA SOURCE AND SCORES/LEVELS OF PERFORMANCE | INDICATED STRENGTHS | INDICATED AREAS OF NEED |
|---|---|---|---|---|
| Saleh, LRT Teacher | 5/05 | **Math:** Since Chanette has only been at CIMS since March, it is hard to say how much she has progressed in the area of math. In the area of time, Chanette is able to tell time to the hour with teacher support and when prompted to look at the short hand. She has a hard time looking at the long hand and determining the minutes. When adding and subtracting, Chanette can use manipulatives to solve the problem. When she does her homework, Chanette always adds no matter what the operation is. She does however create her own counters by drawing lines. With money, Chanette can count sets of pennies, nickels, and dimes. When the sets are mixed, it is harder for Chanette to count the sets unless the coins are drawn with "touch math" dots on them. Chanette is better with counting bills. When prompted and with one-on-one support, Chanette can use the "next dollar" strategy when stimulating a purchase. If not reminded, she will attempt to hand any amount of money to the "cashier". | * reading clock to the hour<br>* counting like currency<br>* adding without regrouping using manipulatives | * next dollar strategy<br>* time to the ¼ and ½ hour<br>* adding and subtracting with regrouping<br>* adding mixed currency |