IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHANDA ALSTON                              )
    Plaintiff,                         )
                                       )
    v.                                 )       Civil Action No._____
DISTRICT OF COLUMBIA, et al.,             )
                                       )
    Defendants.                        )

## DECLARATION OF CHANDA ALSTON

I, Chanda Alston, a citizen of the United States over the age of eighteen years, declare as
follows:

1. I am the mother of Chanette Alston and we reside at 1911 Savannah St., S.E.,
   Washington, D.C. 20020.

2. Chanette's IEP has called for a joint placement at Grafton School's Rockville MD
   residential campus and at Cabin John Middle School's day instructional program
   for mentally retarded students since 2002.

3. Chanette has resided at Grafton, during the week, and attended the school day
   instructional program at Cabin John pursuant to her DCPS IEPs.

4. In December 2005 Grafton notified parents and local school districts that Grafton
   would be closing its Rockville campus.

5. Grafton staff informed me in late December that they had contacted DCPS
   concerning substitute arrangements for DCPS students enrolled at Grafton and were
   awaiting a response from DCPS special education staff.

6. Grafton later informed me that Forbush School was under consideration as a substitute placement for Chanette.

7. In January 2006 Grafton informed parents that it would close the Grafton campus on February 18, 2006. Grafton informed me that a meeting would be scheduled with DCPS to discuss Chanette's next placement.

8. I received no notice of a meeting from Grafton or DCPS thereafter.

9. On January 30, 2006 my attorney telephoned Ms. Ruth Blake and asked that I be informed when Chanette would begin her placement at Forbush School.

10. Following a series of other telephone calls to DCPS, on February 13, 2006 I was informed by Grafton that a telephone conference call would be held on the morning of February 14, 2006 with DCPS to discuss Chanette's next placement.

11. On February 14, 2006 I participated in a telephone conference call with two Grafton staff members--- social worker LaKyra Nichols and psychologist Dr. Michelle Hollander, my attorney and a DCPS representative, Dierdre Council.

12. At the telephone conference, my attorney requested that DCPS provide a referral for a substitute placement for Grafton.

13. On February 18, 2006 Grafton closed. On February 18,2006 no DCPS bus arrived to transport Chanette to Cabin John MS.

14. DCPS made no arrangements for Chanette's residential placement and made no arrangement to transport Chanette to Cabin John MS from my home.

15. Chanette was out of school entirely until I was able to arrange for bus transport of Chanette to Cabin John, through the office of the receiver for the DCPS bus transport system, on February 28, 2006.

16. On February 9, 2006 I was informed by Dr. Hollander, Chanette's Grafton psychologist, that Chanette was having hallucinations, induced, she believed, by the stress of Grafton's closing. Chanette was seen by a psychiatrist on that date and medications were prescribed to control her hallucinations.

17. Chanette's hallucinations continued. Her Cabin John teacher reported that Chanette was hallucinating in the classroom and was experiencing behavioral problems several times per day.

18. Over the course of March, Chanette's hallucinations grew worse, and came to involve food. She began refusing to eat certain foods, and as time passed, she declined to eat more and more different kinds of foods.

19. On March 9, 2006, my attorney wrote DCPS, informing them that Chanette's condition was deteriorating and requesting that DCPS refer Chanette for placement at Forbush School.

20. I received no response from DCPS.

21. On March 22, 2006 Chanette was admitted to the psychiatric ward at Children's Hospital. Chanette remained there until March 28, 2006.

22. On March 23, 2006, Chanette's Cabin John IEP Team met to review Chanette's needs. Her IEP Team believes that Chanette requires an immediate substitute placement for Grafton School.

23. Chanette was released from Children's Hospital on March 29, 2006. Since that date her Cabin John teacher reports that Chanette continues to experience hallucinations.

24. On April 5, 2006 my attorney again wrote DCPS requesting that DCPS locate a residential placement for Chanette.

25. I received no response from DCPS.

26. I believe that Chanette is suffering from the stress created by the close of Grafton and DCPS' failure to locate a substitute residential placement for her and that she may continue to suffer until a substitute placement is found. At the same time, Chanette is unable to participate at Cabin John or to be available for learning there. At this point it appears that DCPS will take no action to fulfill its obligations under Chanette's IEP and the Hearing Officer's Determination.

25. I have attached hereto copies of the IEP Team's Notes.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_5. 2. 06_

May 2, 2006

_Chanda Alston_

Chanda Alston