# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553  
Telephone

(202) 333-1546  
Telefax

## TELEFAX COVERSHEET
## NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

TO: Deborah Council  
 Special Education Division  
 DCPS

RE: Chanette Alston

Message:

 I have not received any notice from DCPS of a meeting and will not be in my office until after 1:00 today.

 Please advise me by written notice of the date and time of any meeting, as discussed in our telephone conference last.
 .

DATE: 2/6/ 2006

Number of Pages: 1, including coversheet

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 02/05/2006 07:01
                                    NAME  : K D ALVAREZ
                                    FAX   : 2023331546
                                    TEL   : 2023338553

DATE,TIME        02/05 07:00
FAX NO./NAME     4425518
DURATION         00:00:18
PAGE(S)          01
RESULT           OK
MODE             STANDARD
                 ECM
```

## Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553  
Telephone

(202) 333-1546  
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Deborah Council
     Special Education Division
     DCPS

RE: Chanette Alston

Message:

   I have not received any notice from DCPS of a meeting and will not be in my office until after 1:00 today.

   Please advise me by written notice of the date and time of any meeting, as discussed in our telephone conference last.

2

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553  
Telephone

(202) 333-1546  
Telefax

March 9, 2006

Ms. Ruth Blake  
Director, Non-Public Schools Section  
Special Education Division  
D.C.P.S.  
202-442-5517/18

Re: Chanette Alston (D.O.B. 9/19/1992)(Grafton)

Dear Ms. Blake:

This is with regard to my telephone message to you of January 30, 2006 and to teleconferences with your staff of February 1, 2006, February 2, 2006 and February 14, 2006. As noted in my telephone message to you, I was informed by Shawn Chaney of Grafton that D.C.P.S. was referring those D.C.P.S. students who were at Grafton to Forbush School. Mrs. Alston has received no notice from D.C.P.S. of a referral having been made for Chanette to Forbush, or, for that matter, to any other residential placement.

As Dr. Hollander, Chanette's Grafton psychologist, stated during the February 14 teleconference, Chanette's psychological condition has been deteriorating for some months. She is in immediate need of a residential placement to replace her Grafton placement. Mrs. Alston believes that Forbush is an appropriate placement for Chanette and would accept a placement there. Mrs. Alston would greatly appreciate your earliest attention to this.

Sincerely,

Karen D. Alvarez

```
        TRANSMISSION VERIFICATION REPORT

                                    TIME : 03/08/2006 16:41
                                    NAME : K D ALVAREZ
                                    FAX  : 2023331546
                                    TEL  : 2023338553


DATE,TIME          03/08  16:40
FAX NO./NAME       4425517
DURATION           00:00:31
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553                                              (202) 333-1546
Telephone                                                   Telefax

## TELEFAX COVERSHEET
## NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

TO:   Ms. Ruth Blake
      Director, Non-Public Schools Section
      Special Education Division
      D.C.P.S.
      202-442-5517/18


RE: Chanette Alston; Residential Placement


DATE: 3/9/2006

4

```
          TRANSMISSION VERIFICATION REPORT

                                    TIME : 03/08/2006 16:43
                                    NAME : K D ALVAREZ
                                    FAX  : 2023331546
                                    TEL  : 2023338553


DATE,TIME         03/08 16:42
FAX NO./NAME      4425518
DURATION          00:00:31
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO: Ms. Ruth Blake
    Director, Non-Public Schools Section
    Special Education Division
    D.C.P.S.
    202-442-5517/18

RE: Chanette Alston; Residential Placement

DATE: 3/9/2006

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Ruth Blake
     Director, Non-Public Schools Section
     Special Education Division
     D.C.P.S.
     202-442-5517/18

RE: Chanette Alston; Residential Placement

DATE: 3/9/ 2006

Number of Pages: 2, including coversheet

6

**Karen D. Alvarez**
Attorney at Law
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553  (202) 333-1546
Telephone  Telefax

April 5, 2006

Ms. Ruth Blake
Director, Non-Public Schools Section
Special Education Division
D.C.P.S.
202-442-5517/18

                Re: Chanette Alston (D.O.B. 9/19/1992)(Grafton)

Dear Ms. Blake:

This is with regard to my telephone message to you of January 30, 2006 and to teleconferences with your staff of February 1, 2006, February 2, 2006 and February 14, 2006, and my letter to you of March 9, 2006.

Mrs. Alston informs me that she has received no response from D.C.P.S. to her requests for a residential placement to substitute for Chanette's Grafton placement. As I noted in my letter to you of March 9, 2006, Chanette's psychological condition had been deteriorating for some time. Since my last letter to you, Chanette has been hospitalized and released, following treatment of severe psychological symptoms. Chanette urgently requires a substitute residential placement.

Please inform me what steps D.C.P.S. is taking and when Mrs. Alston can expect a placement for Chanette.

                Sincerely,

                Karen D. Alvarez

7

```
TRANSMISSION VERIFICATION REPORT

                                        TIME : 04/04/2006 10:39
                                        NAME : K D ALVAREZ
                                        FAX  : 2023331546
                                        TEL  : 2023338553


DATE,TIME          04/04 10:39
FAX NO./NAME       4425517
DURATION           00:00:44
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

TO: Ms. Ruth Blake
    Special Education Division
    202-442-5517/18

RE: Chanette Alston

DATE: 4/5/ 2006

Number of Pages: 2, including coversheet

8

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553  (202) 333-1546
Telephone  Telefax

## TELEFAX COVERSHEET NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Ms. Ruth Blake
     Special Education Division
     202-442-5517/18

RE:  Chanette Alston

DATE: 4/5/ 2006

Number of Pages: 2, including coversheet

9