Office of Special Education and Student Services
**MONTGOMERY COUNTY PUBLIC SCHOOLS**
Rockville, Maryland 20850

**INDIVIDUALIZED EDUCATION PROGRAM
TEAM MEETING INFORMATION
CONFIDENTIAL**

## PART I: IDENTIFYING INFORMATION

Student name  Alston           Chanette           P       09 / 19 / 92    ID # 322665           Current grade  7
              Last             First              MI      Date of Birth

Current special education program  LFI           Location Cabin John MS           Home school _____

Meeting date  3 / 23 / 06

## PART II: MEETING INFORMATION

A. **Type of IEP team meeting**
   - [ ] Screening
   - [ ] Evaluation
   - [ ] Transition discussion
   - [x] School
   - [ ] IEP development/revision
   - [ ] Periodic review
   - [ ] ESY discussion
   - [ ] Central office
   - [x] Annual review
   - [ ] Re-evaluation planning
   - [ ] Other
   - [ ] Re-evaluation
   - [ ] Manifestation determination

B. **Additional discussions**

C. **Meeting location**

D. **Participants in attendance**

   NAME                                                    Other Participants/Positions
   1. Parent            Karen D. Alston (Attorney Parent representative)
   2. Student
   3. General education teacher    Audrey C. Tilp
   4. Special education teacher/service provider  Jackie Marshall, KTSE
   5. MCPS representative   Rachel McRae
   6. Occupational therapist
   7. Physical therapist
   8. School psychologist
   9. Speech/language pathologist
   10. Pupil personnel worker
   11. _____

E. **General**
   1. "Parent" means [x] parent [ ] legal guardian [ ] parent surrogate (a person appointed by the MCPS Superintendent of Schools to act in place of a parent of a child in the educational decision-making process). representative
   2. [ ] Parent is not present, but on ___/___/___ he/she gave permission to proceed with the meeting. See student's confidential folder.
   3. [x] Ten days' written notice was provided.
      [ ] Less than ten days' written notice was provided because an expedited meeting is being held:
         [ ] to address disciplinary issues
         [ ] to determine placement because the student is not currently receiving education services
         [ ] at parent request
         [ ] to meet other urgent needs of the student to ensure the provision of FAPE
   4. [x] Parent was provided an annual copy of the procedural safeguards on  3/23/06

MCPS Form 336-40, Rev. 11/05                    DISTRIBUTION  COPY 1/Confidential Folder; COPY 2/Parent; COPY 3/Case Manager

| Office of the Deputy Superintendent of Schools<br>MONTGOMERY COUNTY PUBLIC SCHOOLS<br>Rockville, Maryland 20850 | ADDENDUM TO MCPS FORMS<br>MCPS Form 336-40 |
|---|---|

INSTRUCTIONS: Use this addendum when additional space is needed on an MCPS Form. Enter the number of the form in the space above and identify each item being continued. Attach this addendum to the form.

- 3/05 - When she first arrived she was somewhat paranoid (someone out to get her, kids talking) but new transition; shy, quiet at first but later became more outgoing with friends

- Late September/05 - changed group homes - began school late and expressed concerns about "dykes"/sexual issues/thought girls were looking at her/asked if boys liked her/sexual confusion

- This year appeared more quiet/shy again; late October began being more physical (pushing back of chair, shoving, pushing or bumping) difficulty "fitting in" with classmates ※ (see letter to M. Hollander, - attached)

- Began worrying about Grafton closing - uncertain about when/where she would go (becoming anxious about what would happen) decision about her going home came at last minute

- First week of February teacher concerned because Chanette began talking about sensory issues - something "crawling" on her skin; had to change clothes; something in her shoe - wanted teachers to listen to her shoe - asked if we could hear it too; Began talking about voices talking to her - she couldn't see it - "invisible" but she wasn't sure what the "voice" was telling her.

MCPS Form 336-01, Rev. 3/01           DISTRIBUTION: Same as attached form.

Annual Review cont'd.

| Office of the Deputy Superintendent of Schools<br>MONTGOMERY COUNTY PUBLIC SCHOOLS<br>Rockville, Maryland 20850 | ADDENDUM TO MCPS FORMS<br>MCPS Form 336-40 |
|---|---|

INSTRUCTIONS: Use this addendum when additional space is needed on an MCPS Form. Enter the number of the form in the space above and identify each item being continued. Attach this addendum to the form.

