**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
*Special Education Programs*



*Page One of Five Pages*

# Due Process Complaint Notice

- The form is used to give notice of a complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- **Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.** Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

**A.   INFORMATION ABOUT THE STUDENT:**

Student Name: _Chanette Alston_   Birth Date: _9-19-1992_

Address: _1911 Savannah Street, S.E., Washington, D.C._

Present School of Attendance: _Grafton / Cabin John MS_

Is this a charter school? _No_   (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: _Chanda Alston_

Address (if different from the student's above): _____

Phone/Contact Number: _255-1906_   Fax Number (if applicable): _____

1

SEID DPCN Rev'd 6/28/05

(1)

**B. Individual Making the Complaint/Request for Due Process Hearing:**

Name: Mrs. Chanda Alston
Complete Address: 1911 Savannah Street, S.E.
Washington, D.C. 20020

Phone: (h) 255-1906  (w) _____ (Fax) _____ (e-mail) _____

Relationship to the Student:

[X] Parent     [ ] Legal Guardian     [ ] Parent Surrogate
[ ] Self/Student   [ ] Local Education Agency (LEA)   [ ] Parent Advocate

**C. Legal Representative/Attorney (if applicable):**

Name: Karen D. Alvarez
Address: 1442 Foxhall Rd, N.W.
Washington, D.C. 20007

Phone: (w) 333-8553  (Fax) 333-1546  (e-mail) _____

Will attorney / legal representative attend the resolution session?  [X] Yes   [ ] No

**D. Complaint Made Against (check all that apply):**

[X] DCPS school (name of the school if different from page one) SEA, LEA
[ ] Charter school (name of the charter school if different from page one) _____
[ ] Non-public school or residential treatment facility (name) _____
[ ] Parent

**E. Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

[ ] I wish to waive the Resolution Session Meeting

*Parent does not waive Resolution Session.*

**F. Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

[ ] ~~I am requesting mediation as an alternative to the resolution session meeting.~~
[ ] ~~I am requesting mediation and a due process hearing.~~
[ ] ~~I am requesting mediation only at this time.~~

2

SEID DPCN Rev'd. 6/28/05

(2)

G. **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1. What is the nature of the problem, including the facts relating to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

   *See Attachment*

2. To the extent known to you at this time, how can this problem be resolved?

   *See Attachment*

H. **Accommodations and Assistance Needed:**

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type)_____
- Special Communication (please describe the type)_____
- Special Accommodations for Disability (please be specific)_____
- Other_____

I. **Waiver of Procedural Safeguards:**

☐ I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

J. **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct.

_____     May 5, 2006
Signature of Parent or Guardian         Date

_____     _____
Legal Representative / Advocate (if applicable)   Date

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

3

SEID DPCN Rev'd. 6/28/05

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

Due Process Complaint Attachment (two pages)
In the Matter of Chanette Alston
May 4, 2006

Assertion of Stay Put Rights

Mrs. Alston asserts her daughter's rights to remain in a combined residential and Cabin John MS placement. Mrs. Alston requests that the Chief Hearing Officer order DCPS to place her daughter in a residential placement forthwith.

Facts and Reasons for the Complaint

1. In Spring 2003 Chanette Alston's IEP Team determined that Chanette required a residential placement at Grafton School and a day special education placement at the Montgomery County Public Schools 'SCBP program at Cabin John MS.
2. An impartial hearing officer upheld the Grafton /SCBP/ Cabin John IEP and placement on August 22, 2003.
3. Chanette's school year 2005-2006 IEP calls for a combined residential placement and placement in the special education day program at Cabin John MS.
4. In January 2006 Grafton School notified DCPS that Grafton would close its Rockville campus.
5. Grafton closed its Rockville campus on February 18, 2006.
6. DCPS has failed to provide a substitute residential placement since that date, despite repeated requests from Mrs. Alston.
7. As a result of DCPS' failure to provide a substitute placement for Grafton, Chanette has been denied the educational programming called for by her IEP.
8. DCPS has violated the Alston's rights under IDEA, as amended, and under Section 504 of the Rehabilitation Act, and has denied them FAPE.

Proposed Resolution
1. An order requiring DCPS to place Chanette forthwith in an appropriate residential placement.

1



2. Compensatory educational services for the period from February 18, 2006 until the date on which DCPS enrolls Chanette in a residential placement.

**Karen D. Alvarez**
Attorney at Law
1442 Foxhall Road, N.W.
Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Student Hearing Office
     DCPS
     202-442-5556

RE:  Chanette Alston; Due Process Complaint

MESSAGE:

   Enclosed is Mrs. Alston's Due Process Complaint

DATE: 5/5/ 2006

Number of Pages: 6, including coversheet

```
         TRANSMISSION VERIFICATION REPORT

                                          TIME : 05/04/2006 08:33
                                          NAME : K D ALVAREZ
                                          FAX  : 2023331546
                                          TEL  : 2023338553

DATE,TIME              05/04 08:31
FAX NO./NAME           4425556
DURATION               00:01:32
PAGE(S)                06
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

**(202) 333-8553**
Telephone

**(202) 333-1546**
Telefax

## TELEFAX COVERSHEET
## NOTICE

---

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

---

**TO:** Student Hearing Office
DCPS
202-442-5556

**RE:** Chanette Alston; Due Process Complaint

**MESSAGE:**

Enclosed is Mrs. Alston's Due Process Complaint