IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al.        ) | |
|                             ) | |
|    Plaintiffs,          ) | Civil Action No. |
|                             ) | |
|    v.          ) | |
|                             ) | |
| DISTRICT OF COLUMBIA, et al.  ) | |
|                             ) | |
|    Defendants          ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiffs' motion for emergency Stay Put relief filed by Plaintiffs on May 5, 2006, seeking Stay Put injunctive relief, pursuant to the Individuals with Disabilities Act, as amended, 20 U.S.C.§ 1415(j), and Rule 65 (b) of the Rules of Civil Procedure, it is hereby

ORDERED that the motion for emergency Stay Put relief be GRANTED, and it is

FURTHER ORDERED that Defendant DCPS shall issue referrals for C.A. to residential placements, along with any documentation required by any such proposed placement, within five days hereof;

FURTHER ORDERED that Defendants shall file copies of all such referrals to this Court immediately upon issuance thereof;

FURTHER ORDERED that Defendants shall provide transportation, or funds therefor, for C.A. and her parent to visit or interview at any proposed residential placement;

FURTHER ORDERED that Defendants shall enroll and place C.A. in a residential placement within 15 days hereof;

SO ORDERED.

------------------------
United States District Judge

DATE: