## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ )<br>CHANDA ALSTON, *et al.,*     )<br>                              )<br>     Plaintiffs,              )<br>                              )<br>     v.                       )<br>                              )<br>DISTRICT OF COLUMBIA, *et al.,*   )<br>                              )<br>     Defendants.              )<br>_____) | Civil Action No. 06-0836 (RMU) |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO "PLAINTIFFS' MOTION FOR EMERGENCY STAY PUT RELIEF"

Pursuant to Fed. R. Civ. P. 6(b)(1), the Defendants, by counsel, hereby respectfully request an enlargement of time – to May 24, 2006 – to respond to the "Plaintiffs' Motion for Emergency Stay Put Relief," filed May 5, 2006 ("Motion").

Together with the complaint herein, the Motion was filed on Friday, May 5. During the afternoon of that day, the Motion was transmitted to the undersigned by email by Plaintiffs' counsel. The undersigned was out of town at the time, and his email automatically responded that any matters of immediate significance should be brought to the attention of another identified attorney in the Office. Plaintiffs' counsel did not do so, and the undersigned was not aware of the Motion's filing until his return to the office on Monday, May 8.

At this point, the District of Columbia Public Schools ("DCPS") is investigating the factual circumstances recited in support of the Motion, and is determining what immediate actions, if any, are appropriate. It is expected that determinations in that regard may be made by the end of this week. And to the extent the accommodations

sought in the Motion may be voluntarily provided, the need for further pleadings, and for further Court consideration of the Motion, may be mooted.

Accordingly, to permit DCPS to conclude its evaluation of the concerns and relief demands contained in the Motion before responding to it, a brief one-week enlargement of time for response to the Motion is respectfully requested.  The Defendants believe the Plaintiffs will not be prejudiced by this brief delay, and that any response to the Motion will be more complete and helpful to the Court in its consideration of the Motion.

Pursuant to LCvR 7.1(m), the undersigned contacted Plaintiffs' counsel; Plaintiffs' counsel declined to consent to this request.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Edward P. Taptich*_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7334
(202) 727-3625 (fax)
E-mail: edward.taptich@dc.gov

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(b)(1), Federal Rules of Civil Procedure.

The inherent power of this Court in the conduct of its proceedings.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| CHANDA ALSTON, *et al.,*                     ) | |
|                                              ) | |
|                     Plaintiffs,              ) | |
|                                              ) | |
|          v.                                  )     Civil Action No. 06-0836 (RMU) |
|                                              ) | |
| DISTRICT OF COLUMBIA, *et al.,*              ) | |
|                                              ) | |
|                     Defendants.              ) | |
| _____) | |

## ORDER

On consideration of the Defendants' Motion For Enlargement of Time to Respond to "Plaintiffs' Motion for Emergency Stay Put Relief," and it appearing that a grant of that motion would be just and proper, it is, this ____ day of May, 2006,

**ORDERED**, That the Defendants' motion is granted; and it is

**FURTHER ORDERED**, That the deadline for the Defendants' response to Plaintiffs' May 5, 2006, motion will be May 24, 2006.


_____
UNITED STATES DISTRICT JUDGE