UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDA ALSTON, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. Action No. 06-0836(RMU) |
| : | |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for the District of Columbia in the above captioned case.

            Respectfully submitted,

            ROBERT J. SPAGNOLETTI
            Attorney General, D.C.

            GEORGE C. VALENTINE
            Deputy Attorney General
            Civil Litigation Division

            */s/ Edward P. Taptich*_____
            EDWARD P. TAPTICH (012914)
            Chief, Equity Section 2

            /s/ *Veronica A. Porter*_____
            VERONICA A. PORTER (412273)
            Assistant Attorney General
            441 4th St., N.W., Sixth Floor South
            Washington, D.C. 20001
            (202) 724-6651

**May 16, 2006**