Notes from Chanette P. Alston's meeting held on 2/14/06 at 11:20 am

<u>Attendance by teleconference</u>

Michelle Hollander-Grafton
LaKyra Nichols-Grafton
Diedra Council- LEA DCPS
Chandra Alston- Mother
Karen Alvarez- Attorney

<u>Summary of Meeting</u>

**Purpose of the Meeting:**
The meeting was called by DCPS to discuss transition pending Grafton's closure and to determine appropriate academic/residential placement for Chanette.

**Placement Proposals:**
It was decided initially by DCPS that Chanette would go home to live with her mother and attend a DCPS public school with a special Ed program. Dr. Hollander offered an alternative proposal that Chanette continue attending Cabin John Public School in Montgomery County while residing at home.

**Status Report:**
Chanette's behavior over the past 6-9 months has deteriorated somewhat with an increase in aggression and noncompliance in the group home, and an increase in aggression toward peers at school. Dr. Hollander felt it was best for Chanette to continue Cabin John MS while making the transition to living at home.

**Team Decision:**
After a lengthy discussion of placement options, the team agreed that Chanette will return home to live and continue to attend Cabin John MS.

Ms. Council will be responsible for arranging transportation between her home to school. Chanette should be able to return to Cabin John Middle School on Wednesday February 23, 2006 if her mother can not transport her during the interim.

**Note:**
Ms. Alvarez, the Alston's family attorney, has asked for the record to reflect that Chanette's IEP, upheld in due process, called for residential educational placement.