

## GILMORE KEAN, LLC
### OFFICE OF THE TRANSPORTATION ADMINISTRATOR

**TO:** Karen D. Alarez
Attorney At Law

**FROM:** Leslie Dews
Assistant Transportation Administrator

**DATE:** May 30, 2006

**SUBJECT:** Records of Initiation of DCPS Bus Transportation for Chanette Alston

This memorandum is in response to your email to Mr. David Gilmore, the Transportation Administrator dated May 30, 2006. Attached is a copy of Ms. Alston's trip ticket that indicates her transportation began on February 28, 2006. The other attached form illustrates when Ms. Alston's transportation data was entered into Edulog, which is DCPS' data entry system.

Please contact me at (202) 576-5555 if you have any additional questions.

Attachment

Exhibit A  ①

# D.C. PUBLIC SCHOOLS BUS VEHICLES TRIP TICKET

PLEASE PRINT
ROUTE **151**   BE NO _____   TAG NO _____   A.M. LOCATION **Adams P**   DATE **2/28/06**

NAME OF DRIVER **Tangue Thompson**   NAME OF ATTENDANT **Glenn Mathews**

ODOMETER READING OUT **098211**   TIME OUT **6:10**   ODOMETER READING IN **098203**   TIME IN **9:45**

FUEL ADDED GALLONS OIL ADDED QUARTS   ROUTE ON TIME ☐ YES ☐ NO   GIVE REASON IF NO _____

| DESTINATION | TIME AR | MILEAGE | TIME LV | STUDENTS NAME | TIME AR | TIME LV | ADDRESS | REASON FOR ABSENCE |
|---|---|---|---|---|---|---|---|---|
| Cain John | 6:10 | 098249 | 6:10 | Annette Mathews | 6:45 | 10:11 | Savannah St SE #401 | |
| Adams P | 9:45 | 098203 | | | | | | |

TRIP TICKET CHECK BY SITE SUPERVISOR
**[signature]**
DRIVER'S SIGNATURE
SUPERVISOR'S SIGNATURE

FAILURE TO COMPLETE AND TURN IN A DAILY TRIP TICKET TO YOUR SITE SUPERVISOR WILL BE CAUSE FOR DISCIPLINARY ACTION.

**INSPECTION PRIOR TO STARTING ENGINE**
- Damage to exterior in interior
- Tire, lug nuts o.k.
- Check oil, water, battery & transmission
- Check all safety equipment
- Check cleanness of vehicle
- Check radio for sending messages

**DRIVER'S DAILY INSPECTION AFTER STARTING ENGINE**
- Check all gauges
- Check wipers, horn, defroster
- Check brakes
- Check lights
- Check underneath for leakage

**DURING INITIAL MOVEMENT OF VEHICLE**
- Check brakes for stopping
- Check radio for receiving
- Check steering for feel
- Check for smell of odors

DCPS 2.115/Revised 1/2000





# GILMORE KEAN, LLC
## OFFICE OF THE TRANSPORTATION ADMINISTRATOR

# FAX COVER SHEET

| SEND TO Company Name | | From: | Leslie Dews |
|---|---|---|---|
| Attention: | Karen D. Alvarez Attorney At Law | Date: | May 30, 2006 |
| Office Location: | 1442 Foxhall Rd. NW | Office Location: | Penn Center |
| Fax Number: | 202-333-1546 | Phone Number: | 202-576-5566 |

☐ Urgent  ☐ Reply ASAP  ☐ Please Comment  ☐ Please Review  **X** For Your Information

Total pages, including cover sheet __4__

**Comments:**
Information Requested

(4)