aolrich://9186711137/

| | |
|---|---|
| Subj: | **Fwd: Confidential Info re Chanette** |
| Date: | Thursday, February 16, 2006 4:27:01 PM |
| From: | KDAlvarez |
| To: | hevans@grafton.org |

This is the letter that I received today from Dr. Hollander. No mention of this was made to me before today, despite the fact that I have been in regular correspondence with both Ms. Nichols and Dr. Hollander.

My last letters to Ms. Nichols before the placement meeting were on February 14, 2006.

Sincerely,
Karen D. Alvarez

| | |
|---|---|
| Subj: | **Confidential Info re Chanette** |
| Date: | Thursday, February 16, 2006 11:45:46 AM |
| From: | mhollander@grafton.org |
| To: | lnichols@grafton.org, KDAlvarez@aol.com, Claudia_I._Saleh@fc.mcps.k12.md.us |

---

```
Return-Path:
Received: from  rly-yc06.mail.aol.com (rly-yc06.mail.aol.com [172.18.205.149]) by air-yc04.mail.aol.
Received: from  mailrtr02.ntelos.net (mailrtr02.ntelos.net [216.12.0.102]) by rly-yc06.mail.aol.com
Received: from g855 ([216.12.24.82])
          by mailrtr02.ntelos.net (8.13.4/8.13.4) with SMTP id k1GJiw1v014736;
          Thu, 16 Feb 2006 14:45:01 -0500
Reply-To:
From: "michelle hollander"
To: "Lakyra Nichols" ,
        "Karen Alvarez" ,
        "Claudia I. Saleh"
Subject: Confidential Info re Chanette
Date: Thu, 16 Feb 2006 14:44:59 -0500
Message-ID:
MIME-Version: 1.0
Content-Type: multipart/mixed;
        boundary="----=_NextPart_000_0000_01C63307.8F805DE0"
X-Priority: 3 (Normal)
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook IMO, Build 9.0.2416 (9.0.2911.0)
Importance: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
X-AOL-IP: 216.12.0.102
X-AOL-SCOLL-SCORE: 0:2:445176205:14495514
X-AOL-SCOLL-URL_COUNT: 0
```

Exhibit B



February 15, 2006

Ms. Alston,

I wanted to notify you about a concern regarding Chanette. She has reported to her teacher, residential staff, Grafton staff, and myself that she is experiencing auditory, visual, and tactile hallucinations along with an increase in paranoia. In addition to her reporting that she has "evil" eyes, that she feels pressure in her eyes, that cars are shining their high beams at her, etc., Chanette is now reporting auditory hallucinations in the form of a male voice saying things to her. She also sees "him" in the form of a white form that follows her around. Today while she was eating lunch, "he" was asking her 'why she was eating nachos'. Chanette is also complaining about a tickly feeling all over her body (things are crawling on her skin?) and that the voice speaks to her at night and tells her that there are black things under the comforter. Chanette then hears the cars driving by outside telling her to 'take the comforter off'. She is disturbed and frightened by these sensations.

When the hallucinations were initially reported to Grafton staff and Chanette's teacher at Cabin John (2/7/06), Grafton made arrangements for Chanette to be seen by a psychiatrist. Dr. Patel saw Chanette last Thursday (2/9/06). She prescribed two medications and requested that Chanette return the following week (this week) accompanied by one of her parents. When I spoke to Chanette today, she stated that she no one has given her the medication. When I asked LaKyra (case manager) about why Chanette hasn't received the medication, LaKyra said that you had taken the prescriptions to be filled.

It is very important that Chanette receive appropriate treatment for these hallucinations. They may be an indication of a serious psychiatric illness that needs to be followed by a psychiatrist. Please follow up with filling the prescriptions and by seeking ongoing treatment by a psychiatrist, either Dr. Patel or another psychiatrist closer to home.

It is also important that Chanette continue to receive individual psychotherapy. Cabin John is not able to provide psychotherapy, so it is recommended that you find her a therapist in D.C., close to your home. In the event that you are unable to find a therapist for her, please contact me because I may be able to continue to see Chanette at Cabin John if her father's insurance would cover it.

Please feel free to contact me if I can help in any way!

Sincerely,


Michele Hollander, Psy.D.
Licensed Psychologist
301-990-0131


cc: C. Saleh
    K. Alvarez
    L. Nichols

Subj: **FW: Chanette**
Date: Thursday, February 16, 2006 7:56:23 AM
From: mhollander@grafton.org
To: KDAlvarez@aol.com

Karen,

Can you follow up with Chandra so that Chanette gets some mental health treatment/counseling after she leaves Grafton?

Thanks,

Michele

-----Original Message-----
**From:** Claudia I. Saleh [mailto:Claudia_I._Saleh@fc.mcps.k12.md.us]
**Sent:** Tuesday, February 14, 2006 3:13 PM
**To:** mhollander@grafton.org
**Subject:** Re: Chanette

Michele,
I dont know if coming to the school to see Chanette is such a good idea. I just feel that she is having such a hard time with this transition that she would probably need a more quiet and personal time to talk to you. I don't know if she is distracted here with you or what is going on but her behaviors have gotten more extreme and we are having problems much more frequently. It started with rarely to once a month then once a week now it is several times a day and many times it is minutes after I talk to her about the behaviors. If you would like to come in to talk to her at lunch that is fine but I think she is going to need a little more talking time to get her feelings out. I just see a lot of built up anger in her lately.
What happened in the evaluation on Thursday? Any word of how Chanette will be transported to and from school after she moves back to DC?
Please let me know.
Thanks,
Claudia



aolrich://731961037/

Claudia I. Saleh
LFI Teacher
Cabin John Middle School
(301)469-1150

