5/29/01

# CHAPTER IV

# Identification and Evaluation

**INTRODUCTION**

Before a child with a suspected disability can receive special education and related services for the first time, a comprehensive, full and individual initial evaluation (see Appendix A: "evaluation") of the child must be conducted. To develop a comprehensive picture of the child and to develop practical intervention strategies to address the child's special needs, the multidisciplinary team (MDT) must ask questions and use assessment techniques that will help them determine the factors that are facilitating and interfering with the child's learning.

Evaluation is a complex process of assessment techniques conducted by a multidisciplinary team of trained professionals who use both formal and informal methods of collecting information about the child. While the team may choose to administer a series of tests to the child, assessment involves much more than standardized tests, which represent only one assessment technique.

Only through using a variety of approaches (screening, observation, interview, testing, curriculum-based assessment, etc.) from a variety of sources (parents, teachers, specialists, peers and the child) can the specific nature of the child's needs be determined and an appropriate program be designed.

**PURPOSE AND GOALS**

The primary purposes for conducting an evaluation are to:

- Identify those children who may be experiencing delays or learning problems;
- Gather information to determine whether a child has a categorical disability and is eligible for special education and related services;
- Identify the specific nature of the child's disability and the extent of the special education and related services the child needs;
- Provide sufficient information to develop an individualized education program (IEP), and make appropriate decisions about the child's educational placement;
- Develop and plan instruction appropriate to the child's needs to enable participation in the general curriculum, as appropriate;
- Assist in a smooth and seamless transition for children from Part C of IDEA to services under Part B of IDEA, when eligible; and/or
- Modify, if necessary, any special education or related services to empower the child to meet the goals set forth in the most recent IEP.

**CHILD FIND**

**Referral**

Children with disabilities will receive special education and related services appropriate to their developmental level and educational needs, designed to ensure the provision of a free appropriate public education, even when the children are advancing from grade to grade. There are many ways in which the District of Columbia Public Schools (DCPS) identifies a child for referral for evaluation. The primary method of identification has been that teachers and/or other school

IV - 1

www.k12.dc.us/dcps/speced//pdfs/CHAPTER%20IV%20I.pdf
(downloaded May 31, 2006)

Exhibit C

5/29/01

personnel suspect that the child has a learning or behavior problem and ask the parents for permission to provide an individual evaluation for the child. Teachers note concerns in the following ways:

- Schools routinely test all children in a particular grade. When a child scores far below his/her peers, the school is alerted to a potential problem;
- The child's classroom work is below expectations for his/her grade or age, or the child's behavior is disrupting learning.
- Problems such as short attention span, poor work habits, poor or absent peer relationships, and difficulty in relating appropriately to teachers and other adults.

Often, a child's parents may call or write to the school and request that their child be evaluated. Occasionally, physicians, community agencies, other family members, or religious leaders may notice that a child may require screening or evaluation and will call a local school to make a referral.

**Transition from Part C of IDEA to Part B of IDEA**

The DCPS also receives referrals for children participating under Part C of IDEA when it is suspected that the child has a categorical disability under Part B of IDEA. Personnel from DCPS participate in transition planning meetings, when invited by Part C providers, at least 90 days before a child's third birthday. At this time, it is determined whether further evaluation may be needed to determine eligibility for special education and related services under Part B of IDEA. Procedures are completed and services provided under an appropriate IEP no later than the child's third birthday. If a child's third birthday occurs during the summer, the IEP team shall determine the date when services under the IEP will begin. When the LEA and the parent agree the IFSP may be continued until the next scheduled meeting that addresses changes in services. (7-2-04)

**SCREENING**

Periodic screening activities in vision and hearing are provided under District of Columbia regulations by the District of Columbia Department of Health. City-wide screening "events" are undertaken several times a year, publicized through newspapers and through flyers in various public agencies (in English and Spanish) for children ages three through five. Screening activities are arranged to include highly-mobile children and children in private schools within the District of Columbia. Teachers screen children on a daily basis through classroom behavior and performance observations and periodically through a review of standardized testing results and classroom testing activities. Children experiencing difficulties are referred to the Teacher Assistance Team (TAT) for assistance in resolving any issues prior to a referral for special education evaluation unless the parent requests immediate evaluation. When a parent requests an immediate evaluation, a referral is made immediately to the multidisciplinary evaluation team.

**PRIOR WRITTEN NOTICE**

Written notice must be given to the parents of a child with a disability a reasonable time before the school proposes to initiate or change the identification, evaluation or educational placement of the child or the provision of a free appropriate public education to the child. Written notice must also be provided when the school refuses to initiate or change the identification, evaluation or educational placement of the child or the provision

IV - 2

5/29/01

of a free appropriate public education to the child. If this notice relates to an action proposed by the school that also requires parental consent (such as evaluation or reevaluation), the school may give notice at the same time it requests parent consent. The notice must include:

- A description of the action proposed or refused by the agency (e.g., the school proposes an evaluation to include the following areas: cognitive ability, academic achievement, expressive language and functional behavior);
- An explanation of why the agency proposes or refuses to take the action (e.g., Federal and District law requires that an evaluation be conducted at least every three years);
- A description of any other options that the agency considered and the reasons why those options were rejected (e.g., rather than conduct an evaluation, the school team considered, and tried, a variety of classroom interventions such as shortened assignments, extra time on tests, seating changes and a note taker buddy but have rejected these options because your child continues to exhibit educational difficulties even with these accommodations in place);
- A description of each evaluation procedure, test, record or report the agency used as a basis for the proposed or refused action (e.g., information reviewed in making the decision to evaluate your child included a review of her progress while accommodations were implemented as well as her most recent standardized test scores which placed her in the 30th percentile);
- A description of any other factors that are relevant to the agency's proposal or refusal (e.g., we understand that your child has been absent a significant number of days during this school year because of illness and it is the conclusion of the multidisciplinary team that even if she had been in school, she would still be experiencing academic difficulties);
- A statement that the parents of a child with a disability have protection under the procedural safeguards of IDEA (see Appendix E: *Procedural Manual for Children*) and, if this notice is not an initial referral for evaluation, the means by which a copy of a description of the procedural safeguards can be obtained. Parents receive this manual upon initial referral for evaluation, with each notice of a meeting to develop, review or revise an IEP, upon reevaluation of the child, whenever parents request a due process hearing, or whenever parents request a copy of this manual. Beginning at age 18, students receive a copy of this manual at the same time it is provided to parents; and
- Sources for parents to contact to obtain assistance in understanding this part (e.g., the DCPS Parent Affairs Office).

