UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| CHANDA ALSTON *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 06-0836 |
| | : | | |
| v. | : | Document No.: | 4 |
| | : | | |
| DISTRICT OF COLUMBIA *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 17th day of July, 2006,

**ORDERED** that the plaintiffs' motion for a stay put injunction is **GRANTED**, and it is

**FURTHER ORDERED** that the defendants shall issue residential placement referrals on or before Monday, July 24, 2006, and it is

**ORDERED** that the defendants shall submit a copy of the aforementioned referrals to this court on or before Thursday, July 27, 2006, and it is

**FURTHER ORDERED** that the defendants shall place plaintiff C.A. in a residential placement on or before Monday, August 7, 2006.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge