UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDA ALSTON, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

### PRAECIPE

Pursuant to this Court's July 17, 2006 Order, Defendants issued residential placement referrals on or before July 24, 2006, and submit copies of those referrals herewith.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General, D.C.

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2

    /s/ *Veronica A. Porter*_____
    VERONICA A. PORTER (412273)
    Assistant Attorney General
    441 4th St., N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6651

**July 25, 2006**