

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

July 21, 2006

The Forbush School
6501 N. Charles Street
Baltimore, Maryland 21093

To Whom It May Concern:

Chanette Alston's referral packet is enclosed for your consideration. Chanette is a 12 ½ year old female who is mentally retarded. The student lived at Grafton Residential Treatment Center's Rockville Campus and attended Cabin John Middle School. However, Grafton's campus has since closed and a more appropriate residential facility needs to be located to meet the student's educational and clinical needs.

We believe your Residential Facility would be ideal for this student. Please review the enclosed to determine if this student is suitable for you Residential program. If you have any questions or additional information is needed please contact me @ 202-442-5541 or @ erika.gray@k12.dc.us.

Thank you for your prompt response in this matter,

Sincerely,

Erika N. Gray, LEA, LGSW
Residential Specialist
Office of Special Education, Non-Public Unit



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

July 21, 2006

Cedar Ridge School
P.O. Box 439
Williamsport, MD 21795

To Whom It May Concern:

Chanette Alston's referral packet is enclosed for your consideration. Chanette is a 12 ½ year old female who is mentally retarded. The student lived at Grafton Residential Treatment Center's Rockville Campus and attended Cabin John Middle School. However, Grafton's campus has since closed and a more appropriate residential facility needs to be located to meet the student's educational and clinical needs.

We believe your Residential Facility would be ideal for this student. Please review the enclosed to determine if this student is suitable for you Residential program. If you have any questions or additional information is needed please contact me @ 202-442-5541 or @ erika.gray@k12.dc.us.

Thank you for your prompt response in this matter,

Sincerely,

Erika N. Gray, LEA, LGSW
Residential Specialist
Office of Special Education, Non-Public Unit



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

July 21, 2006

Villa Maria School
2300 Dulaney Valley Road
Timonium, Maryland 21093

Attention: Andrea Commarata
Admissions Coordinator Residential Unit

To Whom It May Concern:

Chanette Alston's referral packet is enclosed for your consideration. Chanette is a 12 ½ year old female who is mentally retarded. The student lived at Grafton Residential Treatment Center's Rockville Campus and attended Cabin John Middle School. However, Grafton's campus has since closed and a more appropriate residential facility needs to be located to meet the student's educational and clinical needs.

We believe your Residential Facility would be ideal for this student. Please review the enclosed to determine if this student is suitable for you Residential program. If you have any questions or additional information is needed please contact me @ 202-442-5541 or @ erika.gray@k12.dc.us.

Thank you for your prompt response in this matter,

Sincerely,

Erika N. Gray, LEA, LGSW
Residential Specialist
Office of Special Education, Non-Public Unit



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of Special Education
825 North Capitol Street, N.E., 6th Floor
Washington, D.C. 20002-4232
202-442-4800, fax: 202-442-5518
www.k12.dc.us

July 21, 2006

Good Shepherd School
4100 Maple Avenue
Baltimore, Maryland 21227

To Whom It May Concern:

Chanette Alston's referral packet is enclosed for your consideration. Chanette is a 12 ½ year old female who is mentally retarded. The student lived at Grafton Residential Treatment Center's Rockville Campus and attended Cabin John Middle School. However, Grafton's campus has since closed and a more appropriate residential facility needs to be located to meet the student's educational and clinical needs.

We believe your Residential Facility would be ideal for this student. Please review the enclosed to determine if this student is suitable for you Residential program. If you have any questions or additional information is needed please contact me @ 202-442-5541 or @ erika.gray@k12.dc.us.

Thank you for your prompt response in this matter,

Sincerely,

Erika N. Gray, LEA, LGSW
Residential Specialist
Office of Special Education, Non-Public Unit