UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

**ERRATA**

Pursuant to this Court's July 17, 2006 Order, Defendants issued residential placement referrals to four schools on July 21, 2006. Defendants subsequently realized that the student's age provided in the referral letters was incorrect, and sent revised cover letters to the schools on July 26, 2006. Copies of those revised letters are attached.

In addition to the cover letters, each referral packet included (1) the student's March 23, 2006 IEP, which was developed by Cabin John School; (2) the student's May 23, 2005 IEP, which was developed by Cabin John and Grafton Schools; (3) the student's February 2004 Speech/Language Evaluation; (4) the student's February 2004 Occupational Therapy Assessment; and (5) a Justification for Individual and Family Therapy.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General, D.C.

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

        /s/ *Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651

**July 27, 2006**