Karen D. Alvarez
Slip Listing
ALL DATES

| Date | Fee / Time Entry# Explanation | Working Lawyer | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|

**alston Alston, Chanda**
  Stayput    Stay Put Injunctive Relief

| Date | Entry | Working Lawyer | Hours | Amount | Billing Status |
|---|---|---|---|---|---|
| Jan 12/2006 | Lawyer: 0.20 Hrs X 300.00 | KDA - Karen D. Alva | 0.20 | 60.00 | Unbilled |
| | 2720 Telephone call with Shawn Casey , Grafton, re DCPS plans post Grafton | | | | |
| Feb 1/2006 | Lawyer: 0.80 Hrs X 300.00 | KDA - Karen D. Alva | 0.80 | 240.00 | Unbilled |
| | 2724 Communicate (other external) M. Hollander, Psy.D, Grafton re placement efforts and progress | | | | |
| Feb 1/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | Unbilled |
| | 2776 Communicate (other external) D. Council, placement | | | | |
| Feb 2/2006 | Lawyer: 0.20 Hrs X 300.00 | KDA - Karen D. Alva | 0.20 | 60.00 | Unbilled |
| | 2726 Communicate (other external) Teleconference DCPS/Council, Hollader, Nichols re post Grafton placement | | | | |
| Feb 6/2006 | Lawyer: 0.20 Hrs X 300.00 | KDA - Karen D. Alva | 0.20 | 60.00 | Unbilled |
| | 2727 Communicate (other external)Nichols, Hollander of Grafton re prospective DCPS teleconference | | | | |
| Feb 6/2006 | Lawyer: 0.20 Hrs X 300.00 | KDA - Karen D. Alva | 0.20 | 60.00 | Unbilled |
| | 2733 Communicate (other external) letter to D. Council, DCPS,re notification of any meeting | | | | |
| Feb 14/2006 | Lawyer: 0.20 Hrs X 300.00 | KDA - Karen D. Alva | 0.20 | 60.00 | Unbilled |
| | 2729 Communicate (other external) Emails to Nichols, Hollander re DCPS teleconference | | | | |
| Feb 14/2006 | Lawyer: 0.40 Hrs X 300.00 | KDA - Karen D. Alva | 0.40 | 120.00 | Unbilled |
| | 2777 Telephone call with Grafton/Council, DCPS re substitute placement | | | | |
| Mar 9/2006 | Lawyer: 0.30 Hrs X 300.00 | KDA - Karen D. Alva | 0.30 | 90.00 | Unbilled |
| | 2737 Correspondence to Ruth Blake, Council supervisor, re substitute placement | | | | |
| Apr 5/2006 | Lawyer: 0.50 Hrs X 300.00 | KDA - Karen D. Alva | 0.50 | 150.00 | Unbilled |
| | 2738 Correspondence to Ruth Blake, DCPS, re substitute placement | | | | |
| Apr 16/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | Unbilled |
| | 2739 Correspondence to C. Saleh, J. Gooden, Cabin John MS re problems at school and residential placement | | | | |
| Apr 16/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | Unbilled |
| | 2740 Telephone call with client ; residential placement issues and court action | | | | |
| Apr 29/2006 | Lawyer: 0.40 Hrs X 300.00 | KDA - Karen D. Alva | 0.40 | 120.00 | Unbilled |
| | 2741 Meeting with client, review placement and court issues | | | | |
| May 1/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | Unbilled |
| | 2742 Telephone call with client : court issues | | | | |
| May 2/2006 | Lawyer: 1.50 Hrs X 300.00 | KDA - Karen D. Alva | 1.50 | 450.00 | Unbilled |
| | 2743 Draft/revise Alston Declaration, meet with client | | | | |
| May 3/2006 | Lawyer: 6.00 Hrs X 300.00 | KDA - Karen D. Alva | 6.00 | 1800.00 | Unbilled |
| | 2744 Draft/revise Complaint, review documents in preparation therefor | | | | |
| May 4/2006 | Lawyer: 7.50 Hrs X 300.00 | KDA - Karen D. Alva | 7.50 | 2250.00 | Unbilled |
| | 2745 Draft/revise Motion Emerg. Relief | | | | |
| May 5/2006 | Lawyer: 0.80 Hrs X 147.50 | KDA - Karen D. Alva | 0.80 | 118.00 | Unbilled |
| | 2772 Travel to Court for filing etc | | | | |
| May 5/2006 | Lawyer: 1.10 Hrs X 90.00 | KDA - Karen D. Alva | 1.10 | 99.00 | Unbilled |
| | 2773 Other wait for IFP order; discussion with J. Bate's law clerk re motion schedule, assignment | | | | |
| May 5/2006 | Lawyer: 0.80 Hrs X 300.00 | KDA - Karen D. Alva | 0.80 | 240.00 | Unbilled |
| | 2780 Correspondence to Taptich, copies of complaint. motion,exhibits | | | | |
| May 5/2006 | Lawyer: 4.10 Hrs X 300.00 | KDA - Karen D. Alva | 4.10 | 1230.00 | Unbilled |
| | 2781 Draft/revise : Revisions to Complaint, Motion, Order, preparation of exhbits, preparation of compact disc for filing, preparation of LCVR affidavit | | | | |
| May 16/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | Unbilled |
| | 2752 Telephone call with E. Taptich, DC, re enlargement time | | | | |
| May 16/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | Unbilled |
| | 2753 Review of Taptich Motion Enlarge | | | | |
| May 16/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | Unbilled |
| | 2754 Telephone call with client re schedule placement | | | | |

