IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHANDA ALSTON, et al,          )
                               )
                               )
                               )
       Plaintiffs,             )   Civil Action No 6-0836(RMU)
                               )
                               )
       v.                      )
                               )
DISTRICT OF COLUMBIA, et al,   )
                               )
       Defendants.             )
..............................)

## DECLARATION OF KAREN D. ALVAREZ

I, Karen D. Alvarez, a citizen of the United States over the age of eighteen years, declare as follows,

1. I am counsel for the Plaintiffs in this matter and make this declaration in support of Plaintiffs' accounting for attorney's fees and costs.

2. I graduated from Georgetown University Law Center in 1985, was admitted to the Pennsylvania Bar in 1985 and to the District of Columbia Bar in 1990.

3. I have represented clients in proceedings at the DCPS Student Hearing Office for some 10 years.

4. My current hourly billing rate is $300.00 per hour. Last year my billing rate was $295.00 per hour, and Defendants reimbursed my clients at that hourly rate in matters before this Court.

5. Plaintiffs seek reimbursement for 44.7 hours of attorney time. The largest portions of that time were spent as follows:

    a) Preparation of declarations: 1.5 hours (5/2/06);

    b) Preparation of the Complaint: 6.0 hours (5/3/06);

    c) Preparation of Motion and Memorandum for Emergency Stay Put Relief: 11.6 hours (5/4/06, 5/5/06)

    d) Preparation of Reply to Defendants' Opposition  17.7 hours

        Reading Opposition & analyzing issues for reply: 2.1 hours  (5//24/06)

        Reviewing documents containing prior DCPS statement regarding C.A.'s Placement and IEP,etc: 4.1 hours (5/24, 5/29/06)

        Drafting, etc :10.7 hours (5/29,5/30, 5/31/06)

        Other: .8 (5/31/06)

6. The above account for 36.8 of the total 44.7 hours of attorney time for which Plaintiffs seek reimbursement. The remaining 7.9 hours were spent on a variety of miscellaneous tasks, including telephone calls and correspondence with clients, school staff, and counsel for Defendants, and filing and travel time.

7. All of the 44.7 hours spent were reasonably necessary to accomplish the work required to assure plaintiffs' success in these proceedings.

8. Attached, as exhibits, are contemporaneous records of the time that this attorney spent on work for Plaintiffs.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

July 27, 2006                          (Signed electronically)
                                             Karen D. Alvarez

3