IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHANDA ALSTON, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 6-0836 (RMU) |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this\_\_\_ day of

_____, 2006,

**ORDERED** that the plaintiffs' motion for attorney's fees is hereby **GRANTED**, and it is

**FURTHER ORDERED** that the defendants shall, within 15 days of this order, pay the

plaintiffs' attorney that much of the $15, 057.00 in attorney's fees awarded as is

permitted under the District of Columbia Appropriations Act, 2005 Pub. L. No, 108-335,

118 Stat. 1322(2005).

**SO ORDERED**.

_____

Ricardo M. Urbina
United States District Judge