UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHANDA ALSTON, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-0836(RMU) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| Defendants. : | |

## JOINT MOTION FOR CONSENT JUDGMENT

The Court granted Plaintiffs' stay put injunction, making them prevailing parties. In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment.

The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General, D.C.

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
 **ATTORNEYS FOR DEFENDANTS**


 /s/ *Karen D. Alvarez*_____
  Karen D. Alvarez (423186)
  1442 Foxhall Road, N.W.
  Washington, DC  20007
  **ATTORNEY FOR PLAINTIFFS**



**August 2, 2006**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHANDA ALSTON, et al.,** : | |
| **Plaintiffs,** : | |
| v. : | Civ. Action No. 06-0836(RMU) |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| **Defendants.** : | |

**CONSENT JUDGMENT**

Upon consideration of the Joint Motion for Consent Judgment filed August 2, 2006, the Plaintiffs and Defendants having agreed on the amount of attorneys' fees sought in connection with Plaintiffs' motion for interim attorney's fees, and the parties having consented to this Order, it is, this _____ day of August, 2006:

ORDERED, That the Plaintiffs are awarded $13,057.00 under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq., subject to the current applicable statutory fee cap,

IT IS FURTHER ORDERED, That the Defendants shall make payment no later than 90 days from the date hereof of $4,000.00, interest to begin accruing after the 75th day,

IT IS FURTHER ORDERED, That nothing in this Order shall deprive Plaintiffs of the right to collect the total award of attorney's fees, subject to any amounts actually paid, under applicable law or under District of Columbia appropriations that are not subject to fee cap riders.

4

_____
UNITED STATES DISTRICT JUDGE

Case 1:06-cv-00836-RMU    Document 14    Filed 08/02/2006    Page 4 of 4