UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

**DEFENDANTS' MOTION TO MODIFY
THE COURT'S JULY 17, 2006 ORDER**

On July 17, 2006, this Court ordered Defendants to "place plaintiff C.A. in a residential placement on or before Monday, August 7, 2006." Defendants, through counsel, respectfully request this Court to modify its July 17th Order and allow Defendants additional time to residentially place C.A.

Residential referral packets were sent to four schools—Cedar Ridge, The Forbush School, Villa Maria School, and Good Shepherd School—on July 21, 2006, per Court Order. Undersigned counsel is advised by the District of Columbia Public Schools ("DCPS") that the four schools are still reviewing the residential packets and none of the four have made a decision regarding admitting C.A. into the program. In addition, none of the four schools would provide DCPS a firm date when the decision would be made.

Once one of the schools accepts C.A., her parent would have to agree to the placement and complete the admissions forms, which could also delay the placement process. It is also possible that a school may accept C.A., but would not have an immediate slot available for her.

All of these factors—which are beyond the control of DCPS—may delay the placement process. For these reasons, Defendants respectfully request that this Court modify its July 17, 2006 Order and allow Defendants additional time to place C.A. in a residential facility. Defendants will submit a report in 30 days on the status of C.A.'s residential placement.

Undersigned counsel telephoned Plaintiffs' counsel, Karen Alvarez, to obtain consent for this motion, but was unable to reach her.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General, D.C.

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

**August 3, 2006**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO MODIFY THE COURT'S JULY 17, 2006 ORDER**

1. Fed. R. Civ. P. 7(b).

2. The inherent authority of this Court.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651

**August 3, 2006**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CHANDA ALSTON, et al.,** | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0836(RMU) |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| Defendants. | : |

## **ORDER**

Upon consideration of Defendants' Motion to Modify the Court's July 17, 2006 Order, Plaintiffs' response, and the entire record in this proceeding, it is this _____ day of _____, 2006:

**ORDERED**, That Defendants' Motion is GRANTED; and it is

**FURTHER ORDERED**, that Defendants shall place plaintiff C.A. in a residential facility within 10 days after she is accepted by a facility approved by the parent, and a slot at that facility becomes available for her;

**FURTHER ORDERED**, that Defendants shall, within 30 days of this order, submit a report on the status of C.A.'s residential placement.

_____
UNITED STATES DISTRICT JUDGE

4