| | |
|---|---|
| Subj: | **Re: Chanette Alston** |
| Date: | 7/19/2006 8:47:17 PM Eastern Standard Time |
| From: | KDAlvarez |
| To: | Judith.Smith@k12.dc.us |

Dear Ms. Smith:

At the time that I was in communication with Ruth Blake of the Special Education Division, the Forbush School at Ellicott City had an opening suitable for Chanette.

In addition, there are the following nearby options:

> Benedictine School;
> Cedar Ridge School;
> Good Shepherd School;
> Jefferson School;
> Villa Maria School;
> Chesapeake Youth Academy.

As I imagine you are aware,addresss and contact information for the above can be found on the MANSEF website.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)