| | |
|---|---|
| Subj: | **Re: Chanette Alston** |
| Date: | Thursday, July 27, 2006 7:34:15 AM |
| From: | KDAlvarez |
| To: | Judith.Smith@k12.dc.us |

Dear Ms. Smith:

In addition to prior Clinical and Psycho-educational reports disclosed repeatedly over the last 3 years, the psychiatric discharge diagnosis of 3/06 was provided to DCPS attorney-advisor Aaron Price---who represents DCPS in the companion Due Process Action with reference to which J. Urbina entered the Stay Put injunction---on July 14,2006.

Sincerely,

Karen D. Alvarez