SHEILA SONTAG, M.D.

Child, Adolescent and Adult Psychiatry
2121 Wisconsin Ave. NW
Suite 280
Washington, DC 20007
202-338-6160

October 19, 2001

## Psychiatric Assessment

Re: Chanette Alston
DOB: 09/19/1992
Dates of assessment: September 20 and 27, 2001

**Patient Identification and Presenting Problems:**

Chanette Alston is a 9 year 1 month old African-American girl who lives at home with her mother and 2 siblings. She has a 10 year old brother, George, and a 3 year old sister, Dashaun. Chanette's mother, Chanda Alston, worked until very recently full-time as a housekeeper at the Hilton Hotel in Washington, DC. Chanette's mother is cognitively limited. Chanette's parents never married and her father, George Greeley has supervised visits with his children since the spring of 2001 when Chanette returned from a visit covered with bruises.

Chanette is referred for psychiatric assessment by the DC Student Hearing Office as part of the effort to find an appropriate school placement for her. She has a history of oppositional behavior at home that includes breaking things and episodic physical aggression toward her mother and her siblings. She has made little progress in school. Chanette has a short attention span, is impulsive, and is easily distracted. Previous testing has indicated that Chanette is moderately mentally retarded. She has also received a diagnosis of Attention Deficit Hyperactivity Disorder in the spring of 2001. Chanette was treated for a few months with methylphenidate with a positive response.

**Developmental History:**

Chanette was full-term, no problems during the pregnancy reported, and her mother did have prenatal care. There is no history of maternal tobacco, alcohol or drug use during the pregnancy. Chanette was healthy at birth weighting 6 lb 5 oz. She walked at 15 months of age and began talking at 14 months of age. She was toilet trained at 3 years of age. Hyperactivity began to be noted at around the age of 3 years. There is no reported

CH-11

-2-

family history of psychiatric disorder. Chanette's mother was in Special Education and her brother is now in Special Education as well.

Chanette's mother alleges that Chanette was sexually molested by the paternal grandfather. These allegations were reported and investigated by CPS, but no sufficient proof was found and her grandfather was not prosecuted. Through the years there have been several reports to Child Protective Services based on Chanette's having said that her mother beat her and again no proof for these allegations was discovered.

School History:

Chanette began Headstart at 3 years of age and remained in this program for 2 years. She was noted to be mildly disruptive. Chanette then entered elementary school at Harriet Tubman Elementary in Washington, DC. She was disruptive and attention seeking in kindergarten. She then attended first grade at a charter school in Washington, DC. Chanette has never been suspended or expelled from school. In 1999, Chanette was placed at the Kennedy Kreiger School in Baltimore, MD. She remained there until June 2001. Communicating with her mother by staff was difficult given the distance from Washington to Baltimore and the fact that mother does not drive.

History of the Present Illness:

Chanette has a history of temper outbursts since approximately the age of 5 years. These can take place on a daily basis and usually last about 1 hour. Chanette has difficulty accepting limits. Chanette has never used or threatened anyone with a weapon. Chanette sleeps well and eats well and she has never expressed suicidal thinking or attempted suicide. She has never engaged in self-injurious behavior. There is nothing to indicate that Chanette attends to auditory or visual hallucinations.

Past Medical History:

Chanette has no history of surgery. At present she takes no medications and she has no known allergies. There is a history of asthma with hospitalization.

Past Assessments:

    Neurology consult, Thomas Hyde, M.D., December 1998

    Psychological evaluation, Joanne Booth, Ph.D., November 1998

    Occupational Therapy Evaluation, November 1998

    Cognitive, Social and Emotional testing, Karen Kent, Ph.,D.Kingsbury Center,

    October 2001

Dr. Booth noted mild to moderate retardation and the possibility of autistic like symptoms. Dr. Booth recommended Special Education. Dr. Hyde also recommended that Chanette

(39)

Oct 22 01 12:52p ,Sheila Sontag, M.D. (202) 338-6160 p.3
Oct 22 01 01:07p Behavioral Health Assoc 202 537-1009 p.3
Case 1:06-cv-00836-RMU    Document 16-4    Filed 08/14/2006    Page 3 of 4

-3-

be placed in Special Education and that she receive speech and occupational therapy. He also recommended that Chanette have a karyotype to rule out a chromosomal abnormality and that a trial of stimulant medication such as methylphenidate be tried.

Dr. Kent's testing indicated that Chanette has a Full Scale IQ of 46. Her sub scale scores, verbal and performance, are roughly equal. Personality testing showed that Chanette's thinking deteriorates when faced with unstructured tasks. Her thinking becomes loose and boundaries between people become blurred. Projective testing indicated that Chanette has little ability to screen out or modulate aggressive thoughts. She feels threatened and does not see significant figures in her life as protective.

Interview:

Chanette is a tall, thin 9 year old girl who was very neatly groomed on both visits. She was pleasant and cooperative. Chanette has articulation problems and her speech is difficult to understand. She does not appear to be depressed, although her affect is restricted during the interview, it was appropriate to content. Chanette tends to speak in short sentences. No tics were noted or other abnormal movements. Chanette has a short attention span and tends to move quickly from one activity to another.

Chanette was interested in playing with toys and she could be easily directed. Chanette was asked to draw a picture of a person. She drew a small female figure and than said that it was a picture of me. When asked to draw a picture of her family doing something, Chanette drew herself, her mother, her sister and her brother and added me as part of the family.

Chanette moved easily into pretend play, at first taking the role of teacher and having me be her student. She then moved into a game in which she played the role of the mother and wanted me to be her daughter. She became involved in combing and arranging my hair and would periodically strike me on the shoulder and tell me to hold still. She told me that she was getting me ready to go out on a date. When I said that I was 10 years old and asked if 10 year old girls went out on dates, she said "Yes, you'll be going with your boyfriend, and lie on your boyfriend."

Chanette asked for a snack and asked to take toys with her when she left on both occasions.

Conclusions:

Chanette Alston is a 9 year old African-American girl with a history of defiant behavior at home, tantrums, attentional problems, and poor progress in school. Her presentation suggests attachment problems and serious deficits in ego function. Chanette is very emotionally needy, feels endangered and unprotected. She is prone to disorganized thinking under the pressure of strong feelings. Testing indicates that Chanette has essentially no problem solving ability at present.


(40)

Chanette experiences blurred boundaries between people. She is prone to misinterpret social interactions and this contributes to her vulnerability to exploitation including the possibility of sexual abuse.

Chanette needs a highly structured and nurturing school environment. Residential placement would meet Chanette's needs. Poor ego function and vulnerability to cognitive slippage directly impede her ability to learn. Without intensive and appropriate school interventions Chanette is at clear risk for increasingly severe problematic behavior, self-injury and aggression towards peers and family. Puberty with its more complex social demands and intense biological drives will be difficult for Chanette to negotiate with success. Chanette is a fragile and vulnerable student who requires a more intense level of school services to make appropriate educational progress.

Impression:

| | |
|---|---|
| Axis I: | Disruptive Behavioral Disorder, NOS (312.9) |
| | Attention Deficit Hyperactivity Disorder (314.01) |
| | Enuresis (307.6) |
| | Phonological Disorder (315.39) |
| | Parent Child Relational Problem (V61.2) |
| Axis II: | Moderate Mental Retardation (318.0) |
| Axis III: | History of asthma |
| Axis IV: | Problems with primary support group |
| | No current school placement |
| Axis V: | Global Assessment of Function = 50 Highest in past year = 50 |

*Sheila Sontag MD* (signature)

Sheila Sontag, M. D.

(41)