

# The Kingsbury Center
*Comprehensive Services to Support Children and Adults With Learning Difficulties Since 1938*

## SUMMARY OF PSYCHOEDUCATIONAL EVALUATION

Name: Chanette Alston

Dates of Testing: October 5, 2001,
October 11, 2001,
And October 12, 2001

Date of Birth: September 19, 1992

Age at Testing: 9 years, 0 months

Chanette Alston is a nine-year-old girl who was referred to The Kingsbury Center by her family's attorney, Karen Alvarez, because of concerns about her academic, cognitive, and social-emotional functioning. Chanette currently receives remedial tutoring at The Kingsbury Center. Chanette currently lives with her mother, Chanda Alston, her ten-year-old brother, and her four-year-old sister.

During the testing sessions, Chanette was a friendly, polite youngster who remained cooperative with test procedures. She demonstrated poor attention and concentration throughout testing. Chanette required frequent breaks and had difficulty sitting still. When attending to the test materials, Chanette appeared to put forth her best effort and was eager to please the examiner. Despite her difficulties with attention, the current test results are viewed as an accurate estimate of her current day-to-day cognitive, academic, and social-emotional functioning.

General intellectual functioning was measured with the Stanford-Binet Intelligence Scale: Fourth Edition (SB-IV). Chanette's test composite score of 46 placed below the first percentile and falls within the Mentally Retarded range of functioning. These results are generally consistent with those obtained in previous testing. Chanette's test scores are presented in the Appendix. Chanette earned scores which placed in the Mentally Retarded range, below the first percentile, on all broad domains measured by the SB-IV (Verbal Reasoning, Abstract/Visual Reasoning, Quantitative Reasoning, and Short-Term Memory). There were no significant strengths or weaknesses among subtest scores. Chanette was also given the Test of Nonverbal Intelligence - Third Edition (TONI-3) to assess complex reasoning strategies within a language-free context. She obtained an I.Q. quotient of 70 (second percentile), although the multiple-choice format of this test may have been easier for Chanette to complete than other tasks requiring her to generate independent responses.

Supplemental cognitive testing indicated skills that were generally consistent with her overall cognitive abilities. Chanette's performance on measures of oral language and expression indicated significant receptive and expressive language delays. She

5000 - 14th Street, N.W. • Washington, D.C. 20011-6926 • (202) 722-5555

demonstrated significant difficulties on measures assessing verbal-auditory memory, long-term retrieval, and visual processing speed. Chanette's visual-motor skills are also quite impaired for her age, although she tends to benefit when tasks are more structured and offer her more guidance as she is working.

The Beery-Buktenica Developmental Test of Visual-Motor Integration (VMI) was administered in order to provide a measure of Chanette's visual perception and motor coordination abilities. Her performance, which was at the first percentile, indicates Very Low ability to coordinate visual and motor skills, when compared to age-level peers. On the Visual Perception task, which required her to simply identify like designs, her performance fell in the Low range (eighth percentile). Similarly, Chanette's performance on the Motor Coordination subtest fell in the Low range (second percentile). This task is similar to the VMI except that Chanette was provided with more structure in order to complete the task. She was given the drawing outlines and needed only to reproduce the figures within the outlines either by connecting dots or by drawing freehand. These findings suggest that Chanette's visual-motor integration skills are quite delayed for her age, although she is able to improve her performance slightly when given additional structure in order to complete tasks.

Academic achievement testing, as measured by the WJ-III, indicated that Chanette is currently functioning at a level commensurate with her overall cognitive ability. Her skills generally fall at or below the kindergarten level across measures of reading, math, and written language. Chanette does yet read any words, although she is able to identify most uppercase letters and some lowercase letters. She has more difficulty when asked to provide the sounds for specific letters. In math, Chanette can often answer questions when provided with pictures, but could not solve any traditional calculation tasks (e.g., 2 + 2 = 4). Writing appears to be difficult for Chanette due to an awkward pencil grip and visual-motor difficulties. She is able to write her name and copy letters but does not independently write all the letters of the alphabet.

The Vineland Adaptive Behavior Scales - Interview Edition: Survey Form was completed with Mrs. Alston as the respondent. Chanette's adaptive skills were assessed in the following areas: Communication, Daily Living Skills, Socialization, and Motor Skills Domains. Her overall score (Adaptive Behavior Composite) of 46 fell in the Moderate Deficit range, below the first percentile. Her scores on the Communication, Socialization, and Motor Skills Domains fell in the Moderate Deficit range, while her score on the Daily Living Skills Domain fell in the Mild Deficit range. All of her subdomain scores fell in the Low range. It is important to note that because Mrs. Alston responded to many of the items with "I don't know," the results of the Vineland may not be an accurate estimate of her current levels of adaptive functioning.

Attentional, behavioral, and social-emotional issues were assessed through parent and teacher rating scales, interviews with Chanette and her mother, and projective measures.

