

# FINAL PROGRESS NOTES & DISCHARGE INSTRUCTIONS

Children's National Medical Center

ALSTON, CHANETTE PORTIA



PCP: MARTYRES, LALITHA P
MR#: 006985536
Acct#: 0607401811
PSY: CPU-4173-0
Sex: F
Exp:
Adm: 03/15/06
DOB: 09/19/92
DR. MACAOAY, MIGUEL J
Ins.Plan: NCPPD
Ins.ID#: 568A69587

## PHYSICIAN SUMMARY

**Discharge Diagnosis / Problems:** Schizophreniform Disorder, Mental Retardation

**Procedures Performed:** MRI - no abnormalities noted. Renal Ultrasound - within normal limits. EEG - no abnormalities noted.

**Condition on Discharge (avoid vague terms i.e. improved):** Denies suicidal ideation, no homicidal ideation, no risk of self or others, Eating and Drinking well

**Physician Instructions to Patient / Parent: Diet:** Regular

**Activity:** As tolerated

| Medication Name | Dose | Route | Frequency | Duration (days) |
|---|---|---|---|---|
| Risperdal | 1.5 mg | By Mouth | Twice a Day | |
| Cogentin | 0.5 mg | By Mouth | Every Morning | |
| Cogentin | 1 mg | By Mouth | Bedtime | |
| Atenolol | 25 mg | By Mouth | Every Morning | |

**Allergies:** No Known Drug Allergies

**Other Instructions:** Return to emergency department if have concerns regarding safety - suicidal self or others, or decrease in eating/drinking

**If you have questions before next appointment:**
Call Mental Health Provider On-Call at Phone (202) 884-5000

**Appointments:**

Physician / Clinic — Appt. Made (✓) Date / Time — *Appt. Not Made (X) Ask for one in: — Phone Number:

Turn in outpatient packet to psychiatry office on 1st floor at Children's Hospital and schedule follow-up appointment with psychiatrist within 7-10 days of discharge 202-884-5 wks. Pediatrician within 1 month to follow-up blood pressure

* PARENT INSTRUCTED TO CALL PHYSICIAN/CLINIC FOR APPOINTMENT IF (X) APPEARS.

Physician's Signature

Date 3/24/06