Joanne E. Booth, Ph.D.
Clinical Psychologist
20 Columbia Ave.
Takoma Park, MD 20912
(301) 270-1219

Psychological Evaluation

Name: Chanette Alston
Date of Birth: 9/19/92
Age: 6 years, 1 month
Dates of Evaluation: 11/4, 11/23/98

Procedures used:

Stanford-Binet Intelligence Scale - Fourth Edition
Woodcock-Johnson Psychoeducational Battery - Revised (WJ-R)
Developmental Test of Visual-Motor Integration
Vineland Adaptive Behavior Scale
Teacher's Report Form (2)
Child Behavior Checklist
Conners' Teacher Questionnaire
Projective drawings
Sentence Completion for Children
Roberts Apperception Test
Interview of parent, teachers
Classroom observation
Review of available records

Background information and referral question:

Chanette Alston is a six year old African-American girl who is a first grade student in a regular classroom at the Community Academy. She is the second of three children born to Chanda Alston, age 27. Chanette was referred for an evaluation by her mother's attorney, Karen Alvarez, because of concerns about her academic and emotional functioning.

Chanette was evaluated in October 1997 by Ryland Randolph, school psychologist. At the time, Chanette was a kindergarten student at Tubman Elementary School. She attained a Full Scale IQ score in the Intellectually Deficient range on the Wechsler Preschool and Primary Scale of Intelligence - Revised (VIQ = 61, PIQ = 55, FSIQ = 54). The evaluator noted repetitive facial grimacing and eye rubbing although no

redness or irritation could be observed. Chanette also engaged in perseverative verbal behaviors.

According to a social work evaluation completed in November 1997, Chanette has a history of asthma for which she was hospitalized at age five months for about one week. It is unclear from the report whether Chanette suffered any significant anoxia as a result of her acute illness. The social worker, Anita Pottinger, LICSW, also reported that Chanette could not recognize colors, numbers, letters of the alphabet, or her own printed name. Hyperactivity, aggressiveness, and problems with peers were also noted. Ms. Alston was not able to provide a clear developmental history, although she reported that Chanette walked at fifteen months.

Interviews and behavioral observations:

Chanette was seen twice at her school. She separated easily from her teacher on both occasions to accompany the evaluator. While leaving the classroom for the second session, Chanette began following a group of children going down the hall in the opposite direction and had to be called back to accompany the evaluator. Throughout the evaluation, Chanette had difficulty sitting still. She talked continuously, and the content of her speech was often unrelated or tangential to the topic at hand. Her verbal behavior had a perseverative, self-stimulatory quality. Her articulation was poor. Her affect was flat. She did not appear to be attempting to have a conversation with the evaluator or seem to seek a response from her. When asked to write her name, Chanette filled a line of notebook paper with marks, some of which were letters. Again, the perseverative quality of her response was striking.

It was difficult for Chanette to attend to the test materials. At times she seemed to be overwhelmed by the visual stimulation of the test items. When this occurred she appeared not to hear or understand the evaluator's questions to her, and kept up a continuous verbal output that was sometimes only marginally related to the pictures she was seeing. For example, one item required Chanette to look at a slightly distorted picture of a shoe and identify it. The evaluator had to take both of Chanette's hands and say firmly, "Look at the picture, Chanette. What is this?" Chanette replied "A shoe. Barney has a shoe", and then began talking about food. When asked what kind of animal quacks, she began to quack repeatedly, and had difficulty stopping, even after several requests.

During the administration of the Stanford-Binet, Chanette was asked to identify pictures of several common items. When shown a picture of a rabbit, she correctly identified it and then, noting the pink coloring of the rabbit's ear, said "It's red red red red red . ..." until stopped by the evaluator. On the next picture, which also had some red coloring, she again began to name the color over and over. On the next picture she did not name the item (a hammer), but began to name other colors "purple, red, jello (sic), orange, blue", until stopped by the evaluator.

It should be noted that Chanette's behavior did not have an oppositional quality nor did she appear to be unusually anxious. While she obviously heard and understood some of the content of the test items, she tended to respond selectively to a narrow stimulus and neglect the broader meaning.

Chanette's mother, Ms. Chanda Alston, was not able to provide a clear developmental history, but furnished detailed information about Chanette's current functioning. Ms. Alston said that Chanette has problems performing activities of daily living that would be expected of a six year old. She cannot efficiently bathe herself, brush her teeth, or get dressed by herself. Her mother has to do these activities for her. She tends to put clothes on backwards and while she can put her shoes on the correct feet, she cannot tie them. Chanette wets her pants approximately 2 or 3 times per week. These accidents happen during the day and Chanette hides her soiled clothes in her room. She used to wet the bed at night, but has not done so for about one month. Chanette's pediatrician could find no physical cause for her incontinence. In addition to the enuresis, Chanette has generally poor toilet hygiene, according to Ms. Alston.

Chanette is assigned simple household chores, such as picking up her toys, but refuses to do them, according to Ms. Alston. When reminded to do her chores she often responds "do it yourself" to her mother. She eats uncooked food ingredients such as flour, butter, and raw rice. She tends to destroy her things. For example, her mother said that if Chanette is given a doll, she removes its clothes and then dismembers it. She does not get upset when her toy is no longer useable.

