

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OFFICE OF THE CHIEF ACADEMIC OFFICER
SPECIAL EDUCATON DIVISION

825 N. Capital Street, N.E. · Room 6118, Washington, D.C. 20002
202-442-4800   Fax: 202-442-5518

## Admissions Inquiry Form

Referral To: _Benedictine School_
_admission director_
_14989 Benedictine Lane_
_Ridgely, MD 21660_   _410-634-2117_

Ms. Thorton
Admissions Coordinator

Date of Referral: 0 8 / 0 9 / 0 6

From: _Erika A. Guy LGSW_
_Residential Placement Specialist_

Concerning: _Chanotte Alston_

DOB: 0 9 / 1 9 / 9 2

Parent/Guardian: _Chanda Alston_
_1911 Savannah Street SE_
_Apt #101_
_Washington D.C. 20020_

It has been determined that the above-referenced student may be an appropriate candidate for your program and is hereby referred for admission consideration. Assessment materials are enclosed for your review. Please indicate your determination and return to this office within ten days of receipt of this inquiry.

☐ Accepted for admission on or about ☐☐ / ☐☐ / ☐☐

☐ Not accepted. Assessment materials are returned herewith.

Comment: _____

School Official: _Erika A. Guy LGSW_   Date 0 8 / 0 9 / 0 6

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OFFICE OF THE CHIEF ACADEMIC OFFICER
SPECIAL EDUCATON DIVISION

825 N. Capital Street, N.E. Room 6118, Washington, D.C. 20002
202-442-4800   Fax: 202-442-5518

## Admissions Inquiry Form

Referral To: _Chesapeake Youth Academy_
_84 Fieldstad Rd_
_Cambridge, MD 21613-9?3_
_410-220-0288_

Date of Referral: 08 / 09 / 06

From: _Euta A Bry, MSW_

Concerning: _Charette Alston_

DOB: 09 / 19 / 95

Parent/Guardian: _Chanda Alston_
_1911 Savannah Street SE_
_Apt # 101_
_Washington D.C. 20020_

It has been determined that the above-referenced student may be an appropriate candidate for your program and is hereby referred for admission consideration. Assessment materials are enclosed for your review. Please indicate your determination and return to this office within ten days of receipt of this inquiry.

☐ Accepted for admission on or about ☐☐ / ☐☐ / ☐☐

☐ Not accepted. Assessment materials are returned herewith.

Comment: _____

School Official: _Euta A Bry_   Date 08 / 09 / 06
_LEA Rep_