**EXHIBIT B**

**From:** Smith, Judith (OSE)
**Sent:** Tuesday, July 25, 2006 3:56 PM
**To:** 'KDAlvarez@aol.com'
**Cc:** 'Porter, Veronica (OAG)'
**Subject:** RE: Chanette Alston

Ms. Alvarez – as requested by Ms. Porter, DCPS is compiling a list of the documents in the referral packet and will provide that to you soon.  I do recollect correspondence from you to DCPS indicating that she may have had a recent evaluation during her stay at Children's but I do not see that in the information that DCPS has. If you do have such an evaluation or other materials that you want to ensure that we have included, please let me know and we will be happy to submit a supplemental packet to the programs. You can send to me by email or fax. Thank you.

**Judith Smith, Esq.**
**District of Columbia Public Schools**
**Director, Federal and Family Court Monitoring**
**Office of Special Education**
**825 North Capitol Street, N.E.**
**Sixth Floor**
**Washington, D.C.  20002**
**202-442-5446**
**202-442-5524 fax**
Judith.Smith@k12.dc.us


**From:** KDAlvarez@aol.com [mailto:KDAlvarez@aol.com]
**Sent:** Thursday, July 27, 2006 10:34 AM
**To:** Smith, Judith (OSE)
**Subject:** Re: Chanette Alston

Dear Ms. Smith:

In addition to prior Clinical and Psycho-educational reports disclosed repeatedly over the last 3 years, the psychiatric discharge diagnosis of 3/06 was provided to DCPS attorney-advisor Aaron Price---who represents DCPS in the companion Due Process Action with reference to which J. Urbina entered the Stay Put injunction---on July 14,2006.

Sincerely,

Karen D. Alvarez

**From:** Smith, Judith (OSE)
**Sent:** Thursday, July 27, 2006 11:20 AM
**To:** 'KDAlvarez@aol.com'
**Subject:** RE: Chanette Alston

I do appreciate your sharing this information with me. I will check with Aaron but he was recently on military leave and I am not sure he is back.  I do not see them in the file.  I am happy to provide the items to the programs if you are willing to fax them to me.

**Judith Smith, Esq.**
**District of Columbia Public Schools**
**Director, Federal and Family Court Monitoring**
**Office of Special Education**
**825 North Capitol Street, N.E.**
**Sixth Floor**
**Washington, D.C.  20002**
**202-442-5446**
**202-442-5524 fax**
**Judith.Smith@k12.dc.us**


**From:** Smith, Judith (OSE) [mailto:Judith.Smith@k12.dc.us]
**Sent:** Wednesday, August 02, 2006 12:52 PM
**To:** Porter, Veronica (OAG)
**Cc:** Pierson, Erika (OGC); Taptich, Edward (OAG)
**Subject:** RE: Chanda Alston residential placement

Veronica – Our Placement Specialist, Erika Gray, has called all four programs and confirmed that they have received the packets and are reviewing them.  None of them had made a decision as of yet. Ms. Gray reminded the Forbush school that they had previously accepted Chanette back in  January based on Grafton's referral but they said they still needed to review the packet and get back to us. Erika pressed for a time frame from all but none would commit. She is hoping for end of next week for responses, of which hopefully, one will be an acceptance.

FYI – I asked Alvarez by voicemail and email to provide me with any evals she wanted to be included. She stated that she had already provided a psychoed and clinical and the CHMC discharge summary and she would not do so again. I was able to obtain the CHMC discharge summary from the OGC file – as it had never been provided to OSE but is was only one page. I let her know that and again asked for the two other evals and she refused to send them to me again. Only telling you this in case she says that the packets we sent out were insufficient.

**Judith Smith, Esq.**
**District of Columbia Public Schools**
**Director, Federal and Family Court Monitoring**
**Office of Special Education**
**825 North Capitol Street, N.E.**
**Sixth Floor**
**Washington, D.C.  20002**
**202-442-5446**
**202-442-5524 fax**
**Judith.Smith@k12.dc.us**