EXHIBIT C



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OFFICE OF THE CHIEF ACADEMIC OFFICER
SPECIAL EDUCATON DIVISION

825 N. Capital Street, N.E.  Room 6118, Washington, D.C. 20002
202-442-4800   Fax: 202-442-5518

## Admissions Inquiry Form

Referral To: _Bonner Center_
_M. Melvin Johnson, Director_
_or Special Education_
_Coordinator_

FAX# 202-727-7599

Date of Referral: 08 / 18 / 06

From: _Erika N. Gray_
_LGSW, LEA_

Concerning: _Charette Alston_

DOB: 09 / 19 / 92

Parent/Guardian: _Chanda Alston_
_1911 Savannah St S.E._
_Apt #101_
_Washington D.C. 20020_

It has been determined that the above-referenced student may be an appropriate candidate for your program and is hereby referred for admission consideration. Assessment materials are enclosed for your review. Please indicate your determination and return to this office within ten days of receipt of this inquiry.

☐ Accepted for admission on or about  ☐☐ / ☐☐ / ☐☐

☐ Not accepted. Assessment materials are returned herewith.

Comment: _____

School: _____    Date ☐☐ / ☐☐ / ☐☐
Official:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0989
CONNECTION TEL                   92027277599      Browne
SUBADDRESS
CONNECTION ID
ST. TIME              08/18 01:05
USAGE T               09'07
PGS. SENT             (64)
RESULT                OK
```

# D.C. PUBLIC SCHOOLS
## OFFICE OF SPECIAL EDUCATION

MAIN NUMBER (202) 442-4800
FAX NUMBERS (202) 442-5517, 442-5518

### FACSIMILE TRANSMITTAL SHEET

TO: Brown Center                     FROM: Erika Gray
COMPANY:                              DATE: 8/18/06
202-727-7599
FAX NUMBER: Admissions                TOTAL NO. OF PAGES INCLUDING COVER: 62
PHONE NUMBER:                         SENDER'S REFERENCE NUMBER:

RE: Chanette Alston                   YOUR REFERENCE NUMBER:

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☒ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please review
Student's information
and contact me if

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OFFICE OF THE CHIEF ACADEMIC OFFICER
SPECIAL EDUCATON DIVISION

825 N. Capital Street, N.E. Room 6118, Washington, D.C. 20002
202-442-4800  Fax: 202-442-5518

## Admissions Inquiry Form

Referral To: *Woods Services* 
*Admissions*
*P.O. Box 36*
*Langhorne, PA 19047*

Date of Referral: [07] / [19] / [98]    215-750-4591

From: *Erika N. Gray, LGSW* 
*Residential Placement Specialist*

Concerning: *Chanete Alston*

DOB: [07] / [19] / [92]

Parent/Guardian: *Chanda Alston*
*1901 Savannah Street*
*Apt #101*
*Washington, D.C. 20020*

It has been determined that the above-referenced student may be an appropriate candidate for your program and is hereby referred for admission consideration. Assessment materials are enclosed for your review. Please indicate your determination and return to this office within ten days of receipt of this inquiry.

☐ Accepted for admission on or about [  ] / [  ] / [  ]

☐ Not accepted. Assessment materials are returned herewith.

Comment: _____

_____

School: _____   Date [  ] / [  ] / [  ]
Official:

```
         *************************
         ***    TX REPORT      ***
         *************************

         TRANSMISSION OK

         TX/RX NO                 0990
         CONNECTION TEL                    912157504591   Woods RTC
         SUBADDRESS
         CONNECTION ID
         ST. TIME                 08/18 01:25
         USAGE T                  08'31
         PGS. SENT                ( 59 )
         RESULT                   OK
```

# D.C. PUBLIC SCHOOLS
# OFFICE OF SPECIAL EDUCATION

MAIN NUMBER (202) 442-4800

FAX NUMBERS (202) 442-5517, 442-5518

---

**FACSIMILE TRANSMITTAL SHEET**

TO: The 3Woods   FROM: Evea Buy

COMPANY: Admissions   DATE: 8/18/06

FAX NUMBER: 215-750-4591   TOTAL NO. OF PAGES INCLUDING COVER: 62

PHONE NUMBER:   SENDER'S REFERENCE NUMBER:

RE: Chanotte Alston   YOUR REFERENCE NUMBER:

☑ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☑ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OFFICE OF THE CHIEF ACADEMIC OFFICER
SPECIAL EDUCATON DIVISION

825 N. Capital Street, N.E.  Room 6118, Washington, D.C. 20002
202-442-4800   Fax: 202-442-5518

## Admissions Inquiry Form

Referral To: _National Childrens Center_
_Admissions_
_6200 2nd Street S.W._
_Washington DC 20011_   _202-722-2380_

Date of Referral: _08 / 18 / 06_

From: _Erika N. Gray, LGSW_
_Residential Placement Specialist_

Concerning: _Chanette Alston_

DOB: _09 / 19 / 92_

Parent/Guardian: _Chanda Alston_
_1901 Savannah Street_
_Apt #101_
_Washington D.C. 20020_

It has been determined that the above-referenced student may be an appropriate candidate for your program and is hereby referred for admission consideration. Assessment materials are enclosed for your review. Please indicate your determination and return to this office within ten days of receipt of this inquiry.

☐ Accepted for admission on or about ☐☐ / ☐☐ / ☐☐

☐ Not accepted. Assessment materials are returned herewith.

Comment: _____

School: _____    Date ☐☐ / ☐☐ / ☐☐
Official:

<s>

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    1497
CONNECTION TEL                        92027222383  NCC
SUBADDRESS
CONNECTION ID
ST. TIME                    08/18 14:13
USAGE T                     15'17
PGS. SENT                   63
RESULT                      OK
```

# D.C. PUBLIC SCHOOLS
# OFFICE OF SPECIAL EDUCATION
### MAIN NUMBER (202) 442-4800
### FAX NUMBERS (202) 442-5517, 442-5518

**FACSIMILE TRANSMITTAL SHEET**

TO: NCC                                FROM: Erika Ivy
COMPANY: Admissions                    DATE: 8/18/06
FAX NUMBER: 202-728-7383               TOTAL NO. OF PAGES INCLUDING COVER: 63
PHONE NUMBER:                          SENDER'S REFERENCE NUMBER:
RE: Chanette Alston                    YOUR REFERENCE NUMBER:

☑ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☑ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please call me when you review



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

OFFICE OF THE CHIEF ACADEMIC OFFICER
SPECIAL EDUCATON DIVISION

825 N. Capital Street, N.E.   Room 6118,   Washington, D.C. 20002
202-442-4800   Fax: 202-442-5518

## Admissions Inquiry Form

Referral To: *Pines Treatment Center*
*Admissions*
*825 Crawford Pkwy*
*Portsmouth VA 23704*
FAX# *757-393-0061*

Date of Referral: 08 / 18 / 06

From: *Erika N. Gray, LGSW/LEA*
*Residential Placement Specialist*

Concerning: *Chanette Alston*

DOB: 09 / 19 / 88

Parent/Guardian: *Chanda Alston*
*1901 Savannah Street*
*Apt #101*
*Washington, D.C. 20020*

It has been determined that the above-referenced student may be an appropriate candidate for your program and is hereby referred for admission consideration. Assessment materials are enclosed for your review. Please indicate your determination and return to this office within ten days of receipt of this inquiry.

☐ Accepted for admission on or about ☐☐ / ☐☐ / ☐☐

☐ Not accepted. Assessment materials are returned herewith.

Comment: _____
_____

School: _____   Date ☐☐ / ☐☐ / ☐☐
Official: