UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## PLAINTIFFS' CONTEMPT MOTION

Plaintiffs move, pursuant to Rule 7 of the Federal Rules Civil Procedure, for an order holding Defendants in contempt of this Court's Stay Put Order and Memorandum Opinion of July 17, 2006. The grounds for this motion are more fully set forth in the following memorandum of points and authorities.

Respectfully submitted,


Karen D. Alvarez
D.C. Bar No.423186
1442 Foxhall Road, N.W.
Washington, DC  20007
 (202) 333-8553

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFFS' CONTEMPT MOTION**

On May 5, 2006 Plaintiffs moved for emergency Stay Put relief, asking the Court to order Defendants to maintain C.A.'s then current program and placement pending the completion of the due process complaint below, or any appeal thereof. C.A.'s then current educational program and placement was a dual placement consisting of a day program for mentally retarded students at Cabin John MS and a residential program in substitution for the residential program of the Grafton School's Rockville campus, which had closed on February 18, 2006. Memorandum Opinion at 1, Docket Doc. No. 10.

On July 17, 2006 this Court issued its memorandum opinion granting Plaintiffs' motion for emergency Stay Put relief. Docket Doc. No. 10. Defendants now are in violation of this Court's Stay Put ruling as to both parts of C.A.'s educational program, for the third time in a

year. See id. at 9; Laster et al v. D.C. et al, 394 F.Supp.2d 60, 63 (D.D.C. 2005). . Plaintiffs therefore ask the Court to hold Defendants in contempt of its Order.

**I.
Violation of Deadlines for Admission to Residential Program.**

This Court ordered on July 17, 2006 that Defendants locate and place C.A. in a residential treatment facility by August 7, 2006. Docket Doc. No. 9. Defendants have neither located nor placed C.A. in a residential treatment facility. Exhibit A at Para. 8. (Declaration of Chanda Alston).

**II
Removal from Cabin John Day Program Placement**

      The school year at Cabin John MS commenced on August 28, 2006. Id. at Para. 3. On August 28, 2006 no DCPS school bus arrived at the Alston residence to transport C.A. to Cabin John. Id. at Para. 4. On no date since August 28, 2006 has bus transport been provided to transport C.A. to Cabin John. Id. When Ms. Alston contacted the DCPS parent information center no information was provided her concerning when or whether bus transport would begin. Id. at Para. 7.

      On August 31, 2006, counsel for Plaintiffs wrote Counsel for Defendants and Judith Smith of DCPS asking that DCPS provide taxi transportation to Cabin John MS, beginning on September 1, 2006. Exhibit B. Counsel for Plaintiffs advised Defendants in that letter that Plaintiffs would move for sanctions in the event that transportation were not provided on that date. Id. Defendants have not provided any form of transportation to Cabin John MS since the school year began on August 28, 2006. See Exhibit A at Para. 6; see also Exhibit C

(Sept. 6, 2006 response of Judith Smith to Plaintiffs' request for transportation); Exhibit D (Sept. 6, 2006 response of Defendants' counsel to Plaintiffs' request for transportation)(denying transportation request of Aug. 31, 2006).

Defendants, notwithstanding, two prior Orders of this Court mandating that Defendants maintain C.A. at her dual Cabin John/ Residential placement, purport to be unaware of their Stay Put obligations. <u>See</u> Exhibit D (Sept. 6, 2006 letter of counsel for Defendants)(claiming that Defendants can not "place" C.A. at Cabin John without mother's consent).. Plaintiffs accordingly request that the Court hold Defendants in contempt of this Court's ruling of July 17, 2006.

                                                     Respectfully submitted,

                                                     Karen D. Alvarez
                                                     D.C. Bar No.423186
                                                     1442 Foxhall Road, N.W.
                                                     Washington, DC  20007
                                                     (202) 333-8553

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDA ALSTON, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

**ORDER**

The Court has considered Plaintiffs' Motion for Contempt. It is this ___ day of September, 2006, hereby,

ORDERED, that Defendants shall show cause by ___ September, 2006 why they should not be held in contempt of this Court's ruling of July 17, 2006.

_____
UNITED STATES DISTRICT JUDGE