IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHANDA ALSTON  )
    Plaintiff,  )
                               )
            v.  )  Civ. Action No.06-0836(RMU)
DISTRICT OF COLUMBIA, et al.,  )
                               )
    Defendants.  )

## DECLARATION OF CHANDA ALSTON

I, Chanda Alston, a citizen of the United States over the age of eighteen years, declare as follows:

1. I am the mother of Chanette Alston and a plaintiff in this action.

2. Chanette's IEP calls for a day program placement at Cabin John MS and a residential placement which this Court ordered DCPS to locate by August 7, 2006.

3. The school year began at Cabin John MS on August 28, 2006.

4. No DCPS school bust has arrived on any day since August 28, 2006 to transport Chanette to Cabin John MS.

5. On August 31, 2006 my attorney wrote Veronica Porter, counsel for Defendants, and Judith Smith, Director of Mediation and Compliance for Defendant DCPS, requesting that they initiate bus transport and provide, if necessary, taxi transportation until that could be initiated.

6. DCPS has not responded and has not provided any form of bus transport.

7. The DCPS parent center also has provided me no information concerning bus transport for Chanette when I contacted them.

8. I have received no calls or letters from any residential placement facility. It is my understanding that when DCPS has sent a referral package to a private school, that school then contacts the parent for additional information and to arrange for an interview. I have received no calls or letters whatsoever from any school.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

9-1-06

*[signature: Chanda Alston]*

September 1, 2006                                                    Chanda Alston