| | |
|---|---|
| Subj: | **Chanette Alston** |
| Date: | 8/31/2006 9:57:35 AM Eastern Standard Time |
| From: | KDAlvarez |
| To: | veronica2.porter@dc.gov |
| CC: | Judith.Smith@k12.dc.us |

Dear Ms. Porter:

Ms. Alston informs me that DCPS bus transport has not arrived to transport Chanette to Cabin John MS. Please inform your client that they must commence bus transport immediately. Ms. Alston will expect Chanette to be transported to Cabin John, whether by bus or taxi,     by DCPS tomorrow. If she is not, Ms. Alston will move for sanctions.

Sincerely,
Karen D. Alvarez