| | |
|---|---|
| Subj: | **RE: Chanette Alston** |
| Date: | 9/6/2006 12:30:09 PM Eastern Standard Time |
| From: | Judith.Smith@k12.dc.us |
| To: | KDAlvarez@aol.com, veronica2.porter@dc.gov |
| CC: | veronica2.porter@dc.gov |
| *Sent from the Internet (Details)* | |

Ms. Alvarez – I have been out of town for a few days so am just receiving you email. I have made some internal contacts but can you let me know if it has been resolved in the mean time?

Judith Smith, Esq.
District of Columbia Public Schools
Director, Federal and Family Court Monitoring
Office of Special Education
825 North Capitol Street, N.E.
Sixth Floor
Washington, D.C.  20002
202-442-5446
202-442-5524 fax
Judith.Smith@k12.dc.us

---

**From:** KDAlvarez@aol.com [mailto:KDAlvarez@aol.com]
**Sent:** Thursday, August 31, 2006 9:58 AM
**To:** veronica2.porter@dc.gov
**Cc:** Smith, Judith (OSE)
**Subject:** Chanette Alston

Dear Ms. Porter:

Ms. Alston informs me that DCPS bus transport has not arrived to transport Chanette to Cabin John MS. Please inform your client that they must commence bus transport immediately. Ms. Alston will expect Chanette to be transported to Cabin John, whether by bus or taxi,    by DCPS tomorrow. If she is not, Ms. Alston will move for sanctions.

Sincerely,
Karen D. Alvarez