| | |
|---|---|
| Subj: | **RE: Telephone Calls from DCPS Special Education Division Staff** |
| Date: | 9/6/2006 3:04:49 PM Eastern Standard Time |
| From: | veronica2.porter@dc.gov |
| To: | KDAlvarez@aol.com |
| CC: | Judith.Smith@k12.dc.us, Erika.Pierson@k12.dc.us |
| *Sent from the Internet (Details)* | |

Ms. Alvarez:

Judi Smith informed me this morning that she called you to find out whether Chanette's mother has agreed to Chanette's temporary placement at Cabin John pending placement at a new residential treatment placement. She told me that she was unable to get a response from you.

It is my understanding that DCPS cannot transport until they hear from the mother that she had agreed to Chanette's placement there.

Please confirm that the mother has agreed to temporary placement at Cabin John so that bus transport may begin ASAP.

Veronica A. Porter
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email:  veronica2.porter@dc.gov

**CONFIDENTIALITY NOTICE**

**This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this mesage in error, please notify the sender immediately by e-mail and delete all copies of the message.**

**From:** KDAlvarez@aol.com [mailto:KDAlvarez@aol.com]
**Sent:** Wednesday, September 06, 2006 2:48 PM
**To:** veronica2.porter@dc.gov
**Subject:** Telephone Calls from DCPS Special Education Division Staff

Dear Ms. Porter:

I received early this afternoon telephone calls from Ms. Judith Smith and Ms. Erika Gray of the Special Education Division.

Ms. Gray stated, when I answered the phone, that she had standing beside her a Ms. Ashante of NCC. I , therefore, was surprised when, some three minutes after concluding my conversation with Ms. Gray, I received a telephone call from Ms. Ashante of NCC. Ms. Ashante stated that she was calling from her own office at NCC and denied having been in Ms. Gray's office when Ms. Gray called me. Ms. Ashante informed me that she had telephoned Ms. Gray earlier today to request information concerning Chanette Alston, but most certainly was not in Ms. Gray's office at the time that Ms. Gray called me.

In view of this, I am writing to inform you that I will not accept telephone calls from either Ms. Gray or Ms. Smith. Any communications that they may wish to have with me will, in the future, be conducted only by e-mail or by fax.

This also is to inform you that DCPS Bus transport has not initiated transportation to Cabin John and that DCPS has not provided taxi service to Chanette to transport her to Cabin John. In the event that Defendants are now prepared to provide taxi service, please inform me by close of business today.


Sincerely,

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)