

EXHIBIT A



# Woods Services

Founded in 1913

August 24, 2006

Ms. Evita Grey
DC Public Schools
Special Education Division
825 N. Capital Street NE - 6th Floor
Washington, DC 20002

RE: **Chanette Alston**          D.O.B: **9-19-92**

Dear Ms. Grey,

Thank you for referring Chanette to Woods Services. We appreciate your interest and efforts on behalf of Chanette.

We have completed our initial review of the referral material you submitted and require the following information prior to continuing the admissions process:

    psychological report with IQ score, and

    current psychiatric report.

Please have the information sent to me in our admissions office as soon as possible.
Should you have any questions please do not hesitate to contact me by phone at 215-750-4031 or 800-782-3646 or by fax at 215-750-4591. Thank you again for your interest in Woods Services.

Sincerely,

*Gail Martino /Ke*

Gail L. Martino
Assistant Director of Admissions

Langhorne, Pennsylvania 19047 • 215/750-4000
www.woods.org
Enabling people with special needs to reach their full potential



## ncc

a lifetime of opportunities for people with developmental disabilities
6200 Second Street, NW • Washington, DC 20011 • t 202.722.2300 • f 202.882.3518 • www.nccinc.org
W. Ross Ashley, III, Chief Executive Officer • Irene M. Lindner, Esq., President

September 11, 2006

Ms. Erica Gray
Placement Specialist, DCPS
825 North Capitol Street, NE
Department of Special Education
Washington, DC 20002

Dear Ms. Gray:

Thank you very much for your recent referral of Ms. Channette Alston. Unfortunately, we cannot proceed with our enrollment review without the following information:

- Current Psychological Evaluation (I did speak with Ms. Karen Alvarez who mentioned that the last psychological is dated 2001)
- Current Speech and Language Evaluation
- Current Medical information/Physical
- Cover Page of the current IEP
- Current information on where student is/educational status
- Psychiatric Evaluation if taking Psychotropic medications

Your attention to this matter is greatly appreciated. Thank you for your referral.

We look forward to hearing from you. Please feel free to contact me at (202) 722-2339, if you have any questions or concerns.

Sincerely,

*Amendis*

Ashanthi Mendis-Kiridena
Director of Enrollment

NATIONAL CHILDREN'S CENTER, INC