```
************ -COMM.  JOURNAL- ********************* DATE SEP-12-2006 ****** TIME 15:25 *******

              MODE = MEMORY TRANSMISSION        START=SEP-12 15:23    END=SEP-12 15:25

              FILE NO.=515

STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                PAGES      DURATION
NO.            ABBR NO.

001    OK      *            93331546                            003/003    00:01:09
```

EXHIBIT B

*********************************** -          - *****  -                  - *********

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Attorney General

★ ★ ★

Civil Litigation Division

### TELECOPIER COVER SHEET

**DATE:** 9/12/06

**TRANSMITTED TO:** Karen Alvarez

**ROOM NUMBER:**

**RECEIVING FAX NO.:** 2/333-1546

**OFFICE TELEPHONE:** 2/333-8553

**NUMBER OF PAGES:** 3 (INCLUDING THIS COVER PAGE)

**SUBJECT/NOTES:** Please have Mrs. Alston sign the evaluation consent form and the residency/tuition form from Cabin John. & fax back to me

**TRANSMITTED BY:**

**TRANSMITTED FROM:** Veronica Porter
Assistant Attorney General
Office of the Attorney General
One Judiciary Square
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

**PHONE NUMBER:** (202) 724-6651

**FAX NUMBER:** (202) 727-3625

PLEASE CALL IF THERE ARE ANY PROBLEMS IN TRANSMISSION.

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General

**Civil Litigation Division**



### TELECOPIER COVER SHEET

**DATE:** 9/12/06

**TRANSMITTED TO:** Karen Alvarez

**ROOM NUMBER:**

**RECEIVING FAX NO.:** 2/333-1546

**OFFICE TELEPHONE:** 2/333-8553

**NUMBER OF PAGES:** 3 (INCLUDING THIS COVER PAGE)

**SUBJECT/NOTES:** Please have Mrs. Aloton sign the evaluation consent form and the residency/tuition form from Cabin John. & fax back to me

**TRANSMITTED BY:**

**TRANSMITTED FROM:** Veronica Porter
Assistant Attorney General
Office of the Attorney General
One Judiciary Square
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001

**PHONE NUMBER:** (202) 724-6651

**FAX NUMBER:** (202) 727-3625

PLEASE CALL IF THERE ARE ANY PROBLEMS IN TRANSMISSION.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

[MDT]

CONSENT FOR EVALUATION - INITIAL OR REEVALUATION
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

**I.  INITIAL EVALUATION CONSENT** ☐

As a result of the review of the screening information at the MDT meeting on _____
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We would like to remind you at this time that
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide an appropriate program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

**II.  REEVALUATION** ☒

The MDT received the following request for a reevaluation for __Chanette Alston__
by /for a:   ☐ parent request   ☒ ~~teacher~~ school request   ☐ 3 year reevaluation

-Psychological
-Psychiatric

The MDT will collect supportive documentation in the area of the disability to determine the need for continued special education and related services. The school is required to only evaluate in those areas of documented need or consensus of the MDT (parent is a member of team). Parents have the right to request assessments to determine if the child continues to be a child with a disability. DCPS may reevaluate your child, without your consent, if the school district can demonstrate that it has taken reasonable steps to get parental consent and the parent has not responded.
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide a Free Appropriate Public Education program and may be required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student evaluation plan (SEP).

**III.** I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the Student Evaluation Plan (attached) for my child, __Chanette Alston__

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which you will be invited) to determine if your child is eligible for special education and related services. The written reports of all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use this information to determine an appropriate program for your child. If records are to be obtained/released as part of this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me at __Erika Gray__ (telephone number). __4425541__

☐ INITIAL EVALUATION              ☒ REEVALUATION

Parent Response Section:

☒ I agree to the proposed evaluation(s)          ☐ I do NOT agree to the proposed evaluation(s)

X_____           X_____
Parent/Guardian Signature                                                Date

DCPS     DIVISION OF SPECIAL EDUCATION     07-02-2001     MDT - CONSENT FOR EVALUATION     APPENDIX - A

442.5517

| Office of the Deputy Superintendent of Schools<br>MONTGOMERY COUNTY PUBLIC SCHOOLS<br>Rockville, Maryland 20850 | DETERMINATION OF<br>RESIDENCY AND TUITION STATUS |

**INSTRUCTIONS:** Person with whom student resides or eligible student completes Parts I and II, and submits with required documents to the residency and tuition administrator, Department of Student Services. Refer to MCPS Regulation JED-RA: Residency, Tuition, and Enrollment.

