**Porter, Veronica (OAG)**                                    *EXHIBIT C*

| | |
|---|---|
| **From:** | Porter, Veronica (OAG) |
| **Sent:** | Tuesday, September 12, 2006 3:26 PM |
| **To:** | 'KDAlvarez@aol.com' |
| **Cc:** | 'Smith, Judith (OSE)' |
| **Subject:** | C Alston case |

Ms. Alvarez:

The email is a follow up to the voice mail I just left for you. I faxed you an Evaluation Consent form and a Residency/Tuition Status form from Montgomery County PS. DCPS needs Ms. Alston's signature on both forms. Both Woods and NCC RTCs are considering admitting C.A., but they both require a current psychiatric and psychological reports before continuing with the admissions process. DCPS cannot conduct the evals. without the parent/guardian's consent.

Regarding Cabin John School, although Ms. Alston has signed this form in the past, Montgomery County requires that the form be completed at the beginning of each school year.

DCPS cannot proceed with the RTC process and C.A. cannot attend Cabin John School until the forms are completed.

If you have any questions, or want to discuss further, please call.

Veronica A. Porter
Assistant Attorney General
Civil Litigation Division
Equity Section Two
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
(202) 724-6651
fax - (202) 727-3625
email: veronica2.porter@dc.gov

## CONFIDENTIALITY NOTICE

**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this mesage in error, please notify the sender immediately by e-mail and delete all copies of the message.**

9/12/2006