

www.woods.org

# Woods Services

Founded in 1913

September 20, 2006

Ms. Erika Gray
DC Public Schools
Special Education Division
825 N. Capital Street NE - 6th Floor
Washington, DC 200002

**RE: Chanette Alston      D.O.B: 9-19-92**

Dear Ms. Gray:

Thank you for your interest in Woods Services program and efforts on behalf of your client, Chanette. We have completed our review of the referral materials you submitted on Chanette's behalf and would like to schedule a pre-admission evaluation.

The purpose of the evaluation is to determine acceptability and program placement. Ryan Garrison will be contacting you to schedule the evaluation either at our facility or if more convenient and/or appropriate at your client's current program site. If you need to contact Ryan, please call him at (215) 750-4045 or (800) 782-3646.

Should you have any questions, please do not hesitate to contact me by phone at (215) 750-4031 or (800) 782-3646 or by fax at (215) 750-4591. Again, thank you for your interest in Woods Services.

Sincerely,

Gail L. Martino
Assistant Director of Admissions

cc: Karen Alvarez, Attorney at Law, 1442 Foxhall Road NW, Wash DC 20007
    (FAX: 202-333-1546)

Langhorne, Pennsylvania 19047 • 215/750-4000
www.woods.org
Enabling people with special needs to reach their full potential