UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDA ALSTON, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., : | |
| Defendants. : | |

**ERRATA**

**[PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' CONTEMPT MOTION]**

On September 25, 2006 Plaintiffs filed Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Contempt Motion, Docket Doc. No. 20. Please take note of the following errors:

1) At page four of Plaintiffs' Reply, Plaintiffs erroneously captioned Exhibit C, cited at the foot of that page, as "Woods Letter of August 24, 2006." That citation should read : "Woods Letter of September 20, 2006."

2) At Para. 10 of Ms. Alston's Declaration, Ms. Alston states that material concerning Advoserv and a letter of Advoserv's Assistant Admissions Director, Michelle Yamashita, are attached. Counsel, inadvertently, failed to attach those materials to the Alston Declaration when that

1

was converted to PDF format. Those materials are

attached hereto as pages 6, 7 and 8 of Exhibit B.

                          Respectfully submitted,

                          Karen D. Alvarez
                          D.C. Bar No.423186
                          1442 Foxhall Road, N.W.
                          Washington, DC  20007
                          (202) 333-8553