EXHIBIT B
DECLARATION OF CHANDA ALSTON

PAGES 6, 7 & 8

Case 1:06-cv-00836-RMU    Document 21-2    Filed 09/26/2006    Page 1 of 4

Developmental disabilities, dual diagnosis, emotional disturbances and conduct disorders                    08/31/2006 11:57 AM

# AdvoServ

HOME • WHO WE SERVE • OUR PROGRAM • SPECIFIC SERVICES • PROGRAM LOCATIONS
OUR STRENGTHS • WHAT OUTCOMES TO EXPECT • EMPLOYMENT • REFERRAL INFORMATION





## OUR DELAWARE PROGRAMS

are located in the rolling horse country of Delaware and along the Maryland border. Services are spread over a number of settings encompassing a variety of community residences and two schools, including Summit Academy, an historic country manor house renovated into a modern school.

- These programs provide residential services to children, adolescents and adults from the northeast and eastern seaboard, and daytime educational services to students from Delaware and adjoining states such as Maryland.

- Parts of the program are devoted to individuals with autism, developmental disabilities and dual diagnoses, and other parts to individuals with severe emotional disturbances and conduct disorders.

- All parts of the programs are licensed by the State of Delaware, and the schools are fully approved by its' Department of Education.

- Individuals live in inviting community residences that range from attractive ranch style houses, a beautifully renovated farmhouse, and the "Role Model Inn", a sprawling home for those who have progressed through the program and can live with higher degrees of independence as they prepare for their return to the community.

- Significant behavior problems are treated with comprehensive behavioral plans, including a full functional assessment, and intensive instruction and reinforcement in alternatives to those problems. Counseling, medication and other therapeutic modalities are also available to enhance an individual's progress.

- A premium is placed on educational achievement as an alternative to problems and a key to success in the future. Students' school days incorporate all academic, vocational, leisure and adaptive domains. Here they learn everything from social skills to social studies, often experiencing success for the first time in their lives. All

B-6

students make gains; some are able to gain high school diplomas.

For more information, contact:

<u>Mr. Dennis Reardon</u>
<u>Ms. Michele Yamashita</u>
Admissions Department
4185 Kirkwood-St. Georges Road
Bear, Delaware 19701

PHONE: 302-834-7018
FAX: 302-836-2516

<u>FLORIDA</u> | <u>NEW JERSEY</u> | <u>LOCATIONS</u>

# AdvoServ

1-800-593-4959 • PHONE: 302-834-7018
FAX: 302-836-2516

<u>HOME</u> | <u>WHO WE SERVE</u> | <u>OUR PROGRAM</u> | <u>SPECIFIC SERVICES</u>
<u>PROGRAM LOCATIONS</u> | <u>OUR STRENGTHS</u>
<u>OUTCOMES TO EXPECT</u> | <u>EMPLOYMENT</u>
<u>REFERRAL INFORMATION</u>

B-7

Subj: **C. Alston**
Date: Wednesday, September 20, 2006 7:33:08 AM
From: yamashitam@advoserv.com
To: kdalvarez@aol.com

Karen,

Thank you for coming to AdvoServ with Chanette Alston and her mother September 14, 2006 to visit our Special Education and Residential programs. Chris Strickland our Behavior Specialist is in the process of gathering more information for review. We will keep you posted and should you have any questions please do not hesitate to contact me.

SIncerely,
Michele

Michele Yamashita
Admission Coordinator
AdvoServ
4185 Kirkwood-St. Georges Road
Bear, DE  19701
800-593-4898

B-8