IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHANDA ALSTON, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. Action No. 6-0836(RMU) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' REPORT ON ACCEPTANCE OF C.A. FOR RESIDENTIAL PLACEMENT AT THE WOODS**

On July 17, 2007 the Court ordered that DCPS obtain admission for Plaintiff C.A. to a residential placement by August 7, 2007. On September 18, 2006, Defendants informed the Court that The Woods and other schools reportedly considering C.A. for placement would not act on Defendants' referral unless current psycho-educational and psychiatric evaluation reports were provided. Docket Doc. No. 19 at 2, 4.

Plaintiffs contacted The Woods and forwarded to The Woods copies of evaluation reports from 1998, 2001 and 2002. Docket Doc. 20, Ex. B at Para. 11-13. The Woods interviewed C.A. and Ms. Alston on September 28, 2006. See Docket Doc. No. 20 at 4 and Docket Doc. 21.

1

Today Plaintiffs were notified by The Woods that C.A. has been accepted to its program. Letter of Gail L. Martino, Ass't Director of Admissions to Ms. Erika Gray of DCPS (attached as Ex. A). The Woods will admit C.A upon receipt of C.A.'s medical information and upon DCPS' filing, with the Pennsylvania authorities of an Interstate Compact Placement Request. Id.at 1.

        Respectfully submitted,

        Karen D. Alvarez
        D.C. Bar No. 423186
        1442 Foxhall Road, N.W.
        Washington, D.C. 20007
        (202) 333-8553
        202-333-1546 (Fax)

3