

# Woods Services

October 23, 2006

Founded in 1913

Ms. Erica Gray
DC Public Schools
Special Education Division
826 N. Capital St., NE - 6th Floor
Washington, DC 20002
FAX: 202-442-5517/5518

RE: **Chanette Alston**          D.O.B: 9-19-92

Dear Ms. Gray,

We have completed our review of the referral you submitted on behalf of Chanette and are pleased to inform you that she has been accepted for admission to our Woodlands program. In addition to services received within the Woodlands residential program, Chanette will attend our licensed and approved Woodlands Education Center.

The complete annual cost of services offered to Chanette is:
    $117,530.00 residential
    $ 52,560.00 education program.

The costs are based on a 12-month program year and cover the following services only:
    Residential, therapeutic and habilitative services.
    Educational/vocational services
    Routine medical and dental services.
    Recreational and leisure time activities.

The aforementioned charges do not include non-routine medical and dental care, prescription drugs or clothing. Please provide us with a copy of the health insurance card and identify the person or agency responsible for these items and/or services. We require confirmation of financial responsibility for the cost outlined above prior to admission.

Since this is an out-of-state placement, you must file an Interstate Compact Placement Request Form (ICPC-100A) through your State Compact Administrator to obtain approval for the placement by the Pennsylvania Interstate Compact Office prior to the child being admitted. Please send a copy of ICPC-100A as soon as possible.

Langhorne, Pennsylvania 19047 • 215/750-4000
www.woods.org
Enabling people with special needs to reach their full potential

The Commonwealth of Pennsylvania, Department of Public Welfare requires that all individuals admitted to our programs must be free from contagious diseases. **As a result, it is imperative that the following medical screenings be administered to the applicant. We must receive the results in the admissions office before an admission can take place.**

1.  Negative results on Mantoux Test for TB. Please show date test given and date result was read by a health professional. It is also necessary to specify the size in millimeters of the test site once it is read. If not read in 48-72 hours, the test cannot reliably be repeated for several weeks and a chest x-ray may be needed. **A TINE TEST IS NOT ACCEPTABLE.**

2. **Blood test for Hepatitis B showing levels of antibodies and antigens** followed by the first dose of Hepatitis B vaccine. If possible, the remaining two doses should be brought to Woods so we may complete administration.

3. Two doses of measles, mumps, rubella vaccine if applicant was born after 1957. Not needed if applicant has had these diseases documented in writing by a physician or was born before 1957.

4. Diphtheria-Tetanus booster within past 10 years.

5. A physical exam within 6 months of admission including a specific statement that the applicant is free from infectious disease. Please show statement on doctor/hospital letterhead including name and medical degree of person signing, clearly typed or printed.

Documentation of the following must be presented at the time of admission (if not provided previously):    Immunization Record
Birth Certificate
Social Security Card
Documentation of legal custody.

Current Medical Assistance/Insurance Cards
Chanette's parents or legal guardian(s) must be available to sign consents on or prior to the day of admission and we require documentation of current health insurance coverage.

Again, we appreciate your interest in Woods Services and look forward to working with you on Chanette's behalf.  If you have any questions, require clarification, or need assistance of any kind, please feel free to call me at 215-750-4031 or (800) 782-3646.

Sincerely,

*Gail Martino / Kh*

Gail L. Martino
Assistant Director of Admissions

cc:   Ms. Karen Alvarez, Attorney at Law, 1442 Foxhall Rd., NW, Wash DC 20007
        w/Admission Requirements (FAX:  202-333-1546)
        Woodlands Family Handbook (sep cover)
        Susan Mauro, Billing;  Sandra Carr, Records

Admissions
P.O. Box 36
Langhorne, PA 19047
Phone: (215) 750-4040
Fax: (215) 750-4591
www.woods.org



# Fax

| | |
|---|---|
| **To:** Karen Alvarez | **From:** Gail Martino |
| **Fax:** 202-333-1546 | **Date:** October 23, 2006 |
| **Pages:** 10 (including cover sheet) | **Phone:** 215-750-4031 |
| **Re:** Acceptance ltr – Chanette Alston | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments: Acceptance ltr & admission reqmts attached. Woodlands**

**Family Handbook w/be sent under sep cover.**

The documents accompanying this fax transmission contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual/entity stated on this transmission sheet. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the documents to us at no cost to you.