IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANDA ALSTON, et al, ) | |
| ) | |
| Plaintiffs, ) | Civ. Action No. 6-0836(RMU) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' REPORT ON STATUS OF DCPS ICPC REQUEST**

On October 23, 2006 Plaintiffs reported to the Court that The Woods had accepted C.A. for admission. Docket Doc. 22 at 2 and Ex. A. The Woods' acceptance letter notified DCPS that DCPS would have to file and Interstate Compact placement Request with the Pennsylvania authorities before C.A. might be admitted. Id.

DCPS has not submitted the ICPC Request. Indeed it appears that Defendants may not yet have obtained the required ICPC form.

## FACTS

On October 23, 2006 Plaintiffs requested that Defendants advise them when DCPS would file the ICPC Request. Ex. A at 1. Having received no

1

response from Defendants, on October 25, 2006 Plaintiffs wrote Defendants requesting that Defendants provide Plaintiffs a copy of the ICPC Request. Ex. A at 2. Within four minutes of the transmission of that letter, Plaintiffs received a response from Ms. Judith Smith, Director of the Court Liaison Office of DCPS. See Ex. A at 4. Ms. Smith implicitly asserted that DCPS had been unable to complete the ICPC Request because DCPS was unable to contact Plaintiff Chanda Alston. Id. Ms. Smith asserted that DCPS had no functioning telephone number for Ms. Alston. Id.

Plaintiffs then, again, wrote Defendants. See Ex. A at 5-6. Plaintiffs provided Defendants with copies of DCPS documents containing current work and cell-phone numbers for Ms. Alston. Id. at 5-6. Plaintiffs requested that Defendants provide Plaintiffs with a copy of the ICPC Request form and a list of all information that DCPS will need from Ms. Alston. Id. at 6.

Defendants have not provided either a copy of the ICPC form or the list of information required from Ms. Alston. Plaintiffs infer that Defendants have been unable to do so, notwithstanding the speed of Ms. Smith's response to Plaintiffs' earlier e-mail, because Defendants have not yet obtained a copy of the ICPC Request form.

Respectfully submitted,

Karen D. Alvarez
D.C. Bar No. 423186
1442 Foxhall Road, N.W.
Washington, D.C. 20007
(202) 333-8553
202-333-1546 (Fax)

3