| | |
|---|---|
| Subj: | **Alston v. DC; Admission to The Woods; ICPC Referral** |
| Date: | 10/23/2006 5:21:13 PM Eastern Standard Time |
| From: | KDAlvarez |
| To: | veronica2.porter@dc.gov |
| File: | **Alston KDA letter to Woods 10-23-06.pdf** (93179 bytes) DL Time (46666 bps): < 1 minute |

BY E-MAIL
Veronica Porter, Esq.
Ass't Attorney General
Office of the Attorney General for the District of Columbia

        Re: Alston, et al v. D.C., et al, 6-0836 (RMU);
                Admission to The Woods
Dear Ms. Porter:

I received today a copy of the letter of Ms. Gail Martino to Erika Gray of
DCPS, accepting Chanette Alston to The Woods residential program. I am
attaching hereto a copy of my e-mail to Ms. Martino of today, forwarding
to her copies of certain of Chanette's medical and dental records.

Please advise me when DCPS will have completed the Interstate Compact
Referral and submitted it to the Pennsylvania authorities.
Sincerely,


        Karen D. Alvarez
Attorney for Plaintiffs


A-1

Subj:    **Alston v. DC; Admission of C.A. to The Woods; ICPC Referral**
Date:    10/25/2006 10:13:46 AM Eastern Standard Time
From:    KDAlvarez
To:      veronica2.porter@dc.gov
CC:      Judith.Smith@k12.dc.us, Gayle.Amos@k12.dc.us, marla.oakes@k12.dc.us

Veronica Porter, Esq.
Ass't Attorney General
Equity Division

Dear Ms. Porter:

This is with reference to Plaintiffs' letter to you of October 23, 2006, asking when DCPS will have completed the ICPC referral that Pennsylvania requires, before the The Woods may admit Chanette Alston. Plaintiffs have not received a response to that letter, and have received no communications from DCPS regarding preparation of the ICPC referral.

Plaintiffs request that you provide me with a copy of the ICPC referral. As you are aware from prior correspondence, IDEA incorporates by reference the definition of "educational records" that is contained in FERPA, 28 U.S.C. 1232g. FERPA defines "educational records" as all "records that are directly related to a student "that are maintained by an educational agency or institution or by any party acting for that agency or institution. FERPA further defines "record" as "any information recorded in any way, including, but not limited to, handwriting, print, computer media vide or audio tape, film, microfilm or microfiche." Any such information that is "personally identified" to the student must be turned over. FERPA defines "personally identified" as any information that bears the name of the student, or his parent or a family member, or his address, or his social security number or student ID number.

Plaintiffs request that a copy of the ICPC referral be provided now, as required by FERPA.

Sincerely,


Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007

A-2

(202) 333-8553
202-333-1546 (Fax)

A 3

Subj:   **RE: Alston v. DC; Admission of C.A. to The Woods; ICPC Referral**
Date:   10/25/2006 10:17:57 AM Eastern Standard Time
From:   Judith.Smith@k12.dc.us
To:     KDAlvarez@aol.com, veronica2.porter@dc.gov
CC:     Gayle.Amos@k12.dc.us, Marla.Oakes@k12.dc.us, Erika.Gray@k12.dc.us
*Sent from the Internet (Details)*


Ms. Alvarez – Ms. Erika Gray, Placement Specialist, has attempted to contact the parent so that she can complete the ICPC referral form but all contact numbers we have for the parent are not working.  Please provide a new contact number for Ms. Alston.

Judith Smith, Esq.
District of Columbia Public Schools
Director, Federal and Family Court Monitoring
Office of Special Education
825 North Capitol Street, N.E.
Sixth Floor
Washington, D.C.  20002
202-442-5446
202-442-5524 fax
Judith.Smith@k12.dc.us


**From:** KDAlvarez@aol.com [mailto:KDAlvarez@aol.com]
**Sent:** Wednesday, October 25, 2006 10:14 AM
**To:** veronica2.porter@dc.gov
**Cc:** Smith, Judith (OSE); Amos, Gayle (OAS); Oakes, Marla (OSE)
**Subject:** Alston v. DC; Admission of C.A. to The Woods; ICPC Referral

Veronica Porter, Esq.
Ass't Attorney General
Equity Division

Dear Ms. Porter:

This is with reference to Plaintiffs' letter to you of October 23, 2006, asking when DCPS will have completed the ICPC referral that Pennsylvania requires before the The Woods may admit Chanette Alston. Plaintiffs have not received a response to that letter, and have received no communications from DCPS regarding preparation of the ICPC referral.

