UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## JOINT STATUS REPORT

Defendant District of Columbia, through counsel, submits this joint status report pursuant to the Court's March 6, 2007 minute order.

On November 28, 2006, The District of Columbia Public Schools ("DCPS") placed C.A. at The Woods Residential Treatment Center in Pennsylvania. During the week of March 12, 2007, DCPS contacted the school to get an update on C.A.'s placement.

Pamela Zehner, Program Specialist at Woods and C.A.'s primary case manager, informed DCPS that although C.A. has had one incident since she began attending Woods, she has made progress. Ms. Zehner also reports that C.A. may need additional services, and a request has been made to add speech and language services to C.A.'s program.

Woods also informed DCPS that the school has received the tuition payments for C.A. as required.

On January 8, 2007, the last of two hearings on Plaintiffs' Due Process Complaint was convened by the DCPS Student Hearing Office. The Impartial Hearing Officer issued his

Hearing Officer's Determination ("HOD") on January 18, 2007. Plaintiffs will appeal the HOD. Plaintiffs anticipate that they will file their appeal this week.

                                       Respectfully submitted,

                                       LINDA SINGER
                                       Acting Attorney General, for the
                                       District of Columbia

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General
                                       Civil Litigation Division

                                       */s/ Edward P. Taptich*_____
                                       EDWARD P. TAPTICH (012914)
                                       Chief, Equity Section 2

                                       /s/ *Veronica A. Porter*_____
                                       VERONICA A. PORTER (412273)
                                       Assistant Attorney General
                                       441 4th St., N.W., Sixth Floor South
                                       Washington, D.C. 20001
                                       (202) 724-6651
                                       **ATTORNEYS FOR DEFENDANT**

                                       */s/ Karen D. Alvarez*_____
                                       KAREN D. ALVAREZ (423186)
                                       1442 Foxhall Road, N.W.
                                       Washington, D.C.  20007
                                       (202) 333-8553
                                       **ATTORNEY FOR PLAINTIFFS**

**March 19, 2007**