UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANDA ALSTON, et al., | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0836(RMU) |
| DISTRICT OF COLUMBIA, et al., | : |
| Defendants. | : |

## JOINT STATUS REPORT

The parties hereto, pursuant to the Court's May 7, 2008 Minute Order, submit this joint status report.   There are no outstanding issues in this action.  Therefore, the parties agree that this action may be closed.

                                              Respectfully submitted,

PETER J. NICKLES
Interim Attorney General, for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
**ATTORNEYS FOR DEFENDANT**

>/s/ *Karen D. Alvarez*
>KAREN D. ALVAREZ (423186)
>1442 Foxhall Road, N.W.
>Washington, D.C.  20007
>(202) 333-8553
>**ATTORNEY FOR PLAINTIFFS**

**May 13, 2008**