- Escalating issues — 2nd week in February she began refusing to eat — said she couldn't eat food with <u>air</u> in it — initially she ate some things but eventually refused to eat more and more

- Moved home and missed school until bus transportation was provided at end of February.
  Teacher spoke with her several times on the phone and Chanette said a "spirit" was talking to her and asked teacher to listen to it over the phone

- Early March Chanette began drifting off, staring during class at something and maybe nod or seem to "speak" to what was there "Yes" — "Maybe later" "I'm eating nachos." She would say she was talking to the spirit.

- 3/14/06 Spoke w/ Ms. Wassel because she was worried about the bushes and trees staring at her. She was also worried about the sun and hot air — makes her heart pound

Alston, Chanette
Case 1:06-cv-00836-RMU    Document 4-5    Filed 05/05/2006    Page 4 of 6
Annual Review cont'd.
page 3

| Office of the Deputy Superintendent of Schools MONTGOMERY COUNTY PUBLIC SCHOOLS Rockville, Maryland 20850 | ADDENDUM TO MCPS FORMS MCPS Form 336-40 |
|---|---|

INSTRUCTIONS: Use this addendum when additional space is needed on an MCPS Form. Enter the number of the form in the space above and identify each item being continued. Attach this addendum to the form.

She said she couldn't sleep because the "machine was coming" at night - tip toe - tip toe, and it pumps air into her stomach. She was afraid her stomach would burst

- Since winter break Chanette has been increasingly unavailable for academic work. She is distracted/preoccupied and not able to focus on her school work.

- Chanette is currently at the Children's Psychiatric Unit with reported diagnosis of Psychosis NOS

- The IEP team agrees that Chanette's social/emotional state needs to be stabilized before she can be ready to access school here at Cabin John Middle School. The team believes that unless a medication regimen can effectively deal with her social/emotional state, she will need a more intensive, therapeutic, supportive educational placement.

- The team agrees that the IEP goals outlined in the 06/07 document will be

MCPS Form 336-01, Rev. 3/01                    DISTRIBUTION: Same as attached form.

Alston, Chanette
Case 1:06-cv-00836-RMU   Document 4-5   Filed 05/05/2006   Page 5 of 6
Annual Review contd.                                    page 4

| Office of the Deputy Superintendent of Schools<br>MONTGOMERY COUNTY PUBLIC SCHOOLS<br>Rockville, Maryland 20850 | ADDENDUM TO MCPS FORMS<br>MCPS Form _336-51_ |
|---|---|

INSTRUCTIONS: Use this addendum when additional space is needed on an MCPS Form. Enter the number of the form in the space above and identify each item being continued. Attach this addendum to the form.

appropriate when her mental health status improves and she is able to focus on academics again in a middle school program

- The team is concerned about an appropriate placement for her upon discharge from Children's Hospital. This school program is not able to support her mental health needs. Her IEP requires a residential component as well which must be addressed immediately in order to meet her mental health needs.

- OT Occupational Therapist:
  - fine motor skills are a strength; handwriting is beautiful; her difficulties occur because of her illiteracy - should consider Assistive Technology like a Kurzweil -scan-read program to help with her reading/writing; recommend consult OT services 30mins/week for 06/07 school year

Annual Review cont'd.                                              page 5

| Office of the Deputy Superintendent of Schools<br>MONTGOMERY COUNTY PUBLIC SCHOOLS<br>Rockville, Maryland 20850 | ADDENDUM TO MCPS FORMS<br>MCPS Form 336-51 |
|---|---|

INSTRUCTIONS: Use this addendum when additional space is needed on an MCPS Form. Enter the number of the form in the space above and identify each item being continued. Attach this addendum to the form.

- Due to Chanette's hospitalization and current mental health crisis this IEP team does not feel that it can make appropriate recommendations for the 06/07 school year. The meeting will adjourn and continue again before the end of the school to finish the 06-07 IEP.

MCPS Form 336-01, Rev. 3/01                DISTRIBUTION: Same as attached form.