This notice must be written in language understandable to the general public and provided in the native language of the parent or other mode of communication used by the parent, unless it is clearly not feasible to do so.

If the native language or other mode of communication of the parent is not a written language, the public agency shall take steps to ensure that the notice is translated orally or by other means to the parent in his or her native language or other mode of communication, that the parent understands the content of the notice and that there is written evidence that the requirements of this paragraph have been met.

**PREPARING FOR AN EVALUATION**

If school personnel do not believe that the child has a disability, they may have to assess the child, but they must provide written notice (as described above) to the parents of their

IV - 3

5/29/01

refusal. If parents believe that their child does have a disability that requires special education, they may request mediation or a due process hearing (see Chapter VII), where they will have the opportunity to demonstrate why they believe their child should be evaluated.

Prior to a formal evaluation, a staff member who will be part of the multidisciplinary evaluation team (MDT) requests information from the family. The MDT must include:

- A representative of DCPS who is qualified to provide or supervise the provision of special education, is knowledgeable about the general curriculum (the curriculum used by nondisabled children), is knowledgeable about available school and community resources and who has the authority to commit school resources and ensure that the services set out in the IEP will actually be provided;
- The child's parent(s) who are informed of the meeting and invited in accordance with Chapter V of this manual; **NOTE:** Parents are included in any meeting to discuss their child's evaluation, eligibility, educational program or placement. A meeting does not include informal or unscheduled conversations involving school personnel and conversations on such issues as teaching methodology, lesson plans or coordination of service provision if those issues are not addressed in the child's IEP. A meeting also does not include preparatory activities that school personnel engage in to develop a proposal or a response to a parent proposal that will be discussed at a later meeting.
- An individual who can interpret the instructional implications of the evaluation results;
- A regular education teacher (if the child is, or may be, participating in the general education environment);
- Special education teacher or, if appropriate, at least one special education provider of the child; and
- When transition will be discussed for a child (no later than the child's 16th birthday), representatives from any other agency that may be responsible for providing or paying for the provision of secondary transition services that may be included in the IEP, when applicable (see Appendix L).

The team may include any or all of the following participants:

- Other individuals, at the discretion of the parent or DCPS, who have special knowledge or expertise;
- The child, when appropriate (if transition services needs and/or transition services will be considered, the child **must** be invited to be part of the team);
- Related services personnel when a particular related service will be discussed at the request of the child's parents or the school;
- A representative of a private school the child attends; and/or
- Other qualified professionals, as appropriate.

Team members examine all available materials to decide if more information is needed to determine if the child has a disability and requires special education and related services. This information may include:

- Evaluations and information provided by family members;
- Current classroom-based assessments and observations;
- Observations by teachers and related services providers; and
- Classroom work samples.

IV - 4

5/29/01

Upon review of this information, and input from the child's parents, the MDT, including the parent, will identify what additional data, if any, are needed to determine:

- Whether the child has a particular category of disability (see Appendix G) or, in the case of reevaluation, whether the child continues to have a disability;
- The present levels of educational performance and the educational needs of the child;
- Whether the child needs special education and related services or, in the case of a reevaluation, whether the child continues to need special education and related services; and
- Whether any additions or modifications to the special education and related services currently being received are needed to enable the child to meet the measurable annual goals set out in the IEP and to participate, as appropriate, in the general curriculum.

If the MDT (including the parent) determines that no additional information is needed and believes there is enough information to determine whether the child has a disability, or continues to have a disability (for reevaluation), and requires (or continues to require) special education or special education and related services, the MDT documents that determination and the reasons for it and provides this notification to the parents. The MDT also informs the parents (in writing) of their right to request an evaluation to determine whether the child has a disability. An evaluation is conducted upon parent request.

If the MDT (including the parent) determines that more information is required, the MDT will develop a student evaluation plan, including what areas will be assessed, who is responsible (by position) and the time line for administration. Informed, written consent is requested from the parent for both initial evaluation and reevaluation. As part of this consent, parents are informed that the assessment procedures are conducted at no cost to them.

**CONSENT**

Parents must give informed, written consent (see Appendix A: "Consent") for DCPS to carry out the initial evaluation. DCPS does not conduct any **initial** evaluation without informed, written parental consent. Informed written consent must be requested from the parents before conducting a reevaluating. Informed parental consent need not be obtained for reevaluation if the school can demonstrate that it has taken reasonable measures to obtain consent and the child's parent has failed to respond. Reasonable measures are those described in Chapter V "Conducting an IEP Meeting Without a Parent in Attendance."

Parental consent is also required for the MDT to release any information to outside agencies or to request information from external agencies as part of the evaluation. Only a parent, a guardian, a person acting as a parent, or an appointed surrogate parent (see Chapter III) can provide consent for initial evaluations.

Parental consent is not required before reviewing existing data as part of an evaluation or reevaluation or administering a test or other evaluation that is administered to all children, unless consent is obtained from all parents before administering such an evaluation.