| Date | Fee / Time | Working Lawyer | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|
| | Entry# Explanation | | | | | |
| May 16/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | | Unbilled |
| | 2755 Correspondence to Cabin John personnel, schedule placement | | | | | |
| May 16/2006 | Lawyer: 0.40 Hrs X 300.00 | KDA - Karen D. Alva | 0.40 | 120.00 | | Unbilled |
| | 2769 Correspondence to Taptich, re Taptich motion enlarge | | | | | |
| May 17/2006 | Lawyer: 0.50 Hrs X 300.00 | KDA - Karen D. Alva | 0.50 | 150.00 | | Unbilled |
| | 2771 Correspondence to Taptich, Utiger re Taptich motion enlarge | | | | | |
| May 24/2006 | Lawyer: 2.10 Hrs X 300.00 | KDA - Karen D. Alva | 2.10 | 630.00 | | Unbilled |
| | 2756 Review of DC Opposition to Alston motion; analysis of arguments, notes | | | | | |
| May 29/2006 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | | Unbilled |
| | 2757 Telephone call with office of Transport Admin, records transport to Cabin John | | | | | |
| May 29/2006 | Lawyer: 0.80 Hrs X 300.00 | KDA - Karen D. Alva | 0.80 | 240.00 | | Unbilled |
| | 2759 Review of 11/05 Due process hearing transcript: Council, Rode statements | | | | | |
| May 29/2006 | Lawyer: 0.40 Hrs X 300.00 | KDA - Karen D. Alva | 0.40 | 120.00 | | Unbilled |
| | 2760 Review of DC Opp TRO 9/23/05; Taptich statements | | | | | |
| May 29/2006 | Lawyer: 0.40 Hrs X 300.00 | KDA - Karen D. Alva | 0.40 | 120.00 | | Unbilled |
| | 2761 Review of 8/03 HOD, Disability determinations | | | | | |
| May 29/2006 | Lawyer: 0.50 Hrs X 300.00 | KDA - Karen D. Alva | 0.50 | 150.00 | | Unbilled |
| | 2762 Review of DCPS Spec Ed Manual, MDT definition | | | | | |
| May 29/2006 | Lawyer: 0.30 Hrs X 300.00 | KDA - Karen D. Alva | 0.30 | 90.00 | | Unbilled |
| | 2763 Review of Records from Dews, transport effective dates | | | | | |
| May 29/2006 | Lawyer: 1.10 Hrs X 300.00 | KDA - Karen D. Alva | 1.10 | 330.00 | | Unbilled |
| | 2764 Review of correspondence Grafton/Cabin John re CA condition as of 2/06 | | | | | |
| May 29/2006 | Lawyer: 3.50 Hrs X 300.00 | KDA - Karen D. Alva | 3.50 | 1050.00 | | Unbilled |
| | 2765 Drafting : defendants contradictory statements; Alston Reply | | | | | |
| May 29/2006 | Lawyer: 0.50 Hrs X 300.00 | KDA - Karen D. Alva | 0.50 | 150.00 | | Unbilled |
| | 2774 Correspondence to L. Dews, office Tranport Admin, re Cabin John transport records | | | | | |
| May 30/2006 | Lawyer: 4.10 Hrs X 300.00 | KDA - Karen D. Alva | 4.10 | 1230.00 | | Unbilled |
| | 2766 Drafting : arguments legal issues Reply | | | | | |
| May 31/2006 | Lawyer: 3.10 Hrs X 300.00 | KDA - Karen D. Alva | 3.10 | 930.00 | | Unbilled |
| | 2767 Draft/revise ; revisions to draft Reply | | | | | |
| May 31/2006 | Lawyer: 0.80 Hrs X 300.00 | KDA - Karen D. Alva | 0.80 | 240.00 | | Unbilled |
| | 2775 Draft/revise: prepare exhibits to Reply and upload to ECF system | | | | | |
| Jan 30/2066 | Lawyer: 0.10 Hrs X 300.00 | KDA - Karen D. Alva | 0.10 | 30.00 | | Unbilled |
| | 2734 Communicate (other external) Telephone message to DCPS Ruth Blake re substitute placement | | | | | |

```
                                             Unbilled:      44.70      13057.00
                                               Billed:       0.00          0.00
                                                Total:      44.70      13057.00
                                       Percent Billed:       0.00          0.00
```