Mrs. Alston stated that she has observed significant difficulty with Chanette's behavior at home, that she is frustrated with her daughter's "not listening," and that she often feels stressed by the responsibility of caring for Chanette. Mrs. Alston's responses to rating scales suggested that she views her daughter as having significant problems with oppositional behavior, inattention, and hyperactivity. She described her daughter as often inattentive, argumentative with adults, messy or disorganized, needing close supervision to get through assignments, irritable, restless, defiant, and easily frustrated. One of Chanette's Kingsbury tutors also completed rating scales which revealed significant difficulty in the areas of inattention, hyperactivity, and anxiety. Her tutor expressed concerns with Chanette's distractibility, attention span, attention-seeking behavior, concentration, and forgetfulness. She also described Chanette as often having strange ideas, acting silly, singing to herself, repeating one thought over and over, and as being fearful. Results of testing, in addition to observations of Chanette's behavior during testing, suggest that she meets criteria for a diagnosis of Attention-Deficit/Hyperactivity Disorder. However, it is important to keep in mind that her cognitive functioning is in the Mentally Retarded range, and that it is typical for many individuals at this level of functioning to exhibit attentional skills and activity levels commensurate with their overall developmental age.

Results of projective measures revealed that Chanette is an anxious child who is concerned with issues of safety and nurturance. On these unstructured tests, Chanette's verbalizations were often tangential or unrelated to the topic at hand. On the Roberts Apperception Test for Children, a story-telling technique, Chanette's responses were at times only marginally related to the test pictures. In addition, some difficulty in her reality testing or perception of boundaries was also evident. For example, in response to one test picture, Chanette remarked about a male figure in the picture, "He's gonna snatch me! Can he get in here? Can he get under the door?" Many of her responses to projective measures were characterized by themes of basic needs being unmet (i.e., physical safety, food). More than a typical number of sexual themes were also present in her responses. She appears to have many fears of physical injury and to view others as threatening and unable to protect her. When asked to draw a picture of a house, Chanette drew a large building in which her family (and the examiner) lived. She then drew a figure in a frightening mask who "is getting into the house, he's gonna take a knife and stab us, he's poking us."

Despite her many fears, Chanette appears to be able to develop some adaptive relationships with both peers and adults. In the clinical interview, Chanette stated that she enjoys coming to Kingsbury and likes her tutors and the other children at the school. She stated that she also likes to play with her younger cousins. However, Chanette reported that she has "no friends" and that she would like to make more friends. She feels sad and angry "when kids don't play" with her. Chanette has frequently approached strangers at Kingsbury in an overly familiar manner suggesting a lack of impulse control and/or awareness of interpersonal boundaries.

Chanette Alston

Page 4

Chanette is at risk for developing more significant social-emotional, behavioral and academic difficulties without proper support and structure. It is recommended that Chanette be placed in a highly structured special educational setting which provides a low teacher-student ratio, behavioral and social-emotional support, and close supervision. Possible options to explore for Chanette include a residential placement for developmentally disabled children, a community based group home, or other community-based services which would provide close supervision for Chanette and parent guidance for Mrs. Alston. Chanette's family could also currently benefit from home-based services (i.e., counseling and supervision for Chanette after school, parenting strategies and support for Mrs. Alston.) It is also recommended that Chanette attend ongoing individual psychotherapy with a mental health professional, to assist her in working through her anxiety, in building her social skills, and in developing a wider range of adaptive coping skills.

Please feel free to call us at 202-722-5555 with any questions about evaluation results or recommendations. A complete report will be available in the near future.

*Karen Kent, Ph.D.*
Karen Kent, Ph.D.
Psychology Associate

*Cynthia D. May, Ph.D.*
Cynthia D. May, Ph.D.
Psychology Associate

*Laurie C. Dietzel, Ph.D.*
Laurie C. Dietzel, Ph.D.
Licensed Psychologist
Director
Diagnostic Services



# The Kingsbury Center
*Comprehensive Services to Support Children and Adults With Learning Difficulties Since 1938*

## PSYCHOEDUCATIONAL EVALUATION

Name: Chanette Alston

Dates of Testing: October 5, 2001,
                      October 11, 2001,
And      October 12, 2001

Date of Birth: September 19, 1992

Age at Testing: 9 years, 0 months

Tests Administered
(Scores are based on national norms.)

S-S = Standard Score; P/A = Percentile by Age;
P/G = Percentile by Grade; S/S = Scaled Score;
A/E = Age Equivalent; G.E. = Grade Equivalent;
AS/S = Age Scaled Score; S-S/A = Standard Score by Age;
S-S/G = Standard Score by Grade

### Stanford-Binet Intelligence Scale: Fourth Edition

|  | Standard Age Scores | Percentiles | Age Equivalent |
|---|---|---|---|
| Verbal Reasoning | 58 | <1 | |
|    Vocabulary | 31 | 1 | 4-3 |
|    Comprehension | 35 | 3 | 5-4 |
|    Absurdities | 28 | <1 | 4-4 |
| | | | |
| Abstract/Visual Reasoning | 51 | <1 | |
|    Pattern Analysis | 31 | 1 | 4-6 |
|    Copying | 26 | <1 | 3-5 |
| | | | |
| Quantitative Reasoning | 54 | <1 | |
|    Quantitative | 27 | <1 | 4-0 |
| | | | |
| Short-Term Memory | 62 | <1 | |
|    Bead Memory | 29 | <1 | 4-6 |
|    Memory for Sentences | 33 | 2 | 4-2 |
| | | | |
| Test Composite Score: | 46 | <1 | |