Test results and interpretation:

On the WJ-R, Chanette attained a Broad Cognitive Abilities score (a standard score similar to an IQ) in the Intellectually Deficient range (BCA = 31). It should be noted that Chanette's IQ score on the WPPSI-R administered one year ago, while higher, is also in the Intellectually Deficient range. Neither the WJ-R nor the WPPSI-R are sensitive to fine discriminations of intelligence at the very low or very high ends of the distribution of cognitive functioning. In order to attain the most accurate assessment of Chanette's cognitive functioning, the Stanford-Binet Intelligence Scale was administered during the second session. Woodcock-Johnson cognitive ability and achievement scores, all well below grade level, are summarized below:

## TABLE OF SCORES: *WOODCOCK-JOHNSON--REVISED*
(Norms based on Grade 1.2)

| CLUSTER/Test | GE | EASY | DIFFIC | RMI | PR | SS | SS 68% BAND |
|---|---|---|---|---|---|---|---|
| BCA (E Dev) | K.0[1] | K.0[1] | K.0[4] | 13/90 | 0.1 | 31 | 28-34 |
| BROAD READING | K.0[35] | K.0[12] | K.2 | 4/90 | 0.3 | 59 | 57-61 |
| BROAD MATH (Gq) | K.0[1] | K.0[1] | K.0[7] | 2/90 | 0.1 | 39 | 35-43 |
| MATH REASONING | K.0[1] | K.0[1] | K.0[1] | 1/90 | 0.1 | 26 | 20-32 |
| BROAD WRTN LANG | K.0[18] | K.0[9] | K.0[29] | 0/90 | 0.1 | 50 | 47-53 |
| BROAD KNOWLEDGE | K.0[3] | K.0[1] | K.0[13] | 7/90 | 0.1 | 51 | 47-55 |
| SKILLS (E Dev) | K.0[9] | K.0[4] | K.0[16] | 0/90 | 0.1 | 28 | 25-31 |

| CLUSTER/Test | GE | EASY | DIFFIC | RMI | PR | SS | SS 68% BAND |
|---|---|---|---|---|---|---|---|
| Memory Names | K.0[1] | K.0[1] | K.0[1] | 5/90 | 0.1 | 12 | 7-17 |
| Memory Sents | K.0[1] | K.0[1] | K.0[5] | 4/90 | 0.2 | 58 | 53-63 |
| Inc Words | K.0[29] | K.0[14] | K.0[47] | 39/90 | 4 | 74 | 68-80 |
| Visual Closure | K.0[10] | K.0[2] | K.0[28] | 23/90 | 0.1 | 54 | 47-61 |
| Picture Vocab | K.0[1] | K.0[1] | K.0[5] | 15/90 | 0.2 | 56 | 49-63 |
| L-W Ident | K.0[43] | K.0[30] | K.2 | 4/90 | 0.5 | 61 | 58-64 |
| Passage Comp | K.0[41] | K.0[19] | K.2 | 6/90 | 5 | 75 | 72-78 |
| Calculation | K.0 | K.0[40] | K.2 | 3/90 | 1 | 66 | 61-71 |
| Applied Probs | K.0[1] | K.0[1] | K.0[1] | 1/90 | 0.1 | 26 | 20-32 |
| Dictation | K.0[3] | K.0[2] | K.0[6] | 0/90 | 0.1 | 16 | 11-21 |
| Writing Samples | K.7 | K.6 | K.8 | 3/90 | 7 | 78 | 75-81 |
| Science | K.0[13] | K.0[13] | K.0[32] | 6/90 | 0.1 | 55 | 49-61 |
| Social Studies | K.0[6] | K.0[2] | K.0[16] | 4/90 | 0.1 | 49 | 42-56 |
| Humanities | K.0[6] | K.0[1] | K.0[20] | 13/90 | 0.3 | 59 | 53-65 |

On the Stanford-Binet, Chanette attained an IQ score of 51 (<1 percentile), which is in the Mentally Retarded Range. There were no statistically significant strengths or weaknesses noted. This score is consistent with Chanette's Full Scale IQ score of 54 from the WPPSI-R administration of October 1997. Factor and Composite scores are reported below:

Standard Age Score

| | |
|---|---|
| Verbal Reasoning | 61 |
| Abstract/Visual Reasoning | 61 |
| Quantitative Reasoning | 60 |
| Short-Term Memory | 53 |
| Test Composite | 51 |

Chanette's score on the VMI, a test of visual-motor integration, was also well below her chronological age (Standard score - 67; Percentile - 1; Age equivalent - 3-11).

Chanette was asked to draw a picture of a person but she said she wanted to draw a house. She then produced a very primitive stick figure with eyes but no other facial features. She spoke at length about Thanksgiving and Santa Claus, but did not seem to know that Thanksgiving and Christmas were separate holidays. She said,

"what I'm getting for Thanksgiving - 'brakelace', pencils, shoes like you". She asked the evaluator if she had a husband and then asked "is he a boy or girl?".