### PART I: STUDENT INFORMATION          Client No. _____

Student: **Alston** (Last), **Chanette** (First), MI ___   ☐ Male ☒ Female   Date of Birth: **9/19/92**   Age ___

School Student Will Attend: **Cabin John MS**   Grade ___   Special Education ☒ Yes ☐ No

Person With Whom Student Resides: **Alston** (Last), **Chanda** (First), MI ___   Relationship: **mother**

Montgomery County Address where student will reside ___ Street ___ City ___ State ___ Zip ___

Telephone: Home ___   Work ___

Transferring From: County ___   State ___   Country ___

Name of last school attended: **Cabin John MS/Grafton**   ☐ International Student Admissions Office   Other ___

### PART II: REASON FOR SUBMITTING APPLICATION (Check One).

*Proof of residency must be submitted with all applications. Examples of Acceptable Proof: Current Montgomery County property tax bill or current rental lease. Also submit current utility bill showing name and address.*

☐ Student now residing in Montgomery County without parents and is requesting a waiver of tuition. Submit proof of residency of person with whom student is living; statement explaining reason for request (notarized); and explanatory letter of consent from parent(s) (notarized). Also submit documentation of crisis to justify tuition waiver. (Do not enroll student until approved by the Residency and Tuition Review Committee.)

☐ Student is living with non-Maryland court-appointed guardian. Submit proof of guardianship; proof of guardian's residency; and statement explaining reason why student is living in Montgomery County. (Do not enroll student until approved by the Residency and Tuition Review Committee.)

☐ Student is 18 years of age or older, or an emancipated minor, and is self-supporting. Submit proof of current employment (all letters from employers must be notarized), proof of residency, and proof of age. (Do not enroll student until approved by the Residency and Tuition Review Committee.)

☐ Student is living with parent(s) awaiting completion/occupancy of permanent housing within 60 days. Submit sales contract, or settlement papers, or rental ___ (Do not enroll student until approved by the Residency and Tuition Review Committee.)
Current Address ___

☐ Student is placed in Montgomery County (e.g., foster, group home) by a juvenile or social services agency.
Name of agency **DCPS**   Contact person **Erika Gray**
Phone **202 442 5541**   Identify state if other than Maryland **DC**   (Documents attached.)

NOTE: Submit proof of residency of guardian, placement order, and, if agency is out of state, also submit authorization for payment of tuition. (Do not enroll student until approved by the Residency and Tuition Review Committee or administrator.)

☐ Verifying residency

I CERTIFY THAT THE INFORMATION ON THIS APPLICATION AND ON ANY ATTACHMENTS IS ACCURATE, COMPLETE, AND TRUE TO THE BEST OF MY KNOWLEDGE. I further understand that if the information is not accurate or the waiver of tuition is not granted, I am liable for tuition and/or retroactive adjustment of tuition for any periods that the student may be a nonresident, unless the student has been placed by a responsible social or juvenile services agency.

Signature (Parent) Guardian, or Eligible Student ___   Date ___

### PART III: TO BE COMPLETED BY RESIDENCY AND TUITION ADMINISTRATOR

☐ Student is a resident and is eligible for enrollment. Documentation is attached.   Comments: ___

☐ Student is approved for enrollment without tuition. Student is in crisis or has been placed by a Maryland social services agency and is considered to be a resident for the current year only.

☐ Student is a nonresident and tuition is waived for 60 days.

☐ Student is a nonresident and is required to pay tuition.

☐ Student is a nonresident and a non-Maryland social services agency is required to pay tuition.