Plaintiffs request that you provide me with a copy of the ICPC referral. As you are aware from prior correspondence, IDEA incorporates by reference the definition of "educational records" that is contained in FERPA, 28 U.S.C. 1232g. FERPA defines "educational records" as all "records that are directly related to a student "that are maintained by an educational agency or institution or by any party acting for that agency or institution. FERPA further defines "record" as "any information recorded in any way, including, but not limited to, handwriting, print, computer media vide or audio tape, film, microfilm or microfiche." Any such information that is "personally identified" to the student must be turned over. FERPA defines "personally identified" as any information that bears the name of the student, or his parent or a family member, or his address, or his social security number or student ID number.

Plaintiffs request that a copy of the ICPC referral be provided now, as required by FERPA.

Sincerely,

A-4

Subj:    **Re: Alston v. DC; Admission of C.A. to The Woods; ICPC Referral**
Date:    10/25/2006 12:08:55 PM Eastern Standard Time
From:    KDAlvarez
To:      Judith.Smith@k12.dc.us, veronica2.porter@dc.gov
CC:      Gayle.Amos@k12.dc.us, Marla.Oakes@k12.dc.us, Erika.Gray@k12.dc.us
File:    **Alston 10-25 Ex A IEP Draft Work Tel No.ZIP** (520545 bytes) DL Time (52000 bps): < 3 minutes

Veronica Porter, Esq.
Ass't Attorney General
Equity Division

Dear Ms. Porter:

**Re: Request for Copy of ICPC Referral and E-Mail of Judith Smith, dated 10-25 at 10:17 a.m.**

This is with reference to Plaintiffs' letter to you of this morning and of the response thereto transmitted by Judith Smith of DCPS at 10:17 a.m. In my letter of this morning I advised you, and by courtesy copy thereof, officers of DCPS, that I had received no response from you to my letter of October 23rd (asking when DCPS will have filed the ICPC referral with Pennsylvania authorities) and asked that you provide me, in accordance with FERPA, a copy of the ICPC referral.

Ms. Smith responded with an email in which she makes two claims. First, she claims that DCPS has been unable to begin the preparation of the ICPC referral, because it has been unable to contact my client, Ms. Chanda Alston. Second, Ms. Smith claims that DCPS has been unable to contact Ms. Alston because DCPS does not have a telephone number for Ms. Alston.

Ms. Smith's claims are untrue. DCPS has both Ms. Alston's cell phone number and Ms. Alston's work number, and has had both telephone numbers for months or years. I am attaching hereto copies of the following documents that show that DCPS has record of Ms. Alston's work and cell-phone numbers:

A) May 25, 2005 IEP at Page 3 (showing work telephone number);
B) May 26, 2006 Due Process Complaint Disposition at Page 1 (showing cell-phone number);
C) May 5, 2006 Due Process Complaint at Pages 1 and 2 (showing cell-phone number).

A-5

In my letter to you of September 6, 2006, I informed you that I would no longer accept telephone calls or messages from either Ms. Smith or Ms. Gray, because, by experience, both made statements or claims that were not accurate. I have attached a copy of my letter to you of September 6, 2006.

Ms. Smith's assertions in her email of this morning repeat the pattern that led me to advise you that I would conduct business with Ms. Smith and Ms. Gray by email or by fax, but not by phone.

Please provide me with the following:
1) a copy of the ICPC referral form;
2) a list of all information that DCPS requires from Ms. Alston in order to complete that form.