*** Summary by Working Lawyer ***

```
Working Lawyer    |         Hours                         |          |          Fees                              |
                  Unbilled Firm %   Billed Firm %   Total   % Bld     Unbilled Firm %   Billed Firm %   Total    % Bld
KDA  - Karen D.     44.70 100.00     0.00 100.00    44.70   0.00     13057.00 100.00    0.00 100.00   13057.00   0.00
Firm Total          44.70 100.00     0.00 100.00    44.70   0.00     13057.00 100.00    0.00 100.00   13057.00   0.00
```

*** Summary by Responsible Lawyer ***

```
Responsible Lawyer |        Hours                         |          |          Fees                              |
                  Unbilled Firm %   Billed Firm %   Total   % Bld     Unbilled Firm %   Billed Firm %   Total    % Bld
KDA  - Karen D.     44.70 100.00     0.00 100.00    44.70   0.00     13057.00 100.00    0.00 100.00   13057.00   0.00
Firm Total          44.70 100.00     0.00 100.00    44.70   0.00     13057.00 100.00    0.00 100.00   13057.00   0.00
```

REPORT SELECTIONS
Report:              Client Fees Listing
Layout Template:     All
Requested by:        ADMIN
Finished:            Thursday, July 27, 2006 at 03:06:13 PM
Date Range:          ALL DATES
Matters:             Stayput
Clients:             All
Major Clients:       All                              Totals Only:         No
Responsible Lawyer:  All                              Firm Totals Only:    No

| Date Entry# Explanation | Fee / Time | Working Lawyer | Hours | Amount | Inv# | Billing Status |
|---|---|---|---|---|---|---|

```
Introducing Lawyer:           All           Entries Shown - Billed Only:         Yes
Assigned Lawyer:              All           Entries Shown - Unbilled:            Yes
Type of Law:                  All           Entries Shown - Billable Tasks:      Yes
Sort by Resp Lawyer:          No            Entries Shown - Non Billable Tasks:  Yes
New Page for Each Lawyer:     No            Working Lawyer:                      All
Ver:                          6.10b
```