5000 - 14th Street, N.W. • Washington, D.C. 20011-6926 • (202) 722-5555

Chanette Alston                                                                                     Page 2

**Test of Nonverbal Intelligence - Third Edition (TONI-3)**

|  | Quotient | % |
|---|---|---|
|  | 70 | 2 |

**Woodcock-Johnson III (WJ-III)**
(Mean = 100 ± 15. Average range is 90 to 110.)

| Part I Tests of Cognitive Abilities |  | S-S/A | P/A |
|---|---|---|---|
| Comprehension-Knowledge |  |  |  |
| Verbal Comprehension |  | 43 | <0.1 |
| Long-Term Retrieval |  |  |  |
| Visual-Auditory Learning |  | -- | -- |
| Processing Speed |  |  |  |
| Visual Matching |  | 59 | 0.3 |

| Part II Tests of Achievement | G.E. | S-S/A | P/A |
|---|---|---|---|
| Basic Reading Skills | K.3 | 43 | <0.1 |
| Letter-Word Identification | K.3 | 41 | <0.1 |
| Word Attack | K.3 | 51 | <0.1 |
| Oral Expression | <K.0 | 69 | 2 |
| Story Recall | K.6 | 78 | 7 |
| Picture Vocabulary | <K.0 | 75 | 5 |
| Academic Skills | K.2 | 39 | <0.1 |
| Letter-Word Identification | K.3 | 41 | <0.1 |
| Calculation | <K.2 | -- | -- |
| Spelling | K.3 | 45 | <0.1 |
| Academic Applications | K.4 | 52 | <0.1 |
| Passage Comprehension | K.6 | 51 | <0.1 |
| Applied Problems | K.2 | 60 | 0.4 |
| Writing Samples | K.2 | 40 | <0.1 |

Chanette Alston

Page 3

**Beery-Buktenica Developmental Test of**
**Visual-Motor Integration (VMI) - 4th Edition**

| | | |
|---|---|---|
| Visual-Motor Integration | 63 | 1 |
| Visual Perception | 79 | 8 |
| Motor Coordination | 70 | 2 |

**NEPSY: A Developmental Neuropsychological Assessment**

| | | |
|---|---|---|
| Comprehension of Instructions | 1 | <1 |

**Peabody Picture Vocabulary Test, 3rd Edition (PPVT)**     72     3

**Roswell-Chall Diagnostic Reading Test of Word Analysis Skills**

| | |
|---|---|
| Consonant Sounds | SI |
| Naming Capital Letters | M |
| Naming Lower Case Letters | R |

M - Mastered
R - Review Indicated
SI - Systematic Instruction Indicated

**Vineland Adaptive Behavior Scales**

| | A.E. | % |
|---|---|---|
| Communication Domain | 3-0 | <1 |
| Daily Living Skills Domain | 5-5 | <1 |
| Socialization Domain | 2-0 | <1 |
| Adaptive Behavior Composite | 2-8 | <1 |

Chanette Alston

Page 4

## Behavior Assessment System for Children (BASC)

### Teacher Rating Scales - C (Ages 6-11)

| Scale | % | Range |
|---|---|---|
| Hyperactivity | | Unscorable |
| Aggression | | Unscorable |
| Conduct Problems | | Unscorable |
| Anxiety | 98 | Clinically Significant |
| Depression | 80 | Average |
| Somatization | | Unscorable |
| Attention Problems | 95 | At-Risk |
| Learning Problems | | Unscorable |
| Atypicality | | Unscorable |
| Withdrawal | 65 | Average |
| Adaptability | 51 | Average |
| Social Skills | | Unscorable |
| Leadership | | Unscorable |
| Study Skills | | Unscorable |

### Conners' Parent Rating Scale - Revised (S)
(T-scores of 66 or above indicate area of significant difficulty.)

| Subscale | T-Score | Range |
|---|---|---|
| Oppositional | 81 | Markedly Elevated |
| Cognitive Problems/ Inattention | 82 | Markedly Elevated |
| Hyperactivity | >90 | Markedly Elevated |
| Conners' ADHD Index | >90 | Markedly Elevated |

### Conners' Teacher Rating Scale - Revised (S)
(T-scores of 66 or above indicate area of significant difficulty.)

| Subscale | T-Score | Range |
|---|---|---|
| Oppositional | 52 | Average |
| Cognitive Problems/ Inattention | 89 | Markedly Elevated |
| Hyperactivity | 81 | Markedly Elevated |
| Conners' ADHD Index | 78 | Markedly Elevated |