An attempt was made to engage Chanette in some other projective tests. On the Sentence Completion for Children she did not seem to understand the instructions. She perseverated on the topic of the evaluator's boyfriend or girlfriend and kissing with no regard to the first few sentence stems. Some of her responses were bizarre: "When I have to read, I . . . . "eat some boogers that's nasty mouse poison you be dead".

Her responses to the Roberts cards tended to be more related to the stimuli, but also had a perseverative quality: "Little girl was touching looking at the baby and mom touched the baby, that's not no baby that a doll baby. Her keep wanting to kiss the baby . . . .". "Mamma, Daddy, can I go to the grocery store, no, you gonna steal, you can't go to the store, can you so can I so can we go to the grocery store?" Stories often continued over more than one card.

With the evaluator reading the items, Ms. Alston completed the Child Behavior Checklist. She reported that Chanette is destructive of her own and others' belongings, has sudden changes in mood, and an explosive temper. She frequently fights with other children and generally does not get along well with her peers. She tends to avoid the company of other people and would rather be alone in her room. Ms. Alston also reported problems with restlessness, poor concentration, and nervousness.

Ms. Alston also completed the Vineland Adaptive Behavior Scale, a measure of social competence. All of Chanette's adaptive skills are well below what would be expected of a child her age. Her Maladaptive Behavior Domain score is significantly elevated. Scores are reported below:

|  | Standard Score | Percentile Rank | Adaptive Level | Age Equivalent |
|---|---|---|---|---|
| Communication Domain | 46 | <0.1 | Moderate Deficit | 1-8 |
| Daily Living Skills Domain | 49 | <0.1 | Moderate Deficit | 2-7 |
| Socialization Skills Domain | 63 | <0.1 | Mild Deficit | 2-8 |
| Adaptive Behavior Composite | 49 | <0.1 | Moderate Deficit | 2-3 |

Chanette's teacher, Mrs. Kimberly Lewis, completed the Teacher's Report Form (TRF) and the Conners' Teacher Rating Scale. She reported that Chanette has

problems paying attention including difficulty sitting still and concentrating. She also reported impulsive behaviors, humming and making odd noises, and disturbing other pupils. She wrote, "I strongly feel Chanette is not receiving essential one-one-one instruction . . . . She wants to learn, but she lacks many basic skills. She sees her classmates working and she wants to do the same, but she is unable to do so. I truly do not know what the problem is."

Another of Chanette's teacher, Mr. Michael Abbott, also completed the TRF. He concurred with Mrs. Lewis's observations and noted additional behaviors which elevated scales measuring thought problems and anxiety/depression. He remarked that Chanette often seems to react to stimuli that only she is aware of. While he found it difficult to describe this behavior he said "Chanette just seems to be on a different plane. She seems to see things that she can't explain. Her attention is often diverted by images." Mr. Abbott said that Chanette's peers notice that she is different and tease her. For example, one day a student said, "she doesn't know how to write or read yet", precipitating an aggressive outburst from Chanette. He wrote, "Chanette exhibits behavior that concerns me. I feel as though she needs a different setting to reach her potential (a Level 4 placement)".

## Conclusions and recommendations:

Chanette Alston is a six year old child who is enrolled in a regular first grade class. Cognitively she functions in the Mentally Retarded range. She is not able to keep up with her peers in school and she is socially stigmatized resulting in sometimes violent outbursts directed toward other students. At home she is unable to perform the usual activities of daily living expected of a six year old child.

In addition to her cognitive delays she has many autistic-like symptoms. These include serious impairments in social interaction such as odd, one-sided, tangential verbalizations; poor non-verbal communication skills; and verbal stereotypies. By report she also has some mild bodily stereotypies such as grimacing. These observations do not suggest a diagnosis of Autistic Disorder, and are found to a greater or lesser degree in about half of children with serious cognitive delays. They do suggest serious emotional and behavioral handicaps that will very likely hinder Chanette's social development and create significant problems for her as she grows older. Children with delays in social functioning are also more at risk for problems with depression and anxiety. Based on this evaluation the following recommendations are made:

1. Chanette should be seen by a pediatric neurologist to assess specific neurological problems.
2. Chanette should be enrolled in a Level IV, full day school placement for children with serious emotional disturbances and learning problems. The appropriate placement will have a low teacher-student ratio, a strong behavioral program, and

will work closely with the parent to help her acquire the skills to manage her child in an appropriate, loving manner.
3. Chanette should be evaluated by a psychiatrist for the possible use of medication.

Diagnosis:

| | | |
|---|---|---|
| Axis I | 299.80 | Pervasive Developmental Disorder NOS (provisional) |
| | 307.6 | Enuresis, Nocturnal and Diurnal |
| Axis II | 317 | Mild Mental Retardation |
| Axis III | history of asthma including hospitalization | |
| Axis IV | academic problems, social problems, problems with activities of daily living | |
| Axis V | GAF = 50 (current) | |

_____   12/9/98
Joanne E. Booth, Ph.D.          Date
Clinical Psychologist