Neither my client nor I will respond to telephone calls or messages from either Ms. Smith or Ms. Gray.


Sincerely,

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)

A ~6

DRAFT UNTIL IEP IS SIGNED

## Individual Education Program

Grafton School-Capital Service Region
Montrose Center for Children
12301 Academy Way, Rockville, MD 20852
Phone: 301-231-7856 FAX: 301-231-7874

It is the policy of the school to send quarterly student progress summaries to all agencies participating in the funding of a student, to the natural/foster parents whether or not they participate in funding, and to relevant nonfunding agencies and professionals approved by the legal guardian. Any questions regarding the reports should be addressed in writing or by phone to the Case Manager who will also arrange conferences to discuss the reports at the request of persons listed below.

Student Name:  Chanette Portia Alston          Academic Teacher: Claudia Welsh
Grafton Case Manager:  La'kyra Nichols          Education Administrator:
Birthdate: 09/13/1992                           Enrollment Date:1- 3/29/2001
Age at IEP start: 12 Yr 8 Mn                     Agency Eligibility Diagnosis: 1. Mentally Retarded
Current Residence:    4881 Aspen Hill Road
Current Day Placement: Non-Grafton Site
Chronological Grade During this IEP:            Anticipated Discharge Date: 5/11/2005
IEP Covers: 5/23/2005 to 5/22/2006             Projected Date of Annual Review: 5/22/2006
Date of This IEP Meeting: 5/23/2005            Date of Last IEP Meeting: 3/03/2004
Next Recent Eligibility: 1/13/2003             Triennial Due Date: 1/13/2005

I have received a copy of the "Rights and Procedural Safeguards for Special Education" which detail my rights.
[  ]  YES  in the mail prior to the IEP meeting.

Notice of Rights Upon Age of Majority - (to be completed at the IEP meeting on or immediately preceding the student's 17th birthday)
Chanette will be/was 18 years old on 9/13/2010 and received the Age of Majority brochure.  The legal guardian and Chanette's rights pertaining to special education upon reaching the age of 18 have been explained.
(see attached documentation)

I DO AGREE with the contents of this IEP.  I give permission to implement this IEP and the placement decision.  I have had an opportunity to participate in the development of this plan and I agree to participate in the strategies to accomplish the goals in this plan.

6/20/05
Date                           Signature of Legal Guardian/Parent Surrogate or Adult Student   MCPS Represent

I DO NOT AGREE with the contents of this IEP.  I do not give permission to implement this IEP and the placement decision.  I have had an opportunity to participate in the development of this plan.  I do not agree to participate in the strategies to accomplish the goals in this plan.

Ex. L' ①

A-7

Signature of Legal Guardian/Parent Surrogate or Adult Student/ JCPS REP.

A - 8

②

Sep-18-2006  12:40pm  From-GRAFTON SCHOOL INC          301-231-7874      T-926  P.003  F-501



**Grafton**

Maryland Campus ♦12301 Academy Way ♦Rockville, Maryland 20852♦Phone: 301- 231-7846♦Fax: 301-231-7874



| | | |
|---|---|---|
| Last Name: Alston First: Chanette Middle: Portia | | Date of Birth:  9/19/1992 |
| Medicaid Waiver #<br>Conversion Date: | | Date of Admission:  3/29/2002 |
| Sex:  Male [ ]  Female [ ] | | Date of Initial Individual Plan:<br>This IP Covers:  5/13/05-<br>5/12/06 |
| Social Security #:  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 | | Projected Date for Annual Review:  5/11/2006 |
| Client Address:  Aspen Hill Group Home<br>4822 Aspen Hill Road<br>Rockville, MD 20853 | | |
| Grafton Id #:  1353 | | |
| Home Phone #:  (301) 933-6663<br>Locality: | | |
| Parent/Next of Kin:  Chanda Alston<br>Address:  1911 Savannah Street SE<br>Apt. 101<br>Washington, DC 20020 | | Relationship:  Mother<br>Work Phone #:  (202) 483-3000 |
| Home Phone #:  (202) 678-6831 | | |
| Legal Guardian:  Chanda Alston<br>Address:  1911 Savannah Street SE<br>Apt. 101<br>Washington, DC 20020 | | Relationship:  Mother<br>Work Phone #:  (202) 483-3000 |
| Home Phone #:  (202) 678-6831 | | |

| Residential<br>Agency: | DC Public<br>Schools | 825 N. Capitol St, NE<br>6th Floor<br>Washington DC 20020 | Shannon Campbell | (202) 442-5476 | 3/29/03 | Grafton<br>School |
|---|---|---|---|---|---|---|
| Day Program<br>Agency: | DC Public<br>Schools | 825 N. Capitol St, NE<br>6th Floor<br>Washington DC 20020 | Shannon Campbell | (202) 442-5476 | 3/11/05 | Cabin John<br>Middle<br>School |
| Autism<br>Walver | | | | | | |
| Day Hab<br>Residential | | | | | | |
| Other<br>Agency | | | | | | |

| | Code | | Diagnosis | |
|---|---|---|---|---|

Individual Plan for Chanette Portia Alston

Page 1 of 13

A-9



**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)Special Education**
**Programs**



# *Due Process Complaint Disposition*

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

## A.   STUDENT AND CASE INFORMATION:

Student Name: | Chanette          Alston |   Birth Date: | 9-19-92

First          MI          Last

SHO Case Number: |                    |   (if applicable)

## B.   PARENT / GUARDIAN:

Name: | Chanda                              Alston

First                                         Last

Complete Address: | 1911 Savannah Street, SE
Washington, DC  20020

Phone: | 202-255-1906-cell |

Home          Work or alternative phone no.          Fax No. if applicable

## C.   LOCAL EDUCATION AGENCY REPRESENTATIVE:

Full Name: | Kymberly          Grafton |   Title: | LEA, CRS

Address: | 825 North Capitol St. NE
Washington, DC 20002

Phone: | (202) 442-4800 | (202) 442-5517

Office          Fax

SEID DRN Rev'd. 6/14/05

A-10

*n/a*  The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

*n/a*  The resolution session was unsuccessful. The case should proceed to a due process hearing.

*n/a*  The resolution session was unsuccessful. The parties have agreed to try mediation.

*n/a*  The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

*n/a*  The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

*n/a*  The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

*Resolution Session needs to be rescheduled to in-*

**J.    Signature and Affirmation:** *Clude IEP team from Cabin John Middle School.*

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

*Chanda Attila*                                *5-26-06*
Signature of Parent/Guardian                   Date


*Kymberly Drafton*    *5/26/06*
Local Educational Agency Representative    Date


**Mail, fax or deliver this form to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

SEID DRN Rev'd. 6/14/05

*A -11*

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

__ PUBLIC          __DCPS CHARTER          __ LEA CHARTER          _X_ NONPUBLIC          ___ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: [          ]          Meeting Held: 5-26-06

Student: [ Chanette     Alston ]          DOB: [ 9-19-92 ]          [ Cabin John M.S. ]

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Kymberly Grafton | Kymberly Grafton | LEA/CRS |
| ✱ Chanda Alston | Chanda Alston | Mother |
| ✦ Karen Alvarez | Karen H. Alvarez | Attorney |
| Paula Perelman | Paula Perelman PPG | Dir Dispute Resolution |
| | | |
| | | |
| | | |
| | | |
| | | |

✱ Signed, not agreem

[   ] Resolved          [ X ] Unresolved

Ms. Alston and Ms. Alvarez would like to reschedule today's session to include staff from Cabin John Middle School so that the issues presented in the complaint can be addressed and resolved. The parent is requesting that the session be held at Cabin John Middle School which student is currently attending pursuant to DCPS placement. DCPS will send an invitation to Cabin John Middle School for their participation in the Resolution Session.

RESOLUTION MEETING NOTES          Page _____          Sept. 12, 2005

A-12

06/29/2005  09:52    2024475556                STUDENT HEARINGS OFF                    PAGE  02/05

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



*Page One of*
*Five Pages*

# Due Process Complaint Notice

- The form is used to give notice of a complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- **Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.** Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a **"Resolution Session"**) with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

A.  **INFORMATION ABOUT THE STUDENT:**

Student Name: *Chanelle Alston*                Birth Date: *9-19-1992*

Address: *1911 Savannah Street, S.E., Washington, DC*

Present School of Attendance: *Grafton / Cabin John MS*

Is this a charter school? *No*        (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: *Chanelle Alston*

Address (if different from the student's above): _____

Phone/Contact Number: *255-1906*        Fax Number (if applicable): _____

SEID DPCN  Rev'd  6/28/05

*A-13*

**B.**    **Individual Making the Complaint/Request for Due Process Hearing:**

Name: _Mrs Chunda Alston_

Complete Address: _1911 Savannah Street, S.E._
_Washington, DC 20020_

Phone: (h) _255-1906_    (w) _____ (Fax) _____ (e-mail) _____

Relationship to the Student:

[x] Parent              [ ] Legal Guardian            [ ] Parent Surrogate

[ ] Self/Student        [ ] Local Education Agency (LEA)   [ ] Parent Advocate

**C.**    **Legal Representative/Attorney (if applicable):**

Name: _Karen D. Alvarez_

Address: _1442 Foxhall Rd, N.W._
_Washington, DC 20007_

Phone: (w) _333-8553_ (Fax) _333-1546_ (e-mail) _____

Will attorney / legal representative attend the resolution session?  [x] Yes   [ ] No

**D.**    **Complaint Made Against (check all that apply):**

[x] DCPS school (name of the school if different from page one)   _SEA, LEA_
[ ] Charter school (name of the charter school if different from page one) _____
[ ] Non-public school or residential treatment facility (name) _____
[ ] Parent

**E.**    **Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note:  All parties must agree to waive the resolution meeting to avoid having this meeting.)

[ ] I wish to waive the Resolution Session Meeting    _Parent does not waive_
_Resolution Session._

**F.**    **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent.  Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing.  Please check all that apply:

[ ] ~~I am requesting mediation as an alternative to the resolution session meeting.~~
[ ] ~~I am requesting mediation and a due process hearing.~~
[ ] ~~I am requesting mediation only at this time.~~

2

SEID DPCN Rev'd. 6/28/05

②

A-14

06/29/2005  09:52   2024425556                    STUDENT HEARINGS OFF                      PAGE  04/05

**G.    Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1.    What is the nature of the problem, including the facts relating to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

    *See   Attachment*

2.    To the extent known to you at this time, how can this problem be resolved?

    *See   Attachment*

**H.    Accommodations and Assistance Needed:**

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type)_____
- Special Communication (please describe the type)_____
- Special Accommodations for Disability (please be specific)_____
- Other_____

**I.    Waiver of Procedural Safeguards:**

    ☐  I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

**J.    Signature and Affirmation:**

I affirm that the information provided on this form is true and correct.

_Karen L. Alcin_                         _May 5, 2006_
Signature of Parent or Guardian                    Date

_____        _____
Legal Representative / Advocate (if applicable)        Date

**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**Fax number: 202/442-5555**

3

SEID DPCN Rev'd. 6/28/05

A-15

③

# Karen D. Alvarez
### Attorney at Law
### 1442 Foxhall Road, N.W.
### Washington, D.C. 20007

(202) 333-8553
Telephone

(202) 333-1546
Telefax

Due Process Complaint Attachment (two pages)
In the Matter of Chanette Alston
May 4, 2006

### Assertion of Stay Put Rights

Mrs. Alston asserts her daughter's rights to remain in a combined residential and Cabin John MS placement. Mrs. Alston requests that the Chief Hearing Officer order DCPS to place her daughter in a residential placement forthwith.

### Facts and Reasons for the Complaint

1. In Spring 2003 Chanette Alston's IEP Team determined that Chanette required a residential placement at Grafton School and a day special education placement at the Montgomery County Public Schools 'SCBP program at Cabin John MS.
2. An impartial hearing officer upheld the Grafton /SCBP/ Cabin John IEP and placement on August 22, 2003.
3. Chanette's school year 2005-2006 IEP calls for a combined residential placement and placement in the special education day program at Cabin John MS.
4. In January 2006 Grafton School notified DCPS that Grafton would close its Rockville campus.
5. Grafton closed its Rockville campus on February 18, 2006.
6. DCPS has failed to provide a substitute residential placement since that date, despite repeated requests from Mrs. Alston.
7. As a result of DCPS' failure to provide a substitute placement for Grafton, Chanette has been denied the educational programming called for by her IEP.
8. DCPS has violated the Alston's rights under IDEA, as amended, and under Section 504 of the Rehabilitation Act, and has denied them FAPE.

### Proposed Resolution

1. An order requiring DCPS to place Chanette forthwith in an appropriate residential placement.

1

A-16

④

2. Compensatory educational services for the period from February 18, 2006 until the date on which DCPS enrolls Chanette in a residential placement.

2

A-17

⑤

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

(202) 333-8553
Telephone

(202) 333-1546
Telefax

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Student Hearing Office
     DCPS
     202-442-5556


RE:  Chanette Alston; Due Process Complaint

MESSAGE:

     Enclosed is Mrs. Alston's Due Process Complaint


DATE: 5/5/ 2006

Number of Pages: 6, including coversheet

A-18

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘
                        TIME  : 05/04/2006 08:33
                        NAME  : K D ALVAREZ
                        FAX   : 2023331546
                        TEL   : 2023338553
```

```
        DATE,TIME              05/04  08:31
        FAX NO./NAME           4425556
        DURATION               00:01:32
        PAGE(S)                06
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

**Karen D. Alvarez**
**Attorney at Law**
**1442 Foxhall Road, N.W.**
**Washington, D.C. 20007**

**(202) 333-8553**
**Telephone**

**(202) 333-1546**
**Telefax**

## TELEFAX COVERSHEET
## NOTICE

The attached materials constitute privileged and confidential legal materials. They are intended exclusively for the person to whom this is addressed. Any distribution, copying or other use is strictly prohibited.

TO:  Student Hearing Office
     DCPS
     202-442-5556

RE:  Chanette Alston; Due Process Complaint

MESSAGE:

   Enclosed is Mrs. Alston's Due Process Complaint

A-19

aolrich: 5559831049

Subj:   Telephone Calls from DCPS Special Education Division Staff
Date:   Wednesday, September 6, 2006 11:48:05 AM
From:   KDAlvarez
To:     veronica2.porter@dc.gov

Dear Ms. Porter:

I received early this afternoon telephone calls from Ms. Judith Smith and Ms. Erika Gray of the Special Education Division.

Ms. Gray stated, when I answered the phone, that she had standing beside her a Ms. Ashante of NCC. I, therefore, was surprised when, some three minutes after concluding my conversation with Ms. Gray, I received a telephone call from Ms. Ashante of NCC. Ms. Ashante stated that she was calling from her own office at NCC and denied having been in Ms. Gray's office when Ms. Gray called me. Ms. Ashante informed me that she had telephoned Ms. Gray earlier today to request information concerning Chanette Alston, but most certainly was not in Ms. Gray's office at the time that Ms. Gray called me.

In view of this, I am writing to inform you that I will not accept telephone calls from either Ms. Gray or Ms. Smith. Any communications that they may wish to have with me will, in the future, be conducted only by e-mail or by fax.

This also is to inform you that DCPS Bus transport has not initiated transportation to Cabin John and that DCPS has not provided taxi service to Chanette to transport her to Cabin John. In the event that Defendants are now prepared to provide taxi service, please inform me by close of business today.

Sincerely,

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202 333-1546 (Fax)

9 25 06 8 30 PM

A-20

Karen D. Alvarez
Attorney At Law
1442 Foxhall Rd, NW
Washington, DC 20007
(202) 333-8553
202-333-1